**1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: CHINESE-MANUFACTURED  MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION
                    SECTION "L"
This document relates to:
                    JUDGE ELDON
                    FALLON
Elizabeth Bennett, et al
versus Gebr. Knauf, et al
        MAGISTRATE:
        JOSEPH
        WILKINSON, JR.
Case No. 14-cv-2722


        Deposition of JAWAD GHARIB,
4 Beresford Drive, Metairie, Louisiana
70001, taken at the Law Offices of Fishman
Haygood, LLP, 201 St. Charles Avenue, 46th
Floor, New Orleans, Louisiana 70170, on
Tuesday, the 11th day of June, 2019.




REPORTED BY:
MICHELINE COSSE' BURAS, CCR, RPR
Certified Court Reporter

**2**

```
 1   APPEARANCES
 2   REPRESENTING THE PLAINTIFFS,
     JAWAD GHARIB AND FATME GHARIB
 3
     DOYLE LAW FIRM
 4   (By: James V. Doyle, Jr., Esquire)
     2100 Southbridge Parkway
 5   Suite 650
     Birmingham, Alabama 35209
 6   jimmy@doylefirm.com
 7
 8   REPRESENTING THE DEFENDANT,
     KNAUF DEFENDANTS
 9
10   FISHMAN HAYGOOD, LLP
     (By: Rebekka C. Veith, Esquire)
11   201 St. Charles Avenue
     46th Floor
12   New Orleans, Louisiana 70170
     rveith@fishmanhaygood.com
13
14
15   ALSO PRESENT:
16     Fatme Gharib
       Jumanah A. Hamide, Interpreter
17
18
19
20
21
22
23
24
25
```

**3**

```
 1              I N D E X
 2
 3   Caption              1
 4   Appearances             2
 5   Stipulation         4
 6   Index             5
 7   Reporter's Page        188
 8   Reporter's Certificate     189
 9
10   Examination by:
11     Ms. Veith              6
12
```

**4**

```
 1          E X H I B I T  I N D E X
 2   1 Notice            10
 3   2 Plaintiff Profile Form      10
 4   3 Supplemental PPF       11
 5   4 Plaintiff Profile Form      14
 6   5 Supplemental PPF       15
 7   6 Plaintiff Profile Form      16
 8   7 Supplemental PPF       16
 9   8 Plaintiff Fact Sheet    16
10   9 Verification           18
11   10 Plaintiff Profile Form   19
12   11 Supplemental PPF        19
13   12 Plaintiff Fact Sheet    20
14   13 Verification         21
15   14 CD disc        149
16   15 Supplier and Ship to       155
     Recipent Downstram InEx Releases
17
18
19
20
21
22
23
24
25
```

**5**

```
 1            S T I P U L A T I O N
 2        It is stipulated and agreed
 3   by and between counsel for the parties
 4   that the deposition of JAWAD GHARIB, is
 5   hereby taken under Rule 30 (b)(2), pursuant
 6   to Federal Rules of Civil Procedure, in
 7   accordance with law, pursuant to notice;
 8
 9        That the formalities of reading,
10   signing, sealing, certification and filing
11   are specifically waived;
12
13        That all objections, save those as
14   to the form of the questions, are hereby
15   reserved until such time as this
16   deposition, or any part thereof, may be
17   used or sought to be used in evidence.
18
19               *    *    *    *
20
21
22        MICHELINE COSSE' BURAS, RPR
23      Registered Professional Reporter,
24      State of Louisiana, officiated in
25      administering the oath to the witness.
```

**6**

```
 1            JAWAD GHARIB,
 2   after having been first duly sworn by the
 3   above-mentioned Certified Reporter was
 4   examined and testified as follows:
 5   EXAMINATION BY MS. VEITH:
 6        Q.  Good morning, Mr. Gharib.
 7        A.  Good morning.
 8        Q.  So my name is Rebekka Veith.  I am
 9   an attorney at Fishman Haygood, and I
10   represent the defendants in this
11   litigation.  Have you ever been deposed
12   before?
13        A.  Yes.
14        Q.  And what litigation were you
15   deposed in connection with?
16        A.  This was something to do with my
17   building on Gentilly Road, something else.
18   It's a case that I have in one of my
19   commercial building that I -- I sued
20   somebody and then the defendant has deposed
21   me.
22        Q.  How long ago is that?
23        A.  I say about eight, nine months.
24        Q.  So recently?
25        A.  Yeah.  Yeah.  Recently.
```

**7**

```
 1        Q.  Well, you maybe then remember how
 2   a deposition works, but I'll just go over a
 3   few things with you.
 4        A.  Sure.
 5        Q.  The first is that although it's
 6   going to feel a little bit like a
 7   conversation, we are making a record.  We
 8   have a court reporter here.  And so it's
 9   very helpful to her if you wait for me to
10   finish asking the question before you
11   answer.  It's also helpful because your
12   attorney may object.  So just -- Do you
13   understand that?
14        A.  Yes.
15        Q.  And I'm not always perfect either,
16   so we'll just, you know, work it out.  We
17   can take a break any time you need if you
18   feel like you, you know, need to take a
19   minute away from this.  But I just ask that
20   you don't ask to take a break while there's
21   a question pending.  So if you do need a
22   break, finish your answer, and then just
23   let us know.  Is that okay with you?
24        A.  Sure.  Yes.
25        Q.  And are you taking any medication
```

**8**

```
 1   or anything that might impact your
 2   testimony here today?
 3        A.  No.
 4        Q.  And you understand that you're
 5   here under oath as if you were in a court
 6   of law?
 7        A.  Yes.
 8        Q.  Okay.  I'm going to hand you --
 9   well, so you have two binders here because,
10   as I understand it, you have two properties
11   that you are in this litigation over.  You
12   have a commercial property on Claiborne
13   Avenue and then your family home in Old
14   Metairie; is that correct?
15        A.  Yes.
16        Q.  And then there's a binder for
17   4 Beresford Drive and then there's a binder
18   for 8807 South Claiborne Avenue.
19        A.  Yes.
20        Q.  We are going to just go through
21   the documents in these binders without
22   actually analyzing them just to mark the
23   exhibits and we'll start with the one for
24   8807 South Claiborne.
25        So you can go ahead and open it.
```

**9**

1  In the pocket of that binder this is a
2  Notice of Deposition.  Have you seen this
3  before?
4       A.  Yes.
5       Q.  Okay.  Can you take it out for me
6  and look at the third page, which is
7  Attachment A?  And it requests for
8  production of documents.  Do you see that?
9       A.  Yeah.  Yes.
10      Q.  Did you review this attachment?
11      A.  Okay.  I'm sorry.  So the question
12  is have I read this?
13      Q.  Yes.  Have you reviewed it before?
14      A.  Yes.  I've looked at it, yes,
15  before.
16      Q.  When you looked at it, did you
17  subsequently provide your attorney with any
18  of the documents requested here?
19      A.  These documents, yeah, I've
20  submitted to my attorney.  A couple of them
21  I might -- I did not do so because that
22  happened after I was -- such as an example,
23  I've replaced a stove on one of these
24  apartments just recently.
25           After -- after the damage report I

**10**

1  have submitted to my attorney, which was --
2  I don't know, I can't remember the exact
3  date, but it was -- I don't know was it --
4  so there was damages after I submitted the
5  report -- the damage report to my attorney.
6  There was damages after that that one of
7  them was a stove that I replaced and a
8  surveillance system in my -- in the hope of
9  these two -- I don't think they were in the
10  damage report.
11      Q.  Okay.  So we're going to mark that
12  as Exhibit 1.  Turning now to the tab in
13  the binder, Tab 3, this is a Plaintiff
14  Profile Form that was signed by you and by
15  your wife on December 16, 2015.  If you
16  look at the third page, that's where your
17  signature is?
18      A.  No. 3, yes.
19      Q.  Do you recognize this document?
20      A.  Yes.
21      Q.  This is a document that you
22  signed?
23      A.  Yes.
24      Q.  Okay.  So we are going to mark
25  that as Exhibit No. 2.  Turning to the next

**11**

1  tab, Tab 4, this is a Supplemental
2  Plaintiff Profile Form submitted in
3  connection with this litigation.  If you
4  turn to Page 7 of the document, do you see
5  that you signed this?
6       A.  Yes.
7       Q.  This is specifically for -- only
8  one of the units in this building; correct?
9       A.  Yes.
10      Q.  Is it for Unit A?  If you look at
11  Page 2 at the top, the address of the
12  property?
13      A.  Yes.  That's Unit A.
14      Q.  There's some attachments to this
15  form?
16      A.  Attachment to this form.
17      Q.  So if you keep going there's some
18  exhibits?
19      A.  Oh, the exhibits?
20      Q.  Uh-huh.  And did you submit these
21  exhibits with this form to your attorney?
22      A.  Yes.
23      Q.  So we are going to mark that as
24  Exhibit 3.  So 3 is the Supplemental
25  Plaintiff Profile Form just for Unit A of

**12**

1  the South Claiborne property.  If you look
2  at Tab 5?
3       A.  Okay.
4       Q.  So and I actually have a question
5  about this because Tab 5 is the Plaintiff
6  Profile Form again, but if you look at the
7  address of the affected property it lists
8  all three apartments.
9       A.  Yes.
10      Q.  Was this just submitted three
11  times?
12      A.  Was this submitted three times?
13      Q.  This particular form because there
14  were three units, was it just one document
15  submitted three times?
16       MR. DOYLE:
17           He probably doesn't know.
18  EXAMINATION BY MS. VEITH:
19      Q.  And if you don't know, that's
20  another instruction I forgot to give you,
21  you can -- you're allowed to say that.
22       MR. DOYLE:
23           You're asking him if it was
24      submitted and uploaded to
25      BrownGreer or if it was submitted

**13**

1    to us?
2    MS. VEITH:
3        I'm asking Mr. Gharib --
4    MR. DOYLE:
5        Yes.
6    EXAMINATION BY MS. VEITH:
7        Q. Did you fill out three Plaintiff
8    Profile Forms?
9        A. Yes.
10       Q. Okay. So you did it three times,
11   but each time listed all three apartments
12   on the Plaintiff Profile Form?
13       A. As I recall, I submitted each one
14   of these documents for each apartment.
15       Q. Okay. All right. Well, if you
16   wouldn't mind taking a look at what is
17   behind Tab 5 and if you can tell me if you
18   think there's any difference between what's
19   behind Tab 5 and Tab 3?
20       A. Tab 5.
21   MR. DOYLE:
22       Go back to that first one.
23   THE WITNESS:
24       Okay. So Tab 3 here and I'm
25   looking at -- I don't see any

**14**

1        difference between this first page
2        on Tab 5 and this first page on
3        Tab 3.
4    EXAMINATION BY MS. VEITH:
5        Q. So we'll mark what's behind Tab 5
6    as Exhibit 4, but when we talk about the
7    Plaintiff Profile Form in this deposition,
8    I'm just always going to refer to Exhibit
9    2. And if you -- if I ever ask a question
10   and you think it's represented differently
11   in Exhibit 4 than it is in Exhibit 2,
12   you'll just let me know. Okay?
13       A. I'm not sure I understood this.
14       Q. The documents seem to be
15   identical?
16       A. Uh-huh.
17       Q. So rather than going through all
18   three, we're going to just go through one.
19   But if you think you ever had a different
20   answer for a different unit in this
21   building, please let me know.
22       A. Sure.
23       Q. Okay. So what's behind Tab 5 in
24   this binder is going to be marked as
25   Exhibit 4. Now, let's look at exhibit --

**15**

1        what's behind Tab 6. This is the
2    Supplemental Plaintiff Profile Form again.
3    And if you look at the second page, this is
4    for Unit B in 8807 South Claiborne;
5    correct?
6        A. Yes.
7        Q. If you look at the seventh page of
8    this document, you signed this document;
9    correct?
10       A. Yes.
11       Q. And you filled this out?
12       A. Yes.
13       Q. Okay. We are going to mark what's
14   behind Tab 6 as Exhibit 5.
15       (Off the record.)
16   EXAMINATION BY MS. VEITH:
17       Q. Okay. Let's look behind Tab 7.
18   So here again is a Plaintiff Profile Form.
19   And, again, this one lists the address of
20   the affected property as 8807 South
21   Claiborne, Apartment A, B, and C; correct?
22       A. Yes.
23       Q. So to the best of your knowledge,
24   this is probably the same document as
25   Exhibits 2 and 4?

**16**

1        A. It looks like it, yes.
2        Q. Okay. So we are going to mark
3    this one as Exhibit 6. And if you turn to
4    the third page, you signed this document;
5    correct?
6        A. Yes.
7        Q. All right. Tab 8, this is a
8    Supplemental Plaintiff Profile Form and if
9    you turn to Page 2, this is for 8807 South
10   Claiborne Avenue, Unit C; correct?
11       A. Yes.
12       Q. And if you look at Page 7, you
13   signed this document?
14       A. Yes.
15       Q. And you provided the attached
16   exhibits to your attorney to submit with
17   this document?
18       A. Yes.
19       Q. Okay. So that's going to be
20   Exhibit 7. Now, turn to Tab 9. This is a
21   Plaintiff Fact Sheet in this litigation.
22   And for this, the affected property address
23   is 8807 South Claiborne Avenue, New
24   Orleans, Louisiana 70118, Apartment A,
25   Apartment B, Apartment C, and commercial

**17**

1  space; correct?
2      A. Yes.
3      **Q. If you turn to Page 10, although**
4  I'll represent to you that it's not a
5  numbered page, but it comes right after
6  Page 9 --
7      A. Yeah.
8      **Q. You signed this document?**
9      A. Yes.
10      **Q. And you filled this document out?**
11      A. Yeah. I did.
12      **Q. And then did you also provide the**
13  exhibits that are attached to your
14  attorney?
15      A. Yes.
16      **Q. Okay. If you'll turn to -- not a**
17  numbered tab, but there's a tab with some
18  writing on it at the back of this --
19      A. Which one, the red one?
20      **Q. No. See the writing?**
21      A. The writing. Okay. Amended
22  Verification.
23      **Q. Yes. So flip what's behind that.**
24  Did you sign that Amended Verification?
25      A. Yes.

**18**

1      **Q. Is that for the Plaintiff Fact**
2  Sheet that we just looked at?
3      A. Yes.
4      **Q. Why did you sign an Amended**
5  Verification?
6      A. If I recall this one was to verify
7  that we are -- I am the owner of the
8  property.
9      **Q. Okay.**
10      A. We are -- there is two -- you
11  know, me and my wife are the owners of the
12  property.
13      **Q. Okay. So we're going to mark**
14  what's behind Tab 8 the Plaintiff Fact
15  Sheet as Exhibit 9. And then we'll mark
16  what that's behind that little Amended
17  Verification tab -- I'm sorry, the
18  Plaintiff Fact Sheet is going to be Exhibit
19  8. And what's behind the tab is going to
20  be Exhibit 9, the Amended Verification
21  page. Okay?
22      So now -- we're not done with this
23  binder, but just for the moment we are
24  going to put it aside. Turn to the next
25  binder and you can open it and turn to Tab

**19**

1      3. So this is a Plaintiff Profile Form for
2  your property located at 4 Beresford Drive
3  in Metairie; is that correct?
4      A. Yes.
5      **Q. And if you turn to the third page**
6  do you see that you signed this document?
7      A. Yes.
8      **Q. And did you fill this document**
9  out?
10      A. Yes.
11      **Q. And did you provide the attached**
12  exhibits to your attorney?
13      A. Yes.
14      **Q. Okay. We are going to mark that**
15  as Exhibit No. 10. If you turn to the next
16  page or the next tab, which is Tab 4 in
17  this binder, you see that this is the
18  Supplemental Plaintiff Profile Form in this
19  litigation?
20      A. Yes.
21      **Q. If you look at Page 2 do you see**
22  that this is for your property at 4
23  Beresford Drive in Metairie?
24      A. Yes.
25      **Q. If you look at -- I believe it's**

**20**

1  going to be Page 7, do you see that you
2  signed this document?
3      A. Yes.
4      **Q. And did you fill this document**
5  out?
6      A. Yes.
7      **Q. And did you provide the exhibits**
8  that are attached to your attorney?
9      A. Yes.
10      **Q. Okay. Turn to Tab 5. This is the**
11  Plaintiff Fact Sheet for 4 Beresford in
12  this litigation.
13      A. Yeah.
14      **Q. And if you'll turn to Page 10**
15  again, but unnumbered, so following 9, do
16  you see that you signed this document?
17      A. Yes.
18      **Q. Did you fill this document out?**
19      A. Yes.
20      **Q. And did you provide the attached**
21  exhibits to your attorney?
22      A. Yes.
23      **Q. Okay. There's going to be --**
24  well, we are going to mark that as Exhibit
25  12. And then, again, there's going to be a

**21**

1    tab with writing on it.  Do you see that?
2        A.  I'm sorry, yeah.
3        **Q.  And this is an Amended**
4    Verification page; correct?
5        A.  Yes.
6        **Q.  And did you sign this page?**
7        A.  Yes.
8        **Q.  And then did you sign it for the**
9    same reason that you believe you signed the
10    other to confirm that you owned the
11    property at 4 Beresford Drive?
12        A.  Yes.
13        **Q.  Okay.  That's going to be Exhibit**
14    13.  Okay.  You can close the binder for
15    the time being, and we are going to soon
16    get started back with the binder for South
17    Claiborne.
18        But I have just a couple general
19    questions first.  You said that you were
20    involved in a lawsuit with some of your
21    other commercial property.  How much
22    property commercial property do you own?
23        A.  Beside this one, another one.
24        **Q.  And you own the one on South**
25    Claiborne and then the other one which is

**22**

1    involved in litigation.  Where is that one
2    located?
3        A.  4500 Old Gentilly Road, New
4    Orleans 70126.
5        **Q.  And when did you acquire the**
6    property on Old Gentilly Road?
7        A.  I think it was 2015.
8        **Q.  But you're not making a claim in**
9    this litigation about any Chinese drywall
10    at that property; correct?
11        A.  No.
12        **Q.  Okay.  Where do you work, Mr.**
13    Gharib?
14        A.  I own the commercial property on
15    Claiborne and the one on Gentilly.  In both
16    of these places I have a laundromat each,
17    and then I have rental, commercial rental
18    space in these units.
19        **Q.  So your income comes from**
20    commercial rentals and from the laundromat?
21        A.  Yes.
22        **Q.  How long have you been in the**
23    laundromat commercial rental business?
24        A.  Since 2006.
25        **Q.  That was right after Katrina?**

**23**

1        A.  Yes.
2        **Q.  You were doing something different**
3    before then?
4        A.  I had a gas station right next to
5    this property across the street.
6        **Q.  Which property?**
7        A.  Claiborne, 8807 South Claiborne.
8    I had another property, a gas station
9    across the street, 8733.
10        **Q.  And you sold that?**
11        A.  Yeah.  I sold it.
12        **Q.  So we are going to talk first**
13    about the commercial property.  You bought
14    that property in 2002; correct?
15        A.  Yes.
16        **Q.  Okay.  If you can look with me,**
17    open the binder, the 8807 South Claiborne,
18    and you go to Tab 5, no, 4.
19        A.  4?
20        **Q.  Uh-huh.  So this is the**
21    Supplemental Plaintiff Profile Form for
22    Unit A of South Claiborne, but I'm
23    interested in the exhibits that are
24    attached.  And so y'all look behind --
25    there's a yellow piece of paper in it, the

**24**

1    first yellow piece of paper.  This is an
2    Act of Cash Sale.  And this is the
3    instrument by which you purchased the
4    property?
5        A.  Yes.
6        **Q.  Okay.  Can you look for me,**
7    there's the first page which says that the
8    Act of Sale happened on the 31st day of
9    October in 2002.  And then there's -- the
10    second page are some signatures.  Is there
11    a page in here that's missing?
12        A.  I don't know.
13        **Q.  It seems to me that there's a page**
14    missing that might provide the purchase
15    price?
16        A.  Could be.
17        **Q.  Well, you provided this to your**
18    attorney; correct?
19        A.  Yes.
20        **Q.  So if you would, if you can after**
21    this deposition, check and see if maybe
22    there's an additional page that would
23    provide how much you purchased the property
24    for and if you can provide that to your
25    attorney to provide to us, that would be

**25**

1  very helpful.
2      A. Sure.
3      **Q. If you'll turn to the next -- not**
4  the next tab, turn to Tab 9, which we
5  marked as Exhibit 8.
6      A. I'm sorry. I'm looking for it.
7      **Q. So in this Fact Sheet if you turn**
8  to the second page --
9      MR. DOYLE:
10         He's got it. He's got it.
11  EXAMINATION BY MS. VEITH:
12      **Q. -- in your No. 5 it says the price**
13  of the home when you purchased it was
14  $112,000?
15      A. Correction. That's not a home,
16  that's a commercial property.
17      **Q. Well, right. That's the phrasing**
18  of the question.
19      A. Yeah.
20      **Q. So the price of the property is**
21  $112,500, is that correct, to the best of
22  your recollection?
23      A. Yes.
24      **Q. And, again, if you have any**
25  documentation that shows that specific

**26**

1  purchase price, please provide that to your
2  attorney.
3      A. Sure.
4      MS. VEITH:
5         Off the record.
6      (Off the record.)
7  EXAMINATION BY MS. VEITH:
8      **Q. So you purchased this property**
9  from Eduardo Guevara; correct?
10      A. Yes.
11      **Q. And it was an as-is sale; is that**
12  correct?
13      A. Yes.
14      **Q. Do you know when the property at**
15  8807 South Claiborne was constructed?
16      MR. DOYLE:
17         Object to the form of the
18         question. Clarify that.
19  EXAMINATION BY MS. VEITH:
20      **Q. Do you know when the piece of**
21  property was built, the structure that's on
22  that lot?
23      A. I built that property, yes.
24      **Q. You built it. So you bought an**
25  empty lot from Mr. Guevara?

**27**

1      A. It was an old rundown building,
2  like a shack. And it was a repair shop,
3  that's what it was on the property. Then
4  I -- and I built on it, yes.
5      **Q. When did you construct the**
6  property?
7      A. So I started in -- I think it
8  was -- I can't recall the exact date, but I
9  think it probably was early 2005, could be
10  '04. I can't recall the date that I
11  started building.
12      **Q. Did you have a contractor for**
13  that --
14      A. No.
15      **Q. -- property? So who did you get**
16  to build the structure?
17      A. I am. I'm a contractor, and I'm a
18  licensed builder.
19      **Q. Okay. So are you the person who**
20  purchased all the materials for the
21  property?
22      A. Yes.
23      **Q. So you started in early 2005**
24  maybe, early 2004. When was construction
25  completed?

**28**

1      A. 2006, October 2006. That's when I
2  opened my laundromat and there may be two
3  or three months later I finished the
4  apartments.
5      **Q. Did the property flood in Katrina?**
6      A. Yes.
7      **Q. It wasn't opened yet though;**
8  right?
9      A. No. I was in -- I was
10  constructing it.
11      **Q. So did you have to start over some**
12  of the construction?
13      A. Some of it, yes.
14      **Q. Okay. So how do you utilize the**
15  property today?
16      A. So I have a laundromat. I have a
17  rental space, commercial, and then the
18  apartments.
19      **Q. Is the commercial rental space**
20  being rented at this time?
21      A. Yes.
22      **Q. Who's renting it?**
23      A. Metro PCS.
24      **Q. How long have they been renting**
25  it?

**29**

```
 1        A. With this term, I think next month
 2    the lease is going to run out.  It's been
 3    three years.
 4        Q. Do you think they are going to
 5    renew their lease?
 6        A. I haven't yet.
 7        Q. So you haven't or you're choosing
 8    not to render their lease?
 9        A. I haven't discussed that with
10    them.
11        Q. Okay.  And did you have a tenant
12    before Metro PCS?
13        A. I'm sorry?
14        Q. Did you have a tenant before Metro
15    PCS?
16        A. Yes.
17        Q. Who was that tenant?
18        A. It was a clothing store, Urban
19    Clothing Store.
20        Q. How long were they there?
21        A. Since I finished building it.
22    Actually, the property did stay vacant
23    for -- I can't recall how long.  I had a
24    tenant, an Urban Clothing Store, stayed
25    with me, and when I -- till probably, I
```

**30**

```
 1    say, two to three years before the tenant
 2    that I had now so --
 3        Q. 2013, 2014-ish?
 4        A. Probably.  I got to sit down and
 5    look at, you know, think about the dates,
 6    and then I probably give you a better, you
 7    know, more accurate dates for how long I
 8    had the Urban Clothing Store there, when
 9    did they move out.  And it did stay
10    vacant -- it could be two years, and then I
11    had the present tenant, Metro PCS now.
12        Q. Okay.  What about the residential
13    rental properties, are those rented right
14    now?
15        A. Yes.
16        Q. And how long had they been rented
17    for?
18        A. Since I had that building
19    constructed.
20        Q. How did you discover Chinese
21    drywall in this property at 8807 South
22    Claiborne?
23        A. So December 2015 I had -- well,
24    when I constructed this building and it was
25    in 2006, I've always thought about
```

**31**

```
 1    finishing up the attic to make an apartment
 2    over it and rent it out too.  So what I did
 3    is I prepped for it.  And I said I'm going
 4    to have all that Sheetrock that I need for
 5    this attic stored in the attic.  And I had
 6    about over 100 sheets of 4x12 Sheetrock
 7    stored in that attic.  And it just stayed
 8    there for -- till that day, the 2015
 9    December.
10        And I called the Sheetrock guy and
11    I told him, look, I want to finish this
12    apartment, I want to finish this space and
13    make an apartment over it.  And then he was
14    looking, you know, checking the place.  And
15    then he looked at the Sheetrock.  And he
16    said, hey, Joe, you know you have Chinese
17    Sheetrock?  And I said no, where?  And he
18    said that -- that Sheetrock you have there
19    is Chinese.
20        Then it was stuff on top of it.
21    You know, I've had -- I've used this space
22    for storage and I had, you know, put stuff
23    on top of that Sheetrock.  So we moved it
24    over and I looked and sure enough it was
25    Chinese Sheetrock.  And he said maybe you
```

**32**

```
 1    have it installed in here.  And I said, no,
 2    man, don't tell me that.  And he said,
 3    yeah, let's check.  So we were in the attic
 4    and we looked at ceilings of the apartment
 5    and sure enough, it was Chinese Sheetrock.
 6        Q. The ceilings of which apartment?
 7        A. All of them.
 8        Q. You looked at the units of A, B,
 9    and C?
10        A. Yeah.  Because you could see them
11    at the top, you know, the attic.
12        Q. Other than the ceilings, did you
13    look anywhere else in Apartments A, B, and
14    C to determine if there was Chinese
15    drywall?
16        A. No.  Not that day, no.
17        Q. But did you look at it ever?
18        A. No.
19        Q. So you never looked in the walls
20    of any of the apartments?
21        A. No.
22        Q. And what about in the ceilings or
23    the walls of the commercial space?
24        A. There is -- what's the name of the
25    gentleman who came in and verified it last
```

**33**

1  week?  It's in the walls and it's in  the
2  ceilings.
3      **Q.  So you had an inspection performed**
4  on your property last week?
5      A.  Yeah.  From your side --
6      MR. DOYLE:
7          Your expert.
8      THE WITNESS:
9          Yeah.  Your expert came in
10  and inspected the building.
11  EXAMINATION BY MS. VEITH:
12      **Q.  Okay.  Did you get a report yet**
13  from the expert?
14      A.  No.  That was Thursday, just this
15  past Thursday, the gentleman came in and he
16  inspected the building and he made cuts and
17  so he found it in the walls and in the
18  ceilings.
19      **Q.  Okay.  Well, I'm sure we will get**
20  a copy, but to the extent that you do get
21  documentation from that, please provide
22  that to us.
23      Okay.  But you, yourself, before
24  you filled out these forms, you didn't go
25  check in the commercial space at all?

**34**

1      A.  Not in the walls in the ceilings,
2  yes.
3      **Q.  You looked in the ceiling of the**
4  commercial space?
5      A.  The commercial or the apartment?
6      **Q.  The commercial.**
7      A.  We're talking about the apartment,
8  I thought.
9      **Q.  I'm not -- we covered the**
10  apartment.  I know what you did there.  So
11  now I'm talking about the commercial.
12  Before you filled out these forms, you
13  never went and looked at the ceilings or
14  the walls of the commercial space to
15  determine if there was Chinese drywall;
16  correct?
17      A.  No.
18      **Q.  Okay.  When did you first notice**
19  signs of Chinese drywall in this property?
20      A.  There was a lot of signs, but I
21  could not relate them to the Chinese
22  Sheetrock.  I didn't know better.  I wasn't
23  educated about what does Chinese Sheetrock
24  do.
25      **Q.  Well, what were the signs?**

**35**

1      A.  Deterioration of the air condition
2  units, the smell, the rotten smell, the
3  black soot everywhere.  Failure -- and I've
4  learned this recently, failure of my -- all
5  the appliances, electrical equipment that I
6  had.
7      I had the expert the other day and
8  the alarm -- the smoke detector was going.
9  And I told him I had changed this battery
10  on this, and I said, look at it, that's
11  brand new.  And he said that it goes off
12  like this and it's faulty because of the
13  Chinese Sheetrock.  And I just replaced it
14  three months ago.
15      **Q.  So when did you first notice the**
16  smell that you mentioned?
17      A.  I've smelled this from a long
18  time.  All the time when I go to the attic
19  I smell it, but I could not relate this to
20  Chinese Sheetrock because I did not know --
21  I did not this is associated with Chinese
22  Sheetrock.
23      **Q.  Did you ever have any complaints**
24  from any of your residential or commercials
25  tenants about the smell on the property?

**36**

1      A.  No.
2      **Q.  And then you said you noticed**
3  black soot?
4      A.  Yes.
5      **Q.  When did you first notice that?**
6      A.  Chinese, I've seen it all along.
7  I can't recall the exact date when did I --
8  first time I saw that.
9      **Q.  And same thing about the tenants,**
10  did any of the residential or commercial
11  tenants ever mention black soot to you?
12      A.  No.  They don't go to the attic.
13  And then you have to open up the -- you
14  know, it is not like readily visible.  You
15  know, you have to -- that soot is in the
16  copper of the electrical wiring.  And so if
17  that's in the receptacle you have to take
18  the receptacle out to see the exposed
19  copper that has all the black soot on it.
20      **Q.  And you saw it all along because**
21  you would sometimes take that wiring out?
22      MR. DOYLE:
23          Object to the form of the
24  question.  You can answer.
25      THE WITNESS:

**37**

1  Answer?
2  MR. DOYLE:
3  You can answer, yes.
4  THE WITNESS:
5  Look, in one of the exhibits
6  I think I showed a picture of me
7  taking a receptacle out and with
8  my finger that had the black soot
9  on it.
10 EXAMINATION BY MS. VEITH:
11 **Q. Sure. My question is a little**
12 different. I'm just asking you if you --
13 you mentioned that you noticed that black
14 soot all along, but then you also said that
15 your tenants may not have noticed that you
16 have to take the receptacles from out of
17 the wall --
18 A. Yeah.
19 **Q. -- in order to see it. You**
20 sometimes did take receptacles out of the
21 wall and notice black soot throughout your
22 ownership of this property?
23 A. Not on this property -- this
24 property I've seen it, yes.
25 **Q. And then you said failure on your**

**38**

1  appliances started failing?
2  A. Yes.
3  **Q. When did that first start**
4  happening?
5  A. I can't recall the exact date.
6  **Q. Did you ever notice any blackening**
7  or corrosion on the piping at this
8  property?
9  A. Yes.
10 **Q. When did you notice that?**
11 A. I can't remember.
12 **Q. But it was before you discovered**
13 the drywall in the attic?
14 A. Yes.
15 **Q. And did you ever have any repairs**
16 made to the plumbing system itself at the
17 property?
18 A. Not on the plumbing, but the
19 A/C.
20 **Q. You had repairs made to the A/C.**
21 Any other part of the electrical system?
22 A. Not the -- the A/C units I've
23 changed almost all of the A/C units, except
24 for two compressors outside, but all the
25 coils inside, I changed them. I showed

**39**

1  that to your expert.
2  **Q. But so multiple A/C repairs, but**
3  no repairs to any other part of the
4  electrical system?
5  A. Not the electrical system, but
6  appliances were changed. I changed
7  appliances all along.
8  **Q. Okay. So you mentioned the**
9  pictures that you provided to us and I want
10 to look at those right now. Okay?
11 A. Sure.
12 **Q. So if you will turn to Tab 4 --**
13 A. Tab 4.
14 **Q. -- which we marked as Exhibit 3,**
15 and there's, yes, there's a little red flag
16 on the page that is about 13 pages into
17 this exhibit.
18 A. This one right here?
19 **Q. Uh-huh.**
20 A. This?
21 **Q. Yes. So is this a piece of -- a**
22 picture of a Chinese drywall board?
23 A. Yes.
24 **Q. And we're looking at Exhibit 3, so**
25 that's the Supplemental Plaintiff Profile

**40**

1  Form for Unit A; correct? You can flip
2  back to the beginning of the exhibit just
3  to confirm, if you'd like. It's the second
4  page of the document.
5  A. Okay. Second page.
6  **Q. So if you go back to the very**
7  front of the tab --
8  A. Okay.
9  **Q. -- the very front of the tab,**
10 right, so second page, it says that this
11 is for Unit A; correct?
12 A. Yes.
13 **Q. Okay. So this picture that you**
14 submitted with Exhibit A, that's the one
15 that's 13 pages into Exhibit 3, is this a
16 board from Unit A in your commercial
17 property?
18 A. This board is everywhere. I don't
19 know if this specific one we took in is in A,
20 but this is the Chinese Sheetrock that's in
21 these apartments.
22 **Q. But this could be from the attic**
23 or it could be from another unit?
24 A. This could be in A, it could be in
25 B, it could be in C.

1    Q. But you submitted it with the form
2 for Unit A; right?
3    A. Yes. I guess.
4    Q. Okay. But sitting here today you
5 have can't confirm to me that this picture
6 is from Unit A of 8807 South Claiborne;
7 correct?
8    A. I don't know. This specific
9 picture belongs to A. It could belong to
10 B, it could belong to C, but that's the
11 Chinese Sheetrock that's in the
12 apartments.
13    Q. Okay. Did you take any pictures
14 of Chinese drywall that showed the
15 drywall's location in the apartment itself?
16 And what I mean is rather than just as per
17 a portion of the board, did you take any
18 pictures that show the surrounding
19 apartment with the Chinese drywall in it?
20    A. I'm not sure I understand your
21 question. Did I take a picture of the
22 apartment?
23    Q. So when --
24    A. Okay.
25    Q. -- when you found the drywall --

1    A. Uh-huh.
2    Q. -- did you take a picture that
3 would give some sort of reference as to the
4 location of the drywall?
5    A. No.
6    Q. Okay. All right. Flip to Tab 6,
7 and this is Exhibit 5. So the same thing,
8 there's a red -- well, first, confirm for
9 me, Mr. Gharib, if you look at the second
10 page of Exhibit 6 (sic), that this is the
11 Supplemental Plaintiff Profile Form for
12 Unit B?
13    A. Uh-huh.
14    Q. So if you go to the red tab, which
15 is about 13 pages in --
16    A. Uh-huh.
17    Q. -- this is another photograph of
18 what you allege is Chinese drywall;
19 correct?
20    A. Yes.
21    Q. And do you know that this photo is
22 of drywall of Unit B in 8807 South
23 Claiborne?
24    A. No.
25    Q. And same with Unit A, you didn't

1 take any photos of Chinese drywall in Unit
2 B that would provide a reference point that
3 the drywall was located in that unit?
4    A. Yes.
5    Q. And, yes, the answer is you didn't
6 do that?
7    A. No, I did not do that.
8    Q. Now, if you turn to Tab 8, which
9 is Exhibit 7. So, yeah, about 10 pages in
10 there's a flag and, again, there's a photo
11 of Chinese drywall or what you are
12 submitting as Chinese drywall. And here
13 again, do you know that this photo was
14 taken in Unit C?
15    A. C, no, I don't know if that
16 belongs to C.
17    Q. And same with Units A and B, you
18 haven't taken any photos of Chinese drywall
19 that would provide a frame of reference
20 that the drywall was located in Unit C;
21 correct?
22    A. Yes. Correct.
23    Q. I want to look at these all
24 together, Mr. Gharib, so if you'll pull out
25 the photos --

1    A. Pull out the photos?
2    MS. VEITH:
3       Yes. And I will ask
4    Mr. Doyle to try to endeavor to
5    make sure that they get back to
6    their rightful place.
7    MR. DOYLE:
8       I can confirm.
9    (Off the record.)
10 EXAMINATION BY MS. VEITH:
11    Q. So is this all one photo that's
12 split up into three different photos?
13    A. I can't say. I don't know.
14    Q. Well, let's look at the one for B
15 about and the one for C.
16    A. B and C, okay.
17    Q. Do you see how it looks like the
18 one for C is an enlarged portion of the one
19 for B?
20    MR. DOYLE:
21       I'm going to object to the
22    form. You can answer.
23 EXAMINATION BY MS. VEITH:
24    Q. Does it look like that to you, Mr.
25 Gharib?

**45**

1  MR. DOYLE:
2      I'm going to object to the
3  form.  You can answer, if you got
4  an extra case on that.
5  THE WITNESS:
6      Ask me the question again.
7  EXAMINATION BY MS. VEITH:
8      **Q.  Does it look like the one for Unit**
9  **C --**
10  MR. DOYLE:
11      Object to the form.
12  EXAMINATION BY MS. VEITH:
13      **Q.  -- is a zoomed-in photo of a**
14  portion of the one for B?
15  MR. DOYLE:
16      Object to the form.
17  THE WITNESS:
18      I can't say.  I don't know.
19  EXAMINATION BY MS. VEITH:
20      **Q.  But you can say that these are all**
21  just a portion of the board of Chinese
22  drywall; correct?
23  MR. DOYLE:
24      Object to the form.
25  EXAMINATION BY MS. VEITH:

**46**

1      **Q.  None of those show a full board;**
2  correct?
3  MR. DOYLE:
4      Object to the form.
5  THE WITNESS:
6      None of those do what, show
7  what?
8  EXAMINATION BY MS. VEITH:
9      **Q.  Show a full -- a photo of the full**
10  board; correct?
11  MR. DOYLE:
12      Object to the form.
13  THE WITNESS:
14      None of these show one full
15  board you say?
16  MS. VEITH:
17      Yes.
18  THE WITNESS:
19      I don't know if these photos
20  show all one board, if that's what
21  you're asking.
22  EXAMINATION BY MS. VEITH:
23      **Q.  Okay.  Well, let's look at Tab 9,**
24  which is Exhibit 8, the Plaintiff Fact
25  Sheet for this property.

**47**

1      A.  9 you say?
2      **Q.  Uh-huh.  And the Plaintiff Fact**
3  Sheet has some exhibits.  The first one is
4  Exhibit 1, which provides a page from the
5  Assessor's Office, two pages from the
6  Assessor's Office, and then an appraisal.
7  And the appraisal is pretty long?
8      A.  Where is it at?  You follow me
9  here?
10      **Q.  The appraisal is dozens of pages.**
11  But behind the appraisal, there's an
12  Exhibit 3 and there's many, many pages.
13  And they're not all numbered.  So if you'll
14  just keep looking, Mr. Gharib, I don't
15  know, look at the appraisal right now.
16  MR. DOYLE:
17      How is it identified so I
18  know where it is?
19  MS. VEITH:
20      It's behind Exhibit 3.
21  THE WITNESS:
22      Where is it?
23  MR. DOYLE:
24      Let me see if I can help.
25  MS. VEITH:

**48**

1      It's way after that.
2  MS. VEITH:
3      It's a signature flag.
4  MR. DOYLE:
5      Picture.
6  EXAMINATION BY MS. VEITH:
7      **Q.  Yeah.  So you mentioned earlier,**
8  this is behind Exhibit 2 to Exhibit 8, the
9  Plaintiff Fact Sheet.  What's this a photo
10  of, Mr. Gharib?
11      A.  That's the air conditioning coil
12  we took for I think -- this was the last
13  one we took from Apartment C.
14      **Q.  Did you take any photos of the air**
15  conditioning coils for Apartment A or B?
16      A.  No.  Because we changed them
17  before.  I knew that was a result of
18  Chinese Sheetrock.  This one I knew it
19  was -- this was after the -- after we knew
20  that this -- all of this was because of
21  Chinese Sheetrock.
22      **Q.  And did you take any photos of the**
23  air conditioning coils for any of the
24  commercial units in the property?
25      A.  I didn't understand your question.

**49**

```
 1        You said either.  What do you mean?
 2        Q.  Well, you said -- maybe I'm not
 3     understanding how the air
 4  conditioning
 5     worked, but you explained that there were
 6     air conditioning coils for Units A, B, and
 7     C; correct?
 8        A.  Yes.
 9        Q.  But you only took a photo of C
10     because by the time you sought to
11     investigate the coils in A and B had
12     already been replaced?
13        A.  Yes.
14        Q.  Okay.  Are there coils for the two
15     commercial units downstairs in the
16     property?
17        A.  Yeah.  There is coils, yes.
18        Q.  And did you take any photos of
19     these?
20        A.  No.  That was before -- and I
21     might have took some pictures of A because
22     I think A was replaced after we knew it was
23     a Chinese Sheetrock.  I'm not sure on that
24     so --
25        Q.  Well, if you did take any photos
```

**50**

```
 1     of A, could you please provide them to your
 2     my attorney?
 3        A.  I said if.  I'm not sure.
 4        Q.  Okay.  Just if there are.  Did you
 5     ever take any photos of the corroded
 6     plumbing that you mentioned?
 7        A.  No.  But they're still there.
 8        Q.  Okay.  And any other photos of any
 9     other sort of blackening on any wires or
10     anything at this property?
11        A.  No.  But -- No.  But they're there
12     if somebody wants to look at it.  Your
13     expert wants to look at it.
14        Q.  Okay.  Turn the page, there's a
15     tab that says Exhibit 3 to Exhibit 8 and
16     then behind that tab there are some
17     additional photos.
18        A.  These photos.
19        Q.  And these are the same photos that
20     were submitted with Units A, B, and C,
21     Supplemental Plaintiff Profile Form;
22     correct?
23        A.  Yes.
24        Q.  So these are the only photos you
25     have of any presence of Chinese drywall at
```

**51**

```
 1     this property?
 2        A.  Only photos that I submitted
 3     there, here.
 4        Q.  They're the only photos you
 5     submitted, but are they the only photos
 6     that you ever took of the Chinese -- of the
 7     alleged Chinese drywall?
 8        A.  If there is any, I probably
 9     submitted it.
10        Q.  So to the best of your
11     understanding, these are the only photos
12     that were taken?  Because if there was
13     anything, you probably submitted it?
14        A.  Probably, yeah.  But I don't know
15     if that shows everything that I submitted.
16     I actually like -- I have a video clip of
17     the Chinese Sheetrock that was stored in
18     the attic that I submitted.
19        Q.  We're going to get to that because
20     that video clip was submitted with your
21     Metairie home, so we'll talk about that.
22        A.  No.  It wasn't the Metairie home.
23     It can't be.
24        Q.  So we'll talk about that.  So are
25     these screen shots of that video clip?
```

**52**

```
 1        A.  No.
 2        Q.  Are they photos of the same board
 3     that were videoed?
 4        A.  I don't know if they're the same
 5     board.  I can't say.
 6        Q.  Okay.  So what damages, Mr.
 7     Gharib, are you alleging that you have
 8     suffered as a result of the alleged
 9     presence of Chinese drywall at this
10     property at 8807 South Claiborne?
11        A.  I think it was that document that
12     we submitted, the damages they asked me and
13     the documents that I submitted.
14        Q.  So the only damages you're
15     claiming are personal property damages?
16        A.  Yes.
17        Q.  Okay.  So --
18        MR. DOYLE:
19            Object to the form of the
20        question.  Sorry.
21     EXAMINATION BY MS. VEITH:
22        Q.  So you did submit a document,
23     that's right, and that's a few more pages
24     into this exhibit.  It's behind a tab that
25     says Exhibit 14, if you could flip to that.
```

**53**

1    A. Page 14?
2    **Q. It says Exhibit 14. So it's --**
3   you can keep going and it's Exhibit 14 to
4   Exhibit 8, the Plaintiff Fact Sheet for
5   this property.
6    A. Okay.
7        MR. DOYLE:
8        That's it.
9        THE WITNESS:
10        14. So that's Exhibit 14,
11   yes.
12   EXAMINATION BY MS. VEITH:
13    **Q. So we're just going to go through**
14   this and I'm going to ask you a few
15   questions about it.
16    A. Sure.
17    **Q. For No. 1, you list four 4-ton A/C**
18   units each $5,200, and you say damaged and
19   replaced. So did you discard those air
20   conditioning units?
21    A. Yes.
22    **Q. But -- and you're saying the value**
23   at the time you purchased them was $20,800?
24    A. Total, yes, of the four units.
25    **Q. But you don't still have those**

**54**

1   units; correct?
2    A. No.
3    **Q. Okay. And then similarly, the**
4   next item is three 2-ton A/C units, each at
5   $3,200. And you wrote that those are
6   damaged and replaced?
7    A. Yes.
8    **Q. You don't have those units anymore**
9   either; do you?
10    A. No.
11    **Q. How are you alleging that or --**
12   Let me rephrase. What's your understanding
13   of how those A/C units were damaged by
14   Chinese drywall, if you have an
15   understanding?
16    A. The coils of these units, they
17   were just deteriorated so bad they don't
18   operate anymore. They were eaten up by
19   corroded. And I think you saw a picture
20   right here to see how bad it was on the one
21   we just looked at.
22    **Q. Do you remember when --**
23    A. And then when they corroded so
24   bad, that copper on the coil, gases
25   start -- you know, there's gas in there.

**55**

1   That gas starts leaking and you can't fix
2   the pipe.
3    **Q. Do you remember when you replaced**
4   them?
5    A. The last one, I replaced. They're
6   different days where I replaced these
7   units, but the last one I replace was the
8   one we just looked at, that picture of
9   Apartment C. I replaced the coil. I think
10   that was about a year ago, maybe over a
11   year ago, about a year ago, and then about
12   two months ago, I replaced compressor
13   outside.
14    **Q. Did you -- is the compressor**
15   listed on here as damages?
16    A. That's -- when I say -- when I say
17   -- you know when I say an A/C unit is two
18   parts. There's a compressor outside and
19   there is a cooling unit inside, the cooling
20   unit. So we replaced the cooling unit
21   inside and then eventually we replaced the
22   compressor outside.
23    **Q. Do you still have that compressor?**
24    A. No.
25    **Q. Okay. Did you ever get an formal**

**56**

1   opinion from an outside expert about the
2   damage to these A/C units were caused by
3   Chinese drywall?
4    A. No.
5    **Q. And is that the same for every**
6   list of personal property damage, every
7   item of personal property damage, you never
8   had an outside expert tell you that those
9   items were damaged by Chinese drywall?
10    A. No.
11    **Q. Okay. No. 3 is GE electric stove,**
12   damaged and replaced?
13    A. Yes.
14    **Q. That has also been discarded?**
15    A. Yes.
16    **Q. Do you remember when you discarded**
17   that?
18    A. This was on what apartment? I
19   can't recall which apartment this is, but
20   the last one I replaced was in Apartment C.
21   And I'm not sure -- I don't think this is
22   the one for Apartment C.
23    **Q. For numbers 1, 2, and 3, the A/C**
24   units in the stove, do you have any
25   receipts supporting the purchase price for

**57**

1    those items?
2        A.  I submitted receipts with my -- if
3    I had them with my, you know, with the
4    documents.
5        **Q.  So if I don't have a receipt that**
6    means you didn't submit it because you
7    don't have it?
8        A.  You probably -- yes.
9        **Q.  Okay.  No. 4 is a Whirlpool**
10   electric stove for $450 that you say is
11   replaced?
12       A.  Yes.
13       **Q.  Did you also discard that stove?**
14       A.  Yes.
15       **Q.  Do you remember when you discarded**
16   that?
17       A.  No.
18       **Q.  Okay.  And so No. 5 is three**
19   dining room fans fixtures, Apartments A, B,
20   and C, each $200.  Do you still have those
21   fans?
22       A.  Yes.
23       **Q.  And so how are you alleging that**
24   those are damaged?
25       A.  They're damaged because of the

**58**

1    tarnish that's on them.
2        **Q.  And what do you mean by the**
3    tarnish that's on them?
4        A.  You know, they're electrical so
5    all the electrical part -- all the
6    electrical wire is damaged.
7        **Q.  Okay.  So No. 6 is six bedroom**
8    fans fixtures, each $150 for a total of
9    450 -- I'm not positive the amount is
10   correct -- but do you still have those
11   bedroom fan fixtures?
12       A.  Yes.
13       **Q.  And how are you alleging those are**
14   damaged?
15       A.  Again, you know, all these
16   electrical parts -- electrical wiring in
17   these appliances, they're tarnished.
18       **Q.  But they're still in use; correct?**
19       A.  Yes.
20       **Q.  Okay.  Next one is three living**
21   room chandeliers each for $260 for a total
22   of 780.  And are those chandeliers still in
23   use?
24       A.  Yes.
25       **Q.  And how are you alleging those are**

**59**

1    damaged?
2        A.  Again, they have electrical wiring
3    in them, copper wiring.  It's tarnished.
4        **Q.  They still work properly?**
5        A.  They work, but I can't say if they
6    work properly.
7        **Q.  Okay.  Three Bosch dishwashers,**
8    each at 750 for a total of $2,250, No. 8.
9    Are those still in use?
10       A.  Yes.
11       **Q.  Do you ever get complaints from**
12   your tenants about the functioning of the
13   dishwashers?
14       A.  Yes.
15       **Q.  What are the complaints?**
16       A.  That they don't -- sometimes they
17   don't work.
18       **Q.  Are you able to fix them when the**
19   residents make the complaints?
20       A.  I've actually -- I remember that
21   I've replaced one of them, but I don't know
22   if it's in here, it doesn't say.  But now I
23   do -- I did replace one of them in
24   Apartment A.
25       **Q.  And you discarded the old one in**

**60**

1    Apartment A?
2        A.  Yes.
3        **Q.  Do you remember about when that**
4    was?
5        A.  No.
6        **Q.  Was it more than a year ago?**
7        A.  Yes.
8        **Q.  Is it more than five years ago?**
9        A.  No.
10       **Q.  So sometime in the last five years**
11   you replaced the one in Unit A --
12       A.  Yes.
13       **Q.  -- and discarded the one that you**
14   previously had; is that right?
15       A.  Yes.
16       **Q.  And No. 9 is three Whirlpool**
17   refrigerators, each for 850, for a total of
18   $2,550.  Are those refrigerators still in
19   use?
20       A.  Yes, they are.  I've replaced
21   refrigerators in these apartments.
22       **Q.  When?**
23       A.  Uh-huh.
24       **Q.  And when did you replace them?**
25       A.  The last one I replaced for

**61**

1  Apartment C, that was about a year ago.
2  And your expert came in and testified to
3  that.  I showed him.  I showed him the new
4  unit that I had.
5      Q.  Okay.  So you replaced the
6  refrigerator in Apartment C within the last
7  year?
8      A.  Yeah.
9      Q.  And you got rid of the one that
10  had been in the property?
11      A.  Yes.
12      Q.  Yes?
13      A.  Yes.
14      Q.  No. 10 is InSinkErator disposals,
15  each for 210, for a total of 630.  Those
16  are garbage disposals; right?
17      A.  Disposals, yes.
18      Q.  And are the garbage disposals
19  still in use in the A --
20      A.  Yes.
21      Q.  -- B and C?
22      A.  Yes.  I actually remember now -- I
23  mean, I remember now I replaced probably
24  two or three of them, but I don't list them
25  in here.

**62**

1      Q.  Do you remember when you replaced
2  them?
3      A.  Not the exact dates, no.
4      Q.  Was that more than five years ago?
5      A.  No.
6      Q.  I know that this is kind of boring
7  lists --
8      A.  No.
9      Q.  -- but we got to get through it.
10      A.  Sure.
11      Q.  No. 11 is three Frigidaire 30-inch
12  electric stove each for 790 for a total of
13  $2,370.  Are those all still in use?
14      A.  The stoves I replaced many of them
15  and I think I just mentioned to you like
16  about a month ago, I just replaced the one
17  for Apartment C.
18      Q.  So how is that how is No. 11
19  different from numbers 3 and 4 because
20  those are stoves and you were talking about
21  replacing them?
22      A.  Oh, I'm sorry.  Here is the
23  replace, but the ones that I have in here,
24  that's what in there, yeah.
25      Q.  So No. 11 are the three that are

**63**

1  currently in place?
2      A.  Yeah.  If I said Whirlpool
3  electric stove replaced, I replaced that.
4  But these are the ones in the -- and I
5  can't recall exactly, you know, that what
6  it says.  Whirlpool, where was it, what
7  apartment, I can't recall, but I replaced
8  that.
9      Q.  Okay.  So just so the record is
10  clear --
11      A.  Yeah.
12      Q.  -- what you have listed for the
13  stove in No. 11, those are the three stoves
14  that are currently in the apartment?
15      A.  Yes.
16      Q.  Three and four are stoves, but
17  those were stoves that were damaged and
18  then replaced?
19      A.  Yeah.  So you asked me about 4 and
20  11 how are they different, and you could
21  see that -- there shouldn't be any
22  confusion because on 4 it say replace.
23      Q.  Uh-huh.
24      A.  On 11 it doesn't say replace,
25  they're in there.  And if they're in there,

**64**

1  they're damaged -- there's damage on them
2  because there's electrical wiring and
3  copper wiring and it's tarnished.
4      Q.  Okay.  Well, one reason I'm a
5  little confused is because although they're
6  not stoves, for 8, 9, and 10 you mentioned
7  replacing dishwashers, refrigerators, or
8  disposals, but in 8, 9, and 10 those don't
9  say damaged and replaced?
10      A.  They're there.
11      Q.  Okay.  So the items in 8, 9, and
12  10, none of them are the items that were
13  discarded?
14      A.  No.  And it's all -- you know, I
15  don't know if there's any misunderstanding
16  here, but, you know, the ones that I said
17  replaced, I've replaced, and if the ones
18  that doesn't say replaced that are in there
19  so --
20      Q.  Okay.  No. 12 is for four-ton air
21  conditioning units at 5,200 each for
22  $12,800.  How is 12 and 1 different?
23      A.  How is 12 and which one?  I'm
24  sorry.
25      Q.  So No. 12 says four 4-ton A/C

**65**

1    units at $5,200 each, and No. 1 says four
2    4-ton A/C units at $5,200 each.
3        A.  So, again, on No. 1 you see it
4    says damage and replaced that was thrown
5    out, but these are the ones that are in
6    there.
7        **Q.  Okay.  So the item for No. 1 is**
8    A/C unit that you have already discarded?
9        A.  Yeah.
10       **Q.  Some as recently as 2018; correct?**
11       A.  Some, yeah.  Just recently.
12       **Q.  Okay.  And in No. 12 that's the**
13   price for each of the units that are
14   currently in the building?
15       A.  Yes.
16       **Q.  Okay.  And how are you alleging**
17   those are damaged?
18       A.  They're operating in an
19   environment that has Chinese Sheetrock and
20   it's damaging them, like they did to the
21   previous ones.  And eventually they will be
22   replaced like the other ones did.
23       **Q.  But all appliances eventually get**
24   replaced; correct?
25       MR. DOYLE:

**66**

1            Object to the form of the
2    question.  You can answer.
3        THE WITNESS:
4            But you saw the pictures how
5    -- why they were replaced.  They
6    failed because the copper coils
7    deteriorated because of these
8    gasses and they start leaking.  It
9    is because of the Chinese
10   Sheetrock.  It wasn't because of
11   something else.  It wasn't
12   something else that failed.  What
13   failed them is the copper that
14   deteriorated and that was because
15   of the gases of the Chinese
16   Sheetrock.
17   EXAMINATION BY MS. VEITH:
18       **Q.  But you don't have an expert**
19   opinion telling you that, that's just your
20   belief; correct?
21       MR. DOYLE:
22           Object to the form of the
23   question.  You can answer.
24       THE WITNESS:
25           I did not get an expert, but

**67**

1            it's -- I don't have to get an
2    expert to tell me, hey, don't
3    cross the street when it's a red
4    light, a red light, you know.
5    It's very well-known fact, that
6    this damage was because of the
7    Chinese Sheetrock.  It's obvious.
8    Your expert, when he came in on
9    Thursday, he did testify to that.
10   He did say that, like I told you,
11   what he mentioned about the smoke
12   detector, why it's failing.  Why
13   would he say that?
14   EXAMINATION BY MS. VEITH:
15       **Q.  I understand.  But this is not**
16   based on anything, other than your own
17   personal opinion; right?
18       A.  Your expert did confirm that
19   fact.
20       **Q.  But you're not my expert; right?**
21       MR. DOYLE:
22           Object to the form of the
23   question.  I'm sorry.  Go ahead.
24       THE WITNESS:
25           You wouldn't object to your

**68**

1            expert; would you?
2    EXAMINATION BY MS. VEITH:
3        **Q.  Sometimes it's simpler -- I'm**
4    asking yes or no questions, if you do just
5    give a yes or no.
6        A.  It's my opinion, yes.
7        **Q.  Okay.  So No. 13 is four two-ton**
8    A/C units at $3,200 each.  Those are the
9    air conditioning units that are present in
10   the property today; correct?
11       A.  Yes.
12       **Q.  And they're currently working;**
13   correct?
14       A.  Yes.
15       **Q.  Okay.  So starting at No. 14 there**
16   is documentation.  So if you want to take
17   out the list, the first two pages out of
18   the binder, do you want to --
19       A.  This?
20       **Q.  Uh-huh.**
21       A.  Take this out.
22       **Q.  Uh-huh.  And after the two-page**
23   list, there's a document from the Washing
24   Machine, Inc.?
25       A.  Yes.

**69**

1   **Q. And it's an invoice dated November**
2   **2nd, 2006; right?**
3       A. Uh-huh.
4       **Q. Okay.**
5           MR. DOYLE:
6               Yes or no.  Tell her yes or
7           no.
8           THE WITNESS:
9               Yes.
10  EXAMINATION BY MS. VEITH:
11      **Q. So No. 14 on the list is 11**
12  **Wascomat 3PH washers each at 19 -- $1,930**
13  **for a total of $21,230.  And if you look at**
14  **the first item on this invoice from the**
15  **Washing Machine, Inc. Does that match up**
16  **with No. 14 on your list?**
17      A. Repeat the question, please.  So
18  No. 14 --
19      **Q. Uh-huh.  Is that the same as the**
20  **first --**
21      A. Yes.
22      **Q. -- line item on the invoice?**
23      A. Yes.
24      **Q. So are these washers in the**
25  **laundromat at your commercial property?**

**70**

1       A. Yes.
2       **Q. Are all these washers still in**
3   **use?**
4       A. Yes.
5       **Q. And they have been in use since**
6   **2006; right?**
7       A. Yes.
8       **Q. How are they damaged?**
9       A. They're damaged -- they have an
10  electrical copper wiring that's failing.
11      **Q. To the best of your understanding?**
12      A. Yes.
13      **Q. Okay.  But right now they still**
14  work for your business; right?
15      A. They're working, yes.
16      **Q. Okay.  No. 15 --**
17      A. But constant repair on them.
18      **Q. Do you have any documentation of**
19  **those repairs?**
20      A. Oh, yeah.
21      **Q. Can you provide that to your**
22  **attorney to provide to us, please?**
23      A. Sure.
24      **Q. Okay.  No. 15 on the list is five**
25  **Wascomat 3PH washers each for $3,644 for a**

**71**

1   total of $18,220.  Does that match up with
2   the second item on the Washing Machine,
3   Inc. Invoice?
4       A. Yes.
5       **Q. So these are a different size of**
6   washer that's also in your laundromat;
7   right?
8       A. Yes.
9       **Q. And are all five of these washers**
10  still in use?
11      A. Yes.
12      **Q. Like with the 11 other washers,**
13  have they had to have repairs?
14      A. Yes.
15      **Q. Do you have documentation of those**
16  repairs?
17      A. Yes.
18      **Q. Can you provide that to your**
19  **attorney, please?**
20      A. Sure.
21          MR. DOYLE:
22              Off the record real quick.
23          (Off the record.)
24  EXAMINATION BY MS. VEITH:
25      **Q. No. 16 is for Wascomat washers at**

**72**

1   $5,348 each, for a total of $21,392.  And
2   is that -- that's a different size washer
3   and it matches up with the third item on
4   this invoice?
5       A. Yes.
6       **Q. Okay.  And are all four of those**
7   washers still in use?
8       A. Yes.
9       **Q. Have you had to repair those?**
10      A. Yes.
11      **Q. And you have documentation of**
12  those repairs --
13      A. Yes.
14      **Q. -- that you can provide to your**
15  attorney?  Can you provide that to your
16  attorney, please?
17      A. Yes.
18      **Q. Okay.  But right now those washers**
19  are still working for your business?
20      A. Yes.
21      **Q. No. 17 is for Wascomat dryers that**
22  are $2,138 each for a total of $8,552.
23  Does that match up with the fourth item on
24  this invoice?
25      A. Yes.

**73**

1  Q. Okay. Are all of these washers
2  still in use?
3  A. You mean dryers?
4  Q. Sure. Dryers, yes.
5  A. I have -- right now I have four
6  down.
7  Q. You have four dryers that aren't
8  working. Have you replaced any of them?
9  A. No, I haven't. I'm working on
10  repairing them.
11  Q. And is this the first time they've
12  had to be repaired?
13  A. No.
14  Q. Do you have documentation of the
15  earlier repairs?
16  A. Yes, I do.
17  Q. Okay. Well, will you please
18  provide that to your attorney? No. 18 is
19  eight dryers for $4,114 each for a total of
20  $32,914. Do you still have all eight of
21  those dryers?
22  A. Yes.
23  Q. Are some of these eight dryers the
24  ones that are out right now?
25  A. Yes. Correction. The first item,

**74**

1  the previous item on the dryers, the TD 50
2  dryers, they're all working. I mistakenly
3  said that four of them are not working.
4  These are the next item, which is the TD
5  30x30. I have four of these that are not
6  working right now.
7  Q. Okay. And so just to reiterate my
8  request for the documentation related to
9  those repairs. The next item is No. 19,
10  one Lochinvar heater 100 gallon, and four
11  40-gallon water heaters?
12  A. Yes.
13  Q. So I see the Lochinvar here on
14  this invoice for 3,800; right?
15  A. Yes.
16  Q. But the four 40-gallon water
17  heaters, do you see those on this invoice?
18  A. Yeah.
19  Q. Where is that?
20  A. That's the ones for the unit, for
21  the apartment units.
22  Q. Okay. But they weren't purchased
23  with this list of items; right?
24  A. No. That's why the price is
25  different.

**75**

1  Q. Okay. Are all those heaters still
2  in use?
3  A. You have to -- all of the
4  Lochinvar and the A.O. Smith, yes.
5  Q. So then No. 20 is this item that
6  says freight, delivery, set up, start up
7  for $7,000. That's on this invoice from
8  the Washing Machine, Inc.; correct?
9  A. Yes.
10  Q. That's not really an item that can
11  be damaged --
12  A. No.
13  Q. -- right?
14  A. No.
15  MR. DOYLE:
16  Let's a five-minute break if
17  you don't mind.
18  MS. VEITH:
19  Sure.
20  (At this time a brief recess was
21  taken.)
22  EXAMINATION BY MS. VEITH:
23  Q. No. 21, Mr. Gharib --
24  A. Yes.
25  Q. -- that's sales tax?

**76**

1  A. Yes.
2  Q. And you have here $10,179.59 --
3  A. Yes.
4  Q. -- which is slightly different
5  than the sales tax that's on the receipt,
6  right, on the invoice?
7  A. Yes. So that's 11,000, yeah --
8  Q. But either way sales tax itself is
9  not really an item that could be damaged;
10  right?
11  A. No.
12  Q. Okay. So if you'll look, turn to
13  that invoice you see there's another one
14  following it, those are the same thing;
15  right?
16  A. This one, yeah.
17  Q. Okay. And there are no other
18  receipts behind Exhibit 14; correct?
19  A. No.
20  Q. So the items on this Washing
21  Machine, Inc. Invoice are the only items
22  that you provided a receipt supporting;
23  right?
24  A. Receipts for this building, you
25  mean the whole building?

**77**

1  Q. Yes. Uh-huh.
2  A. I can't say for sure, I could have
3  probably submitted other receipts.
4  Q. Well, if you could just check and
5  see if there are other receipts that you
6  thought you submitted to your attorney and
7  maybe resubmit those, please.
8  A. Sure.
9  Q. No. 22 is two CCI Xchanger value
10  stations --
11  A. Yes.
12  Q. -- for $22,590?
13  A. Yes.
14  Q. What are those?
15  A. These are the system that I have,
16  the payment system that I have in the
17  laundromat, in my laundromat is for those
18  Xchangers. So these Xchangers are a kiosk
19  where the customer would come in, it would
20  issue them a laundry card. They put
21  money -- it's like an ATM machine -- you
22  put money in it and then you get a laundry
23  card that you use in the washer and the
24  dryer, buy soap, even go to the bathroom.
25  So this is a payment system. And it

**78**

1  consists of a bill acceptor, a computer.
2  It's a system that takes my payments,
3  yes.
4  Q. And how are you alleging that was
5  damaged by Chinese drywall?
6  A. These are all electronic
7  equipment.
8  Q. But right now, it's still working?
9  A. They are still working, but I did
10  multiple repairs on them.
11  Q. Okay. In general, Mr. Gharib, to
12  the extent you have documentation of any
13  repairs done to any of these appliances,
14  will you please provide that to your
15  attorney?
16  A. Sure.
17  Q. Okay. No. 23, 40 card readers,
18  $312 each, for a total of $12,480. Are you
19  still using all of those card readers?
20  A. Yes.
21  Q. And they're all still working?
22  A. Yes.
23  Q. For the No. 24 is V-0600 VPS
24  Xchangers with voice prompting for $499.
25  What are those?

**79**

1  A. That's part of the system of that
2  payment so when somebody comes in, it's a
3  touch screen, they touch it, and it will
4  tell them what to do, you know, such as put
5  money in Slot A, choose this option if you
6  want a card, choose this option if you want
7  to add value to your card, and it's in
8  Spanish and English.
9  Q. And are those VPS Xchangers still
10  working?
11  A. Yes.
12  Q. No. 25 is sales tax for the
13  Xchanger and card readers for $3,279.42?
14  A. Yes.
15  Q. That's not really an item that can
16  get damaged; is it?
17  A. No. I just want to add one thing
18  in here. When you say I'll provide
19  whatever receipts or records that I had,
20  but you have to realize -- you have to
21  realize that we knew of the Chinese
22  Sheetrock in my property in 2015 December.
23  I've had these equipment and I've had these
24  place open since 2006.
25  Q. Uh-huh.

**80**

1  A. So I wasn't keeping track of what
2  was going on because I had Chinese
3  Sheetrock.
4  Q. I understand. But if you have
5  documentation --
6  A. I will provide -- whatever I have,
7  I will provide.
8  Q. Okay. No. 26 is a 55-inch Samsung
9  smart TV for $650. Do you still have that
10  TV?
11  A. That's what in there right now,
12  yes.
13  Q. It's still working?
14  A. Yes.
15  Q. Okay. All right. 27 is a 42-inch
16  Toshiba commercial TV?
17  A. Yeah. That is gone.
18  Q. $1,200?
19  A. Yes.
20  Q. You have replaced that?
21  A. Yes, I did. It should say it here
22  replaced, yes.
23  Q. Okay. When did you discard that?
24  A. I can't recall, but it's been a
25  few years now.

**81**

1    Q. Okay.  More than five?
2    A. Probably somewhere around there,
3  yes.
4    Q. Okay.  No. 28 is USI HR 24 snack
5  vending machine for $2,500.  Do you still
6  have that?
7    A. Yes.
8    Q. Still working?
9    A. Yes.
10    Q. No. 29 is a USI HR 32 snack
11  vending machine for $3,913.10.  Do you
12  still have that?
13    A. Yes.
14    Q. And that's still working?
15    A. Yes.
16    Q. No. 30 is Selectivend CB500 10
17  selection drink vending machine for $4,898.
18  Do you still have that?
19    A. Yes.
20    Q. And is that still working?
21    A. Yes.
22    Q. No. 31 Coke 13 Selection cold
23  drink vending machine for $4,800.  Do you
24  still have that?
25    A. Yes.

**82**

1    Q. And is that still working?
2    A. Yes.
3    Q. No. 32 is a Hikvision NVR 32
4  channel surveillance system with 24
5  4Megapixel camera installed with labor for
6  $8,750.  Do you still have that
7  surveillance system?
8    A. No.
9    Q. No?
10    A. I just replaced it and this
11  happened after -- I think I mentioned this
12  earlier -- this happened after I submitted
13  the damaged report and was not included.  I
14  said it was the stove and surveillance
15  system.  This is that item.
16    Q. So at some -- you submitted this
17  damage report in January of 2019;
18  right?
19    A. Yes.  Since then, this was
20  replaced, I think, about two months ago.
21    Q. Did you keep the old surveillance
22  system?
23    A. I discarded all the cameras, no.
24  We threw them all out.
25    Q. Okay.  No. 33 is Control4

**83**

1  Automation?
2    A. Yes.
3    Q. And you said see attached work
4  order, but I didn't see a work order;
5  right?
6    A. No.  If it's not here, like I
7  said, I've submitted it and I noticed
8  probably this documentation, there's other
9  documentation that I submitted, it's not
10  here, I don't know why.  But I can get this
11  if you want.
12    Q. Please.  Thank you.
13    A. Sure.
14    Q. And that was $15,864.22?
15    A. Yes.
16    Q. And do you still have that?
17    A. Yes.
18    Q. Still working?
19    A. Yes.  This automation system if
20  you want to know, I don't --
21    Q. Yeah.  Whatever you want to tell
22  me.
23    A. This automation system, the doors,
24  this -- with this I can control my TV
25  remotely.  I can control it from here.  I

**84**

1  can control my camera system, surveillance
2  system.  I can control my air conditioning
3  units.  I can control the doors, the alarm
4  system.  This would open the door in the
5  morning.  I don't have to have an employee
6  to open the door.  The door will open
7  automatically at six o'clock.  We close at
8  11:00 or ten o'clock.  I have an announcer
9  that comes in automatically that say to the
10  customer, look, we are about to close in an
11  hour and it shuts off everything at 11:00
12  sharp.  This is all automated.  I can
13  control the vending machines, switch them
14  on and off.  So everything that's in there
15  is automated and you can control it.
16    Q. And it's all still working?
17    A. Yes.  I've worked it -- you know,
18  I've replaced items on it back and forth,
19  worked on it, you know, repaired since they
20  were installed in 2006.
21    Q. Well, it's 13 years ago, they were
22  installed.  You replaced some things since
23  then?
24    A. The exact -- the exact date that
25  was installed that -- I can't recall.  And

**85**

1    I don't know, but they were installed --
2    not right after at the time that I opened.
3    It was -- I don't know, maybe two or three
4    years later.  And I've had that system
5    working, but I've replaced like what they
6    call a controller.
7        **Q.  Okay.  Well --**
8        A.  Yeah.  You know so there was
9    repairs that I did on this since then.
10        **Q.  And just to the extent you have**
11    that documentation, please provide it.  No.
12    34 --
13        A.  How far -- I remember that I did
14    work on it, I did the repair on it.  If I
15    have documentation -- if I have
16    documentation and receipts, I'll submit
17    them.  If I don't, I don't because, like I
18    said, we only found out that we had Chinese
19    Sheetrock in December of 2015.
20        **Q.  Okay.  Yeah.  It's just asking if**
21    you have it --
22        A.  Sure.
23        **Q.  -- to please provide it.  No. 34,**
24    is one square 3 PH D 400-amp main panel,
25    three Siemen 200-amp subpanel installation

**86**

1    of lighting and electrical panel.  That's
2    $28,250.  Is that in the laundromat?
3        A.  Yes.  This 3 PH that's a three
4    phase, Square One 400-amp main panel.
5    That's the electrical system that I have
6    for this washer.  And then the washer, the
7    400-amp main panel then it supplies two
8    200 -- it says subpanel, two 200 and three
9    actually -- three 200-amp subpanels.
10        **Q.  And are all those panels and**
11    sub-panels still working?
12        A.  Yes.  Yes.  These are there.
13    They're working, but they're copper and the
14    copper is --
15        **Q.  No. 35 is 12 column Vend-Rite soap**
16    vending machine with card reader for
17    $4,200?
18        A.  Yes.
19        **Q.  Is that vending machine still**
20    there?
21        A.  Yes.
22        **Q.  Still working?**
23        A.  Yes.
24        **Q.  Okay.  And so your calculation of**
25    all of those items is $313,355.72; right?

**87**

1        A.  Yes.
2        **Q.  And you mentioned earlier that**
3    you're only claiming personal property
4    damage lost for this building; right?
5        MR. DOYLE:
6            Object to the form of the
7        question.  You can answer.
8        THE WITNESS:
9            When you say personal
10        property, this is the property
11        that was damaged.  But then there
12        were -- the property has to be
13        repaired for what's in there.
14        That Sheetrock has to go.  And I
15        don't know, whatever with it that
16        has to go and be repaired.
17            So I'm not just claiming
18        this.  I'm claiming that that
19        building has to be corrected.
20        Sheetrock has to go and has to be
21        rebuilt back up again.
22    EXAMINATION BY MS. VEITH:
23        **Q.  Okay.  But you're not claiming**
24    damage, say, for like loss of rental income
25    from your tenants?

**88**

1        A.  Right now, no.
2        **Q.  Because you haven't really had a**
3    loss of rental income?
4        A.  No.
5        **Q.  And you're not claiming damage**
6    from lost profits from your laundromat
7    business; right?
8        A.  No.
9        **Q.  Because you haven't really had a**
10    loss in payments; right?
11        A.  No.  But if I do vacate that
12    property and repair it, then I'll have
13    losses, these losses, you know, if I shut
14    down and repair my place, there's losses.
15        **Q.  And that's for a judge to decide,**
16    but I understand.
17        MR. DOYLE:
18            Object to the form.  It's for
19        a jury to understand.
20    EXAMINATION BY MS. VEITH:
21        **Q.  Just a few more questions,**
22    Mr. Gharib, about the piece of property.
23    Remember, we went through the appraisal
24    earlier?
25        A.  Yeah.  Appraisal.

**89**

1    Q. Can we flip back to that? It's
2  about like 13 pages into Exhibit 8.
3    A. Exhibit 8?
4    Q. So Tab 9 but Exhibit 8, so, yeah,
5  you're in the right tab, sir.
6    A. 8 or 9?
7    Q. It's Tab 9 --
8    A. 9.
9    Q. -- which is Exhibit 8.
10    A. Here?
11    Q. So keep going. Turn a couple
12  pages. That is the appraisal of your
13  property at 8807 South Claiborne; right?
14    A. Yeah.
15    Q. And this appraisal was
16  conducted -- if you turn to the third page,
17  it was sent to you -- or it was sent on
18  December 28th, 2015; correct?
19    A. Okay.
20    Q. So you had the appraisal done
21  after you discovered the drywall in the
22  property; is that right?
23    A. After we discovered this -- after
24  we discovered this appraisal was done after
25  the discovery or -- the date looks very

**90**

1  close, but I don't know if this was done
2  before that -- that I found out that I had
3  Chinese Sheetrock.
4    Q. Well, maybe let me help you. Keep
5  your finger there just to mark the place so
6  we don't get confused and then turn back to
7  Tab 3.
8    A. Tab 3.
9    Q. So this Tab 3 is Exhibit 2, the
10  Plaintiff Profile Form that you submitted
11  in this litigation?
12    A. Yeah, 2.
13    Q. And if you go to the third page --
14    A. Yeah.
15    Q. -- you submitted it on December
16  16th, 2015; right?
17    A. Yeah.
18    Q. So you knew as of December 16th,
19  2015 that you believe there was Chinese
20  drywall in the property; right?
21    A. Say that again.
22    Q. As of December --
23    A. So I signed this on December 16th,
24  so okay -- I signed this on December 16th.
25  Okay.

**91**

1    Q. So the appraisal was done after
2  that; right?
3    A. This says -- that was -- that
4  appraisal was dated December the 28th, but
5  when was it -- when was it inspected -- it
6  says here in one of the pages here on
7  No. -- it doesn't say a page in here -- but
8  second page after the first -- third it
9  says the subject was inspected on December
10  15th.
11    Q. Which is the day before you
12  submitted that Plaintiff Profile Form;
13  right?
14    A. Okay.
15    Q. So did you discover the drywall
16  more than a day before you submitted the
17  Plaintiff Profile Form?
18    A. Did I discover it a day before?
19    Q. More than a day.
20    A. More than a day, yeah. Yes. Yes,
21  I did.
22    Q. So when the appraisal was
23  conducted, you had already discovered
24  Chinese drywall on the property; right?
25    A. Yes.

**92**

1    Q. Okay. This appraisal valued the
2  property at $650,000; right?
3    A. Yes.
4    Q. Why did you decide to get an
5  appraisal of this property?
6    A. To try to get a loan on my
7  commercial building on Gentilly --
8    Q. Okay.
9    A. -- because it was -- like I told
10  you, I was building there.
11    Q. Did you get a loan as a result of
12  the appraisal?
13    A. Yes.
14    Q. So the bank agreed that this home
15  was worth about $650,000?
16    A. Yeah.
17    Q. If you turn to Page 4 of this
18  report?
19    A. This, okay.
20    Q. And this is titled Certifications,
21  Assumptions, and Limiting Conditions. If
22  you go down to letter G, the first sentence
23  of that reads, "This is to certify that
24  during the inspection and research of the
25  property that is the subject of this

**93**

1  appraisal, the appraiser
2  observed/discovered no evidence of
3  potential environmental hazards, except
4  those specifically detailed in the Letter
5  of Transmittal and other appropriate
6  portions of this report." Right?
7      A. Yeah.
8      **Q. Did you read the Letter of**
9  Transmittal when you got it?
10     A. No. I don't know what that is.
11     **Q. Okay. Well, if the Letter of**
12 Transmittal doesn't list any environmental
13 hazards, do you understand this paragraph
14 to say that the appraiser observed no
15 evidence of any environmental hazards?
16     MR. DOYLE:
17         Object to the form of the
18     question. You can answer.
19     THE WITNESS:
20         He went and inspected the
21     building -- wasn't looking for
22     Chinese Sheetrock. Chinese
23     Sheetrock -- you come into my
24     house now, you won't find evidence
25     of Chinese Sheetrock inside you

**94**

1      could see. You have to look for
2  it.
3  EXAMINATION BY MS. VEITH:
4      **Q. Well, you mentioned the smell**
5  earlier --
6      A. Yeah. The smell if you turn the
7  water on.
8      **Q. It's safe to say this appraiser**
9  didn't notice a smell; right?
10     A. I can't say -- you know, what did
11 he notice, I don't know.
12     MR. DOYLE:
13         Object to the form of the
14     last question.
15 EXAMINATION BY MS. VEITH:
16     **Q. If you'll turn to Page 25 of this**
17 report --
18     A. 25 you said?
19     **Q. Uh-huh. And then it's actually 26**
20 on the next page.
21     A. 26?
22     **Q. Yes. You see there's four**
23 headings on this page, the third one is
24 mechanical plumbing, electrical, et cetera,
25 residential units?

**95**

1      A. Mechanical, okay.
2      **Q. And you see for plumbing fixtures**
3  the appraiser wrote average quality
4  fixtures, each unit has an individual water
5  heater and electrical adequate capacity and
6  distribution. Do you see that?
7      A. Okay.
8      **Q. So your appraiser did investigate**
9  your electrical and plumbing features;
10 right?
11     MR. DOYLE:
12         Object to the form of the
13     question. You can answer.
14     THE WITNESS:
15         He inspected by looking at
16     what -- what we have. He
17     didn't -- he didn't inspect
18     them -- when you say inspect --
19     what do you mean by inspect?
20 EXAMINATION BY MS. VEITH:
21     **Q. Well --**
22     A. How do you -- how -- I'm not
23 trying to ask you a question, but I want
24 you to clarify, when you say he inspected
25 what do you mean by inspected? How did he

**96**

1  inspect? What do you think he inspected?
2  How did he inspect it?
3      **Q. Well, your appraiser did some form**
4  of inspection sufficient to provide an
5  assessment of the quality of these
6  features; right? Because that's included
7  in this report; right?
8      A. Uh-huh. Yes.
9      **Q. And when he did that inspection,**
10 he did not note any damage to the plumbing
11 or electrical features; right?
12     A. Not visibly -- not visible to
13 him.
14     **Q. And just right here on this page,**
15 it doesn't note any damages; correct?
16     A. Visible damage, you know, he goes
17 into an apartment and he sees a stove, he
18 sees a refrigerator, and that's what he
19 stated. He says -- he says there is
20 equipment, range, oven, refrigerator,
21 freezer, disposal, dishwasher, average
22 quality cabinets, and Formica cabinet top.
23 He did not say anything about the -- what
24 he inspected them. He visually inspected.
25 Like I come in here and I say that is a TV,

**97**

1   I don't know what -- that TV could not be
2   working, but there is a TV there.
3       He did not test, he did not see.
4   He just went in there and saw what he --
5   visual, what he saw in there.
6       **Q. And based on his visual --**
7       A. That doesn't say -- yeah, because,
8   you see, I mean, as I understand for me --
9   you're trying to tell me that you went in
10  there and he didn't see any damage on these
11  equipment. And there was no damage in
12  there. Isn't that what you're telling me?
13      **Q. Well, I'm not telling you**
14  anything, Mr. Gharib, because I'm asking
15  you questions because this is a deposition.
16  My question to you is if this portion --
17  this document reflecting your appraisal --
18  appraiser's assessment of your electricity
19  and plumbing system notes any damage to
20  these systems? Yes or no; does it?
21      A. My answer is he can't testify to
22  any damage because he did not go in and
23  inspect these appliances looking for what
24  damage do they have. It was a visual
25  inspection. He goes into the apartment and

**98**

1   he sees what's in there and he writes. He
2   sees there's a TV. He did not inspect a
3   TV, if that's working and if there's any
4   damage on these. Maybe you want to call
5   him and have him testify to what he
6   inspected.
7       **Q. And we very well might. But my**
8   inspection to you if --
9       MS. VEITH:
10          Mr. Doyle, I would appreciate
11      your professional courtesies.
12      MR. DOYLE:
13          What discourtesy was there?
14      MS. VEITH:
15          You're laughing --
16      MR. DOYLE:
17          I was laughing --
18      MS. VEITH:
19          -- at my question.
20      MR. DOYLE:
21          I was laughing at this line
22      of questions.
23      MS. VEITH:
24          And that is professionally
25      discourteous, so I would ask you

**99**

1   to stop.
2       MR. DOYLE:
3           I'm trying to keep it to
4       myself. It's humorous, the waste
5       of time that this line of
6       questioning is.
7           But you can ask the
8       questions. I have not done
9       anything to try to impede your
10      ability to ask these questions.
11      Ask whatever you like. This is a
12      waste of time, but ask it if you
13      want.
14      MS. VEITH:
15          Mr. Doyle, be respectful.
16  EXAMINATION BY MS. VEITH:
17      **Q. Mr. Gharib --**
18      MS. VEITH:
19          Can we go off the record,
20      please?
21      (Off the record.)
22      MS. VEITH:
23          I would just like to state
24      for the record that Mr. Doyle has
25      just noted that sometimes he

**100**

1   cannot help but laugh at opposing
2   counsel's questions, so even
3   though he was asked to stop, he is
4   refusing to do.
5       So I'm going continue with my
6   line of questioning, but I'm going
7   to ask Mr. Doyle to behave like
8   the adult that he is.
9   EXAMINATION BY MS. VEITH:
10      **Q. Mr. Gharib, I'm asking you about**
11  words on a page. Do the words on the page
12  note any damage?
13      MR. DOYLE:
14          Objection to the form of the
15      question. He's asked and answered
16      this question. You answered this
17      question. He answered it multiple
18      times.
19      MS. VEITH:
20          He has never given me a yes
21      or no answer.
22      MR. DOYLE:
23          You're asking it again. I'm
24      going to object to the form of the
25      question. I'm going to object to

**101**

```
 1        the form of every single question
 2    from this point forward without
 3    exception, if it's a waste of time
 4    or if it's objectionable in any
 5    way, shape, or form.
 6    MS. VEITH:
 7        You are more than welcome to
 8    object whenever you want, Mr.
 9    Doyle.
10    MR. DOYLE:
11        This one has been asked and
12    answered.  You can ask it again.
13    I'm going to object.  It's asked
14    and answered.
15    MS. VEITH:
16        Why don't you let him answer?
17    MR. DOYLE:
18        Again?  You can answer it
19    again for the fourth time.
20    THE WITNESS:
21        That appraiser went in there
22    and he had a visual inspection.
23    He did not inspect -- and went in
24    there looking for damages.  He
25    goes into an apartment and he sees
```

**102**

```
 1        what's in there and he states what
 2    he saw in there.  And he saw these
 3    appliances and he listed them.
 4    And you can read what he listed.
 5    It says range, oven, refrigerator,
 6    freezer.  He's listing what he
 7    sees.  That's was the inspection.
 8    MS. VEITH:
 9        Okay.
10    THE WITNESS:
11        The inspection wasn't
12    about --
13    EXAMINATION BY MS. VEITH:
14        Q.  And, yes, there is no damage
15    listed here; right?
16        MR. DOYLE:
17        Object to the form of the
18    question.  It's leading.  You can
19    answer.
20    EXAMINATION BY MS. VEITH:
21        Q.  Yes or no?
22        A.  The inspector --
23        MR. DOYLE:
24        Object to the form of the
25    question.  It's leading.  You can
```

**103**

```
 1        answer.
 2    EXAMINATION BY MS. VEITH:
 3        Q.  Mr. Gharib, yes or no?
 4        A.  Yes or no what?
 5        Q.  There is no damage listed here?
 6        MR. DOYLE:
 7        Object to the form of the
 8    question.  It's leading.
 9    THE WITNESS:
10        I've answered this question
11    to you.  What's in there anybody
12    can read.  You know, I mean, it
13    says what he saw.  And it's listed
14    in the -- I'm not going to -- I'm
15    not going to say there's damages
16    in here or no damage in here,
17    because that gentleman did not --
18    I don't know if -- I can't recall
19    if it was a man or a woman, but he
20    wasn't there looking for damages.
21    She (sic) went in there looking
22    for what's in there, visual
23    inspection.
24    EXAMINATION BY MS. VEITH:
25        Q.  And regardless, he didn't find
```

**104**

```
 1    them; right?
 2        MR. DOYLE:
 3        Object to the form of the
 4    question.  It's leading.
 5    THE WITNESS:
 6        You're asking me --
 7        MR. DOYLE:
 8        And argumentative.  I'm
 9    sorry.  You can answer.
10    THE WITNESS:
11        You're asking me if he was
12    looking for damages and if he saw
13    any damages.
14    EXAMINATION BY MS. VEITH:
15        Q.  No.  Well, maybe you don't
16    understand my question because that's not
17    what I'm asking you.  I'm asking you if he
18    found any?
19        MR. DOYLE:
20        Object to the form of the
21    question.  You can ask her to
22    clarify if it's unclear what she's
23    asking you?
24    THE WITNESS:
25        Yeah.  It's unclear because
```

105

```
1    he wasn't -- I've answered this
2    question many times. He wasn't
3    going in there looking for
4    damages.
5    EXAMINATION BY MS. VEITH:
6        Q. And he did not find any;
7    correct?
8        MR. DOYLE:
9            Object to the form of the
10   question. It's leading.
11       THE WITNESS:
12           I don't know what he found.
13   You have to get him in here and
14   ask him.
15   EXAMINATION BY MS. VEITH:
16       Q. But what this piece of paper says
17   does not include any damages; right?
18       MR. DOYLE:
19           Object to the form of the
20   question. The paper speaks for
21   itself.
22       THE WITNESS:
23           Yes. You can read what it
24   says.
25   EXAMINATION BY MS. VEITH:
```

106

```
1        Q. The answer is yes; right?
2        MR. DOYLE:
3            Object to the form of the
4    question.
5        THE WITNESS:
6            I can answer you this way, it
7    says -- he listed all the
8    equipment. He wasn't talking
9    about damages. That guy was not
10   called in there to inspect for
11   damages like your expert did on
12   this past Thursday. He went in
13   there looking for Chinese
14   Sheetrock, he found it, and he
15   testified on the damages he saw.
16   This gentleman in here was not
17   going in there looking for
18   damages.
19   EXAMINATION BY MS. VEITH:
20       Q. Do you think if the property were
21   damaged it would have affected the
22   appraised value of the property?
23       MR. DOYLE:
24           Object to the form of the
25   question. It calls for
```

107

```
1    speculation. Don't speculate on
2    the record. We're here to answer
3    questions about facts -- or
4    knowledge that you're in
5    possession of.
6        MS. VEITH:
7            Please cease with the
8    speaking objections, Mr. Doyle.
9        MR. DOYLE:
10           No. I'm allowed to clarify
11   exactly what the objection is so
12   that you can hear it.
13       MS. VEITH:
14           In Louisiana you are not
15   allowed to use speaking
16   objections.
17       MR. DOYLE:
18           Listen, Mike Dodson made a
19   point of insisting that I clarify
20   to give you -- him a chance to
21   hear it.
22       MS. VEITH:
23           Well, Rebekka Veith is asking
24   you not to do it.
25       MR. DOYLE:
```

108

```
1            Okay. Well, I'm just telling
2    you, I'm allowed to state for the
3    record what the objection is.
4        THE WITNESS:
5            Ask me the question.
6    EXAMINATION BY MS. VEITH:
7        Q. What's the point of an appraisal?
8    Why did you get an appraiser?
9        MR. DOYLE:
10           Let me -- Pardon me. Answer
11   the question.
12       THE WITNESS:
13           I answered this. I told you
14   to get a loan for my building on
15   4500 Old Gentilly Road.
16   EXAMINATION BY MS. VEITH:
17       Q. So the appraisal valued the
18   property; right?
19       A. Yes.
20       Q. And the appraiser came out and
21   looked at the property visually --
22       A. Yes.
23       Q. -- to determine what the value of
24   the property was; right?
25       A. Yes.
```

---

**109**

1     Q. If the appraiser had observed
2  visually damage, would that have affected
3  his appraised value?
4          MR. DOYLE:
5              Object to the form of the
6          question. Calls for speculation.
7          And by the way, I'm allowed to
8          make these objections because this
9          case was not filed in Louisiana.
10         And nobody here has waived their
11         Lexecon Rights. This case will
12         not be tried before Judge Fallon
13         unless they waive their Lexecon
14         Rights. So this will probably be
15         used in a court of law outside of
16         the state of Louisiana, outside
17         the federal court in Louisiana.
18         So I think it will be appropriate
19         for this.
20         MS. VEITH:
21             Well, I'm sure they will be
22         very proud of this transcript when
23         it is used. Go on, Mr. Gharib.
24         MR. DOYLE:
25             I'm going to object to the

---

**110**

1          form -- like I said, I'm going to
2          object to the form of the question
3          because it calls for speculation.
4          You can answer the hypothetical,
5          if you like, or if you have any
6          independent knowledge.
7  EXAMINATION BY MS. VEITH:
8      Q. Go ahead, Mr. Gharib.
9      A. You are asking me if the appraisal
10 would have been different if he found -- if
11 he knew that there was Chinese Sheetrock in
12 there.
13     Q. No. I never said a word about
14 Chinese Sheetrock. I asked for if an
15 appraiser -- your appraiser had noticed
16 damages, would that have affected the
17 appraised value of the property?
18         MR. DOYLE:
19             Object to the form of the
20         question. It calls for
21         speculation. You can answer.
22         THE WITNESS:
23             I don't know.
24 EXAMINATION BY MS. VEITH:
25     Q. Okay. Mr. Gharib, you said that

---

**111**

1  you were the contractor for this property
2  when it was built?
3      A. Yes.
4      Q. Who supplied your Sheetrock?
5      A. As I recall back then, I think it
6  was Interior Exterior.
7      Q. Do you have any receipts from the
8  purchase of that Sheetrock?
9      A. I can't recall. I don't know. If
10 I had, I'll submit it, but I don't know.
11     Q. Do you remember if you paid for
12 that with a check or with cash or with a
13 credit card?
14     A. Probably a check.
15     Q. Do you have the canceled check?
16     A. No.
17     Q. Do you have the bank statements
18 that would reflect that?
19     A. No.
20     Q. Can you get those?
21     A. No.
22     Q. Why not?
23     A. Because this is 2006 -- not even
24 2006, probably earlier 2006. That's 13
25 years from now. I don't keep records that

---

**112**

1  old, not even IRS ones record that old.
2      Q. So did you, to your memory,
3  purchase this Sheetrock directly from
4  Interior Exterior?
5      A. Yes.
6      Q. How did you come into contact with
7  them?
8      A. How did I know that they sell
9  Sheetrock? Is that how you --
10     Q. No. I mean, how did you contact
11 them to obtain the Sheetrock?
12     A. Called them.
13     Q. You called them. You placed an
14 order over the phone?
15     A. I can't recall. I don't remember
16 if I went in there. Many times I used to
17 go there, I call them. I can't recall.
18     Q. Where is there?
19     A. I'm sorry?
20     Q. Where is there?
21     A. They are on -- they're off of
22 Tulane. I think the name of the street, if
23 I'm not mistaken, Scott, I think.
24     Q. When did you first learn that
25 Chinese drywall caused problems in homes?

**113**

1  A. I think I told you the story how
2  we found out that we had Chinese
3  Sheetrock.
4  Q. And that's the first time you
5  learned that Chinese drywall was
6  problematic, if it was installed in a
7  building?
8  A. This is how I learned that I had
9  Chinese Sheetrock. Now after that, I went
10  and I educated myself. You know, I go
11  online and see what is the symptoms of all
12  these Chinese Sheetrock, what does it do?
13  And then it clicked to me, oh, that's why I
14  had these problem, this is related to
15  Chinese Sheetrock.
16  Q. So you don't ever remember ever
17  hearing on the news that Chinese drywall
18  affected property owners in Louisiana?
19  MR. DOYLE:
20  Object to the form of the
21  question. You can answer.
22  THE WITNESS:
23  I've heard that, but I -- I
24  did not relate that to -- I've
25  heard it on TV, yes.

**114**

1  EXAMINATION BY MS. VEITH:
2  Q. When did you hear it?
3  A. I don't know the exact date.
4  Q. More than five years ago?
5  MR. DOYLE:
6  Object to the form of the
7  yes.
8  THE WITNESS:
9  From now?
10  MS. VEITH:
11  Yes.
12  THE WITNESS:
13  Yes.
14  EXAMINATION BY MS. VEITH:
15  Q. More than ten years ago?
16  MR. DOYLE:
17  Object to the form of the
18  question.
19  THE WITNESS:
20  Exact date, I don't know.
21  EXAMINATION BY MS. VEITH:
22  Q. Did you ever receive any notice in
23  the mail of a settlement related to
24  Interior Exterior?
25  A. Did I receive any -- I'm sorry.

**115**

1  Repeat the question.
2  Q. Notice in the mail of a legal
3  settlement related to Interior Exterior?
4  A. No.
5  Q. Did you ever receive --
6  A. I don't recall. And I don't
7  recall receiving anything like this. And I
8  don't remember, no.
9  Q. Well, to the extent, Mr. Gharib,
10  that you have any documentation of your
11  actual purchase of the Sheetrock, please
12  provide that to your attorney.
13  A. Sure.
14  Q. We can go to the next binder now,
15  4 Beresford Drive.
16  A. Sure.
17  Q. Oh, I'm sorry. I actually do have
18  one more question about that binder so keep
19  it open. If you'll look at Exhibit 2
20  behind Tab 3.
21  MR. DOYLE:
22  Plaintiff Profile Form?
23  MS. VEITH:
24  Correct. Behind Tab 3. You
25  were there. I want not -- Exhibit

**116**

1  2 like to this deposition is the
2  document behind Tab 3.
3  MR. DOYLE:
4  Okay.
5  EXAMINATION BY MS. VEITH:
6  Q. This lists the affected property
7  as 8807 South Claiborne Avenue, Apartments
8  A, B, and C; right?
9  A. Yes.
10  Q. And as we went through earlier,
11  Exhibits 3, 5, and 7, which are the
12  Supplemental Plaintiff Profile Forms behind
13  Tab 4, 6, and 8, those are each of Units A,
14  B, and C; correct?
15  A. Yes.
16  Q. Okay. So you did not claim
17  damages to your commercial -- the
18  commercial portion of this property until
19  the Plaintiff Fact Sheet; correct?
20  A. Yes.
21  Q. Why is that?
22  A. Because I see the damage now that
23  it did to --
24  Q. So you noticed the damage to the
25  commercial property around January 2019

**117**

1  when you submitted the Plaintiff Fact
2  Sheet?
3      A.  No.  I noticed that before.
4      Q.  Well, then why wasn't it included
5  in any of your previous plaintiff forms?
6      A.  Not in 2015.
7      Q.  You didn't notice it in 2015.
8  What about 2018?
9      A.  I think there is -- isn't there --
10 I think there is -- I listed that on
11 2018.
12     Q.  The first time you listed
13 commercial space as we just discussed is in
14 the Plaintiff Fact Sheet, which was
15 submitted in January 2019?
16     A.  That's when they asked me what
17 damages and then I list them.  I don't
18 think I was asked this question on listing
19 damages like this before.
20     Q.  Well, I think my question is a
21 little different.  This property has five
22 units essentially; right?
23     A.  Yes.  Uh-huh.
24     Q.  It has Apartments A, B, C.  It has
25 the laundromat.  It has the space that's

**118**

1  currently being related to Metro PCS.
2      A.  Yes.
3      Q.  Okay.  In the Plaintiff Profile
4  Form that's Exhibit 2 and then it's also
5  Exhibit 4 and 6, but we think that those
6  are all the same documents, the address you
7  listed is 8807 South Claiborne, Apartments
8  A, B, and C?
9      A.  Yes.
10     Q.  And you just explained to me in
11 2015 when you filled out that form you
12 didn't know that -- you hadn't discovered
13 you had damage to the commercial space?
14     MR. DOYLE:
15         Object to the form of the
16     question.  You can answer.
17     THE WITNESS:
18         Did I know that there was
19     damages in 2015 to my commercial
20     space?
21     MS. VEITH:
22         Yes.
23     THE WITNESS:
24         Is that the question?
25     MS. VEITH:

**119**

1          That's the question.
2      THE WITNESS:
3          Was there any damages then?
4      When I filled out these, I filled
5      out where the Chinese Sheetrock
6      was, not the damage.
7  EXAMINATION BY MS. VEITH:
8      Q.  Okay.  So you didn't believe that
9  there was Chinese drywall in the commercial
10 space in 2015.  Did you investigate whether
11 there was?
12     A.  You know, that Chinese Sheetrock
13 it's half-inch.  It's only half-inch
14 Chinese Sheetrock.  Commercial properties
15 they're built with five-eights drywall.
16 They can't be either.
17     Q.  So it's not in your commercial
18 property?
19     A.  Not in my commercial property, no,
20 but it's in the residential part of the
21 property of the building.  But that
22 Sheetrock damaged -- the damage of it is
23 everywhere.  There's -- there's a
24 difference between what damage does it do
25 and where is it and how much of is in

**120**

1  there?  It's in the middle part of the
2  building.
3          See these windows right here?
4  These are the apartments.  This is where
5  the Chinese Sheetrock all over right here.
6  My commercial property is below here.  The
7  attic is here.  This Chinese Sheetrock,
8  gases go up and down everywhere.  This is
9  where it causes the damage.  There's a
10 difference between where it's at and the
11 damage that it caused.  It caused damage
12 everywhere in the property.  I was
13 answering in here where was that and
14 these -- I think in these documents I've
15 answered where the Chinese Sheetrock was.
16 It was in the apartments.
17     Q.  Okay.  Couple things --
18     A.  When they asked me in '18 what
19 damage it did, and I listed all the damage
20 that I had in the whole building.
21 (Indicating.)
22     Q.  Okay.  A few things, for the
23 record, Mr. Gharib was just pointing to a
24 photo in a printout from the Orleans Parish
25 Assessor's website that's attached as an

**121**

1    exhibit to Exhibit 2 of the deposition.
2    The photo reflects that property that we're
3    discussing at 8807 South Claiborne.  You're
4    not an expert witness are you, Mr. Gharib?
5        A.  No, I'm not.
6        Q.  Okay.  Just to clarify -- and I
7    appreciate what you just told me -- and I'm
8    asking you a yes or no question, is there
9    drywall -- is there Chinese drywall in the
10   commercial space in this property, to the
11   best of your knowledge?
12       A.  No, there's not.
13       Q.  Okay.  So there's no Chinese
14   drywall in the space where all of the
15   washing machines are located; right?
16       A.  No.
17       Q.  No Chinese drywall in the space
18   where all the dryers are located; right?
19       A.  No.
20       Q.  Okay.  And so it is your testimony
21   that you still believe that those machines
22   were damaged by Chinese drywall, but it is
23   not your claim that this affected
24   property -- affected property includes the
25   commercial space, right, because the

**122**

1    commercial space does not include Chinese
2    drywall; right?
3            MR. DOYLE:
4                Object to the form of the
5            question.  You can answer.
6            THE WITNESS:
7                Repeat that question again.
8    EXAMINATION BY MS. VEITH:
9        Q.  Okay.  So you were just explaining
10   to me though when you filled out the
11   Plaintiff Profile Form, when you filled out
12   the Supplemental Plaintiff Profile Form,
13   you were listing the specific units in the
14   property that you believed had Chinese
15   drywall; correct?
16       A.  Yes.
17       Q.  Okay.  When you filled out the
18   Plaintiff Fact Sheet and you did that
19   exhibit that we just went through, Exhibit
20   14 to the Plaintiff Fact Sheet, which is
21   Exhibit 8 you were listing all of the items
22   in your property that you believe are
23   damaged because of the Chinese drywall that
24   is somewhere in the property; right?
25       A.  Yes.

**123**

1        Q.  Okay.  But on the first page of
2    the Plaintiff Fact Sheet where you were
3    asked for the affected property address --
4        A.  Yeah.
5        Q.  -- for the first time you listed
6    8807 South Claiborne Avenue, New Orleans,
7    Louisiana 70118, Apartment A, Apartment B,
8    Apartment C, and commercial space.  So my
9    question to you is, is that an error?  Did
10   you not intend to list the commercial space
11   because the commercial space is not
12   affected by the presence of Chinese drywall
13   in the commercial space?
14       A.  The commercial space is affected.
15   It is affected by the Chinese Sheetrock.
16   It does not have Chinese Sheetrock, but the
17   gases travel up and down the walls in this
18   property because you can see that this is
19   the same property, we're not moving next
20   door.  It is the same walls, the same space
21   everywhere.
22           The attic, for example, that
23   attic, even though that it does not -- the
24   walls of it does not have Chinese
25   Sheetrock, but the bottom, which is the

**124**

1    ceiling of the apartment downstairs is
2    Chinese Sheetrock, and that gases travel
3    everywhere in this -- in this whole
4    building.
5        Q.  Okay.  But I'm not asking you
6    about the attic.  I'm asking you about the
7    commercial space.  And in the walls,
8    ceilings, and floors --
9        A.  Yes.
10       Q.  -- of the commercial space,
11   there's no Chinese drywall; right?
12           MR. DOYLE:
13               Object to the form of the
14           question.
15           THE WITNESS:
16               There is -- you know, you can
17           ask me this, but you -- ask your
18           expert too who came in and
19           verified where the Chinese
20           Sheetrock is.  I'm not going to
21           tell you something that's not
22           there.  I'm not going to tell you
23           it's in the -- in the commercial.
24   EXAMINATION BY MS. VEITH:
25       Q.  Well, you just told me it wasn't

**125**

1  there because it's not the kind of
2  Sheetrock that you can use; right?
3        MR. DOYLE:
4           Object to the form of the
5        question.
6        THE WITNESS:
7           Did I say it's there?  I
8        never said that it is in the
9        commercial property.  I said --
10       and I explained to you why because
11       I said five-eights in the
12       commercial part -- in the
13       commercial part of it, half-inch
14       is in the -- I can't change
15       something that does not exist.
16       I'm not changing anything that's
17       not there.
18       MS. VEITH:
19          Okay.
20       THE WITNESS:
21          It's in the -- it's in the
22       residential part of the building.
23  EXAMINATION BY MS. VEITH:
24       Q.  Okay.  We can go to 4 Beresford
25  Drive now.  Okay.  So 4 Beresford Drive is

**126**

1  the address where you reside with your
2  family, right, Mr. Gharib?
3       A.  Yes.
4       Q.  And when did you purchase this
5  property?
6       A.  2000 -- it's an empty lot we
7  bought 2003.
8       Q.  Okay.  And then you built a house
9  on the lot?
10      A.  Yes.
11      Q.  When did you build that house?
12      A.  We start building -- I can't
13  recall the exact date I start building.
14  But I know that I was close to finishing up
15  the house probably a month before I moved
16  into the house, then we were struck with
17  Hurricane Katrina.  So I was close to
18  moving into the house.  I was doing the
19  final touches on the house, and then we got
20  hit by Hurricane Katrina.
21      Q.  And your house flooded in
22  Hurricane Katrina; right?
23      A.  Yes.
24      Q.  Mine too.  So I get it.
25      A.  I had four feet of water in

**127**

1  there.
2       Q.  We had 12.
3       A.  Yeah.
4       Q.  And my dad was inside.  It was a
5  bad time.
6           So, okay, so you had replace
7  Sheetrock in your home after Hurricane
8  Katrina; right?
9       A.  Yes.
10      Q.  Okay.  Who supplied the Sheetrock
11  when you originally built the house?
12      A.  I can't recall.  I don't know.
13      Q.  Were you the contractor for that
14  home --
15      A.  Yes.
16      Q.  -- as well?
17      A.  Yeah.
18      Q.  So you don't remember if it was
19  Interior Exterior?
20      A.  It could be, yes.
21      Q.  But you don't know?
22      A.  I can't say for sure.
23      Q.  Okay.  And what about when you did
24  the work after Hurricane Katrina, do you
25  remember who supplied it then?

**128**

1       A.  Probably the same supplier,
2  Interior Exterior.
3       Q.  But you're not sure?
4       A.  Can't be a hundred percent, no.
5       Q.  Okay.  Do you remember how much
6  you purchased the property for?
7       A.  I purchased the lot for 279,000.
8       Q.  And if we can look at Exhibit 12,
9  which is Tab 6 -- no, Tab 5 --
10      A.  Page 6.
11      Q.  -- so this is your Plaintiff Fact
12  Sheet for this property; right?  And for
13  No. 5 what was the price of the home when
14  you purchased it?  You said $279,000 for
15  land?
16      A.  Yes.
17      Q.  And then $1.1 million in
18  construction; right?
19      A.  Yes.
20      Q.  Do you have any sort of
21  documentation of those construction costs?
22      A.  I submitted a lot of receipts in
23  that -- in that what they call the
24  supplemental -- you know the damage report?
25      Q.  Uh-huh?

**129**

1    A. I gave it a lot of receipts.
2    **Q. Are you sure about that?**
3    A. I'm sorry?
4    **Q. Are you sure about that?**
5    A. Sure about what?
6    **Q. That you gave a lot of receipts.**
7    A. With the -- what's the name of the
8    form that we gave in January -- in January
9    2019?
10   **Q. The Plaintiff Fact Sheet that**
11   we're looking at?
12   A. Yeah.
13   **Q. Well, I might be missing**
14   something, but I don't see any receipts
15   attached to this.
16   A. Yeah. Hang on. I have receipts
17   that I've probably -- so --
18   **Q. So you do have receipts that you**
19   believe you submitted?
20   A. Yeah. I mean, for these damages
21   in here, that's included in here, whatever
22   receipts that I have I submitted.
23   **Q. Okay. Well, you agree with me**
24   that what's in this binder, which I will
25   represent to you is what we were able to

**130**

1    download from the BrownGreer portal does
2    not contain any receipts; right?
3    A. Yes. There's no receipts in
4    here.
5    MR. DOYLE:
6    Object to the form of the
7    question.
8    EXAMINATION BY MS. VEITH:
9    **Q. So maybe you and your attorney can**
10   work after this deposition to locate where
11   these receipts are.
12   MR. DOYLE:
13   Which receipts in particular
14   are you requesting now? Because I
15   don't believe there was any
16   request for production for -- no,
17   there was for that, but not for
18   the construction of the home. I
19   don't think there's in the --
20   THE WITNESS:
21   Yeah. These are --
22   MR. DOYLE:
23   Hang on a second. Let me
24   talk. I don't believe that
25   there's a request for production

**131**

1    contained within the Plaintiff
2    Fact Sheet that would require
3    production of his construction
4    costs. If you want to make the
5    independent request, we can submit
6    it to the Court. It's
7    now well-beyond -- you are going
8    to have to get approval to get
9    that because you're well-beyond
10   what the rules of Civil Procedure
11   would allow.
12   MS. VEITH:
13   Well, if Mr. Gharib is
14   claiming loss diminution and value
15   of his home, he needs to prove
16   what the value is. And, sure,
17   there's one appraisal, but the
18   construction costs would also show
19   the value so --
20   MR. DOYLE:
21   Construction costs were not
22   requested in the Plaintiff Fact
23   Sheet under any request for
24   production. If you're making an
25   independent request now, this is

**132**

1    not something that's where --
2    that's all over, but if it's
3    something you're making a request
4    for now -- I'm just noting for --
5    MS. VEITH:
6    Sure. Yeah. Documentation
7    for --
8    MR. DOYLE:
9    -- let me talk --
10   MS. VEITH:
11   -- the purchase price of the
12   home.
13   MR. DOYLE:
14   I'm noting for the record
15   this is a new request that's
16   independent of what's requested in
17   the three discovery documents that
18   were approved by Judge Fallon.
19   MS. VEITH:
20   I believe that Judge Fallon
21   approved documentation of the
22   purchase price of the home.
23   Mr. Gharib is attesting that the
24   purchase price of the home is $1.1
25   million in construction, there's

**133**

1   got to be some proof of that. So
2   please produce the proof.
3   MR. DOYLE:
4       Again, this is a --
5   MS. VEITH:
6       Now --
7   MR. DOYLE:
8       -- let me state, again, this
9   is a new request for production
10  that's in addition to the
11  Plaintiff Fact Sheet. There's
12  nothing in here that would require
13  him to document the construction
14  cost of the home. He verified
15  this -- this Plaintiff Fact Sheet
16  has a Verification Page on that he
17  executed that says I hereby verify
18  that the responses to the
19  Plaintiff Fact Sheet are correct,
20  to the best of my knowledge. He
21  provided the response. There's
22  nothing beyond that.
23      Now, if you're making a new
24  independent request, we'll
25  entertain it. We may even produce

**134**

1   records. But we're not required
2   to by this. And I'm just making a
3   note for the record because if we
4   have to revisit this in front of
5   Judge Fallon, I'm going to make
6   sure that the record reflects that
7   this is new. So if there's an
8   attempt to try to shift costs of
9   the deposition to my clients, then
10  we've got a reason to object and
11  resist it.
12  MS. VEITH:
13      Well, I think there's plenty
14  of --
15  MR. DOYLE:
16      Carry on.
17  MS. VEITH:
18      -- reason to shift costs of
19  this deposition considering
20  everything we've discussed that
21  has not been produced.
22  EXAMINATION BY MS. VEITH:
23      Q. For example, Mr. Gharib, we just
24  looked at Exhibit 14 through the Plaintiff
25  Fact Sheet and you represented to me that

**135**

1   there are receipts for these items of
2   damages, but we do not have those receipts.
3   So can you please get those receipts for
4   us?
5       A. For the damages, but you --
6   earlier you were asking me about the cost
7   of the construction.
8       Q. That's right. We moved on now.
9       A. And then when you asked me about
10  this, I said -- I went back and I said I
11  have receipts for this, this in here. I
12  didn't say I had the receipts for -- I
13  submitted receipts for costs of
14  construction.
15      Q. Okay. That's right. I'm asking
16  you about this now. You did say that there
17  were receipts for this, right, the personal
18  property damage?
19      A. Yeah.
20      Q. But I don't have them.
21      A. Sure.
22      Q. Okay. So I think we can pretty
23  easily defend shifting costs.
24  MR. DOYLE:
25      Great. Then why don't we

**136**

1   suspend now and then we'll go
2   revisit that with Judge Fallon and
3   we can come back? There's no
4   reason to carry on if that's how
5   we're going to go. Let's go ahead
6   and suspend it.
7   MS. VEITH:
8       Mr. Doyle, you know what
9   documents are requested. You
10  didn't provide them. We are --
11  MR. DOYLE:
12      Objection.
13  MS. VEITH:
14      -- where we are.
15  EXAMINATION BY MS. VEITH:
16      Q. Mr. Gharib --
17  MR. DOYLE:
18      You -- Rebekka, excuse me,
19  Ms. Veith, you have not been
20  involved in this litigation for
21  the past nine years. With the new
22  firm now representing Knauf in
23  this case, I understand that you
24  haven't been involved and you
25  don't have the background

**137**

1  knowledge on this litigation.
2  But -- and even in this particular
3  case, you haven't been to a
4  hearing where I've attended to
5  argue any particular position.
6      The position of your
7  co-counsel has been that we should
8  have been compelled -- in fact,
9  they tried to issue a Show Cause
10  Order, have Judge Fallon issue a
11  Show Cause Order.  He didn't do
12  it.  He rejected both efforts
13  because they were -- they're not
14  proper under the rules.
15      The rules require that we
16  should produce all receipts that
17  were in the possession, custody,
18  or control of plaintiffs at the
19  time they executed those.  And in
20  those cases we made those
21  requests, they produced them.  The
22  ones that they had, they were able
23  to identify.
24      Now, we've asked them to make
25  an additional effort to find

**138**

1  documents and we will produce
2  those.  Again, this is the kind of
3  fight that we've been having at
4  every one of these depositions.
5  You make a request for in your
6  notice of deposition, we produce
7  what we can as quickly as we can
8  before the deposition, you object
9  to it on the record, even though
10  you requested it in Notice of
11  Deposition, which is, obviously, a
12  conflict.
13      But, again, we will just have
14  the plaintiffs in each instance
15  look for the documents that are
16  specifically requested, produce
17  them, if we can, to the extent
18  that we can.
19  MS. VEITH:
20      I'll move to strike
21  everything that you just said
22  after Ms. Veith because this is
23  not your deposition, nor is that
24  an objection.
25  EXAMINATION BY MS. VEITH:

**139**

1      Q.  Moving on, who did you purchase
2  the property from, Mr. Gharib?
3      A.  I don't recall that name exactly,
4  but it was like a company -- I don't know
5  the name.
6      Q.  Well, let's look at Tab 4, which
7  is Exhibit 11 to this deposition and Tab 4
8  is the Supplemental Plaintiff Profile Form.
9  And you submitted some exhibit with this?
10      A.  Tab 4, what page?  I'm sorry.
11      Q.  If you'll go to the first yellow
12  page?
13      A.  Yellow.
14      Q.  No.  No.  The tab is correct.
15  There's a yellow piece of paper.
16      A.  Okay.
17      Q.  Is this the Act of Cash Sale
18  Document, is this --
19      A.  Yes.
20      Q.  -- the instrument by which you
21  purchased the lot at your home that 4
22  Beresford Drive is on?
23      A.  Yes.
24      Q.  And it looks, to me, like you
25  purchased it from Metairie Club Gardens,

**140**

1  LLC; correct?
2      A.  Yes.
3      Q.  Is that your subdivision, Mr.
4  Gharib?
5      A.  Metairie Club Estates, yes.
6      Q.  Metairie Club Estates.  Okay.  So
7  you do live in a subdivision; right?
8      A.  I live in a subdivision, yes.
9      It's stated here Metairie Club
10  Estate
11  Subdivision, yes.
12      Q.  Did most of the homes in your
13  subdivision flood after Katrina -- during
14  Katrina?
15      A.  I'm sorry.  Say it again.
16      Q.  Did most of the homes flood --
17      A.  Yeah.  They all did.
18      Q.  -- during Katrina?  Okay.  Thank
19  you.  And you still reside at this
20  property --
21      A.  Yes.
22      Q.  -- at 4 Beresford Drive; right?
23      A.  Yes.
24      Q.  To the best of your knowledge,
25  when was the -- well, let me back up.

**141**

1   When did you discover that there was what
2   you believe to be Chinese drywall in this
3   property?
4        A.  So when I told you about the --
5   how we found out about the Chinese
6   Sheetrock in my commercial building, then I
7   went back and I started investigating, you
8   know, what's this Chinese Sheetrock?  What
9   does it do?  What's the symptoms of it.
10        And then it just struck me.
11   That's the same symptoms that I have in my
12   house, maybe I have it in my house.  Let me
13   investigate it and see, and that's how I
14   found out.
15        **Q.  Can you remind me what these**
16   symptoms are?
17        A.  The black soot on the receptacles,
18   the failing of my appliances, why did we
19   have appliances that fail all the time?
20   Why do we have -- why do we wake up with
21   sinus headache all the time?  I mean, what
22   was going on?  The smell that we had in the
23   second floor bathrooms where we don't use
24   them for a while, then come back and turn
25   the water on, we get this bad smell of

**142**

1   rotten eggs from this -- from us turning
2   the water on.  Then I say, you know, this
3   is all related to the same --
4        **Q.  Okay.  So when did you first**
5   notice that smell you talked about in the
6   bathrooms when you would turn the water on
7   after it hadn't been used for a while?
8        A.  I don't recall the exact date, but
9   that was maybe a year, two year after we
10   were living in the house.  And then we --
11   you know, we were having this issue with
12   the bad smell.  But, again, I did not
13   relate that to Chinese Sheetrock.  I did
14   not know.
15        **Q.  Okay.**
16        A.  I only knew this when I discovered
17   that Chinese Sheetrock in my commercial
18   building 2015, then I related to the
19   Chinese Sheetrock.
20        **Q.  Okay.  What about the sinus**
21   problem, same thing, like about a year or
22   two --
23        A.  Yes.
24        **Q.  -- after you moved in?**
25        A.  Yes.  Yes.  I actually had a --

**143**

1        MR. DOYLE:
2            Object to the form of the
3        question.  Go ahead.
4        THE WITNESS:
5            I did have an operation
6        actually, a sinus operation that
7        cleared up all my sinuses.
8        EXAMINATION BY MS. VEITH:
9        **Q.  So after the sinus operation you**
10   did not any longer experience sinus
11   problem?
12        MR. DOYLE:
13            Object to the form of the
14        question.
15        THE WITNESS:
16            I still have it.  I still
17        have sinus problem.
18        EXAMINATION BY MS. VEITH:
19        **Q.  Okay.  What about appliances**
20   failing, when did that start happening?
21        A.  All along since we lived in the
22   house.  Exact dates, I don't know.
23        **Q.  And then what about the black soot**
24   on the outlet, when did you first notice
25   that?

**144**

1        A.  I've noticed that in the house,
2   but I did not relate them to Chinese
3   Sheetrock in the beginning because I did
4   not know this was related to Chinese
5   Sheetrock.  When did I -- the exact date, I
6   don't know, but I noticed that all along in
7   my house.
8        **Q.  Okay.  So after you determined**
9   that you believed there was Chinese drywall
10   in your commercial property you
11   investigated whether there was drywall in
12   this property.  Did you find drywall?
13        A.  Yes.
14        **Q.  Was Chinese drywall there?**
15        A.  Yes.
16        **Q.  Where did you find it?**
17        A.  On the first floor right by my A/C
18   unit on the first floor.
19        **Q.  And --**
20        A.  Okay.
21        **Q.  Did you document that at all?  Did**
22   you take a picture?
23        A.  Yeah.  Of course.
24        **Q.  Did you provide that picture to**
25   your lawyer?

**36 (Pages 141 to 144)**

**145**

1    A. Yeah.

2    Q. So if I don't have any pictures of

3 drywall associated with this property, I

4 only have a movie, somehow the picture you

5 gave your lawyer just didn't get to me?

6    MR. DOYLE:

7       Object to the form of the

8    question.

9    THE WITNESS:

10      You say didn't get to you. I

11   don't know. I believe you.

12 EXAMINATION BY MS. VEITH:

13   Q. You submitted a picture --

14   A. Yeah.

15   Q. -- of drywall from the first

16 floor? Did you submit any other pictures?

17   A. I think there is a picture right

18 here, I saw it. Isn't that the picture of

19 my hands showing the soot on my hands when

20 you say it's not there, but it is here.

21   Q. Okay. But there's a picture of an

22 outlet; right?

23   A. Yeah. But isn't there a picture

24 of -- I don't know what's in here, but let

25 me see -- I don't know what is that a

**146**

1 picture of.

2    Q. Okay. Yes. If you go to Tab 5 --

3    A. Tab 5, okay.

4    Q. There's an Exhibit 2 to Tab 5,

5 which Tab 5 is Exhibit 12 to this

6 deposition.

7    A. Exhibit you said 1 through --

8    Q. Exhibit 2. So Exhibit 1 is an

9 appraisal?

10   A. Okay. So -- Yeah. That's --

11 Yeah. That's one picture.

12   Q. Is that the only picture you took

13 at your house at 4 Beresford Drive?

14   A. No. I have other pictures.

15   Q. Can you get them to us, please?

16   A. Sure.

17   Q. This shows us the wiring from an

18 electrical outlet; right?

19   A. Yes.

20   Q. But it doesn't actually show any

21 indication of drywall manufactured by my

22 client? Does there's no board of drywall

23 with Knauf markings in this photo; is

24 there?

25   A. No. Not in this photo.

**147**

1    Q. Okay. All this photo is an

2 outlet showing blackening; right?

3    A. Yes.

4    Q. Now, you mentioned earlier that

5 you took a movie of some Chinese drywall;

6 right?

7    A. Yes.

8    Q. But you said the movie was at the

9 commercial property?

10   A. Yes.

11   Q. Okay. I'm going to show you that

12 because if you flip to -- go back to Tab 5,

13 Exhibit 12. Yes, you're in the right

14 place, you had Exhibit 2, which --

15   A. 2 forward.

16   Q. No, sir. Just turn the

17 pages. Exhibit 3 is a movie -- go back.

18 Look how under Exhibit 3 it says .mov file.

19   A. Yes.

20   Q. So this file that we're about to

21 look at was submitted with the 4 Beresford

22 Drive property. And we'll look at it, and

23 I'll get you to confirm for me that it was

24 actually taken at the commercial property.

25 Okay?

**148**

1    A. Yes.

2    MS. VEITH:

3       Can we go off the record for

4    one second so I can set it up?

5    (Off the record.)

6 EXAMINATION BY MS. VEITH:

7    Q. Mr. Gharib, I just inserted a CD

8 rom into this drive, which is a .mov file

9 that we downloaded from the BrownGreer

10 portal that was submitted with your 4

11 Beresford Drive property. It's a six

12 second video, and I'm about to click play.

13      (Whereupon a video was played.)

14 EXAMINATION BY MS. VEITH:

15   Q. What is this? What is this video

16 of, Mr. Gharib?

17   A. That's the writing on the

18 Sheetrock.

19   Q. And the Sheetrock is Sheetrock in

20 the attic --

21   A. Yeah.

22   Q. -- of your commercial property;

23 right?

24   A. Yeah.

25   Q. So this is not Sheetrock

**149**

1    associated with your home at 4 Beresford
2    Drive; right?
3        A. No.
4        Q. I'm going mark this CD rom as
5    Exhibit 14. So sitting here today, we
6    don't have any photos of drywall
7    manufactured by my client at your home in 4
8    Beresford Drive; right?
9        MR. DOYLE:
10           Object to the form of the
11           question.
12       THE WITNESS:
13           I don't see them here, no, in
14           your file here.
15   EXAMINATION BY MS. VEITH:
16       Q. You mentioned that where you found
17   the drywall was on the first floor on the
18   house. Did you find it anywhere else?
19       A. What do you mean in the rest of
20   the house or what do you mean?
21       Q. Right. Did you go look upstairs?
22   Did you look in the ceilings? Did you look
23   in another room?
24       A. No. I looked in the first floor,
25   that's it.

**150**

1        Q. And then you found one piece and
2    then you stopped your investigation?
3        MR. DOYLE:
4            Object to the form of the
5            question. You can answer.
6        THE WITNESS:
7            Yes. But the evidence of it
8            is everywhere, you know. So I
9            didn't have to go in and tear up
10           my house trying to find that was
11           Sheetrock. I found it one spot,
12           then I knew that I have it, you
13           know.
14           I didn't want to go in and --
15           the evidence of it is there. I
16           saw it in one place. That's
17           enough evidence for me to know
18           that there is Chinese Sheetrock in
19           my house.
20   EXAMINATION BY MS. VEITH:
21       Q. This outlet that we just looked
22   at, the photo of the outlet that's Exhibit
23   2 to Exhibit 12, where is the outlet
24   located in your house?
25       A. This outlet in the living room.

**151**

1        Q. Downstairs?
2        A. Downstairs in the great room, I
3    think it's in -- in my plans it says the --
4    I think it names that room as the great
5    room.
6        Q. Did you ever have any repairs done
7    to your plumbing system at your home at 4
8    Beresford Drive?
9        A. Yes, I did.
10       Q. When was that, the first time you
11   had a repair done?
12       A. I can't remember the exact date.
13   This is -- this was probably like, you
14   know, I'd say before we found out that
15   there is -- we have Chinese Sheetrock. At
16   one time I had a failing copper line that
17   was leaking and we did not know why it was
18   leaking.
19           I had to bring in somebody to
20   check with that -- I think it was like a --
21   they had what kind of equipment to check to
22   see what -- where did we have a leak
23   because the water was coming, you know,
24   from the garage attic, and then leaking,
25   you know, throughout my house. So this guy

**152**

1    had a detection device that found out that,
2    you know, it was this copper line that
3    was -- that deteriorated or failed, you
4    know, it was leaking. So I had the repairs
5    on the -- that's the type of repair that I
6    had.
7            And I've changed -- I've changed
8    two of my water heaters in that property
9    already. And I've changed -- I think -- I
10   don't know if it's one of two faucets
11   because of that.
12       Q. When did you change the water
13   heaters; do you remember?
14       A. Like I told you earlier, I can't
15   recall the exact date.
16       Q. Do you still have the water
17   heaters that you had?
18       A. I had one of them -- I have I
19   think one of them and they're still in the
20   attic in my house.
21       Q. And what about any repairs to the
22   electrical system?
23       A. As far as the wiring, no, but
24   failed appliances, yes, a lot. I mean, I
25   had failed appliances that we replaced.

**153**

1    Q. And when you replaced those
2  appliances, would you generally discard the
3  one you were replacing?
4    A. Yes.
5    Q. Where do you get your news, Mr.
6  Gharib?
7    A. TV, Internet.
8    Q. Do you subscribe to a newspaper?
9    A. No.
10    Q. Do you remember after Hurricane
11  Katrina if any of your neighbors had
12  property that they remediated that they
13  learned that was affected by Chinese
14  drywall?
15    A. Yes, I remember.
16    Q. Okay. When did you learn that
17  your neighbors had property that was
18  affected by Chinese drywall?
19    A. I can't remember the exact date.
20    Q. Was it more than five years ago?
21    A. Yeah. Probably, yes.
22    Q. Closer to maybe like ten years
23  ago?
24    MR. DOYLE:
25    Object to the form of the

**154**

1    question.
2    THE WITNESS:
3    I don't think it's ten years
4  ago, but I can't recall the exact
5  date.
6  EXAMINATION BY MS. VEITH:
7    Q. About -- was it maybe like five
8  years after Katrina --
9    MR. DOYLE:
10    Object to the form of the
11  question.
12  EXAMINATION BY MS. VEITH:
13    Q. -- or less than that?
14    A. I can't recall the exact date.
15  I'm sorry. I don't know.
16    Q. So when you learned that your
17  neighbors had issues with Chinese drywall
18  affecting their problem, you didn't
19  investigate at that time to see if there
20  was Chinese drywall at your home at 4
21  Beresford?
22    A. No, I did not.
23    Q. Why not?
24    A. Just didn't occur to me that I
25  would have Chinese Sheetrock.

**155**

1    Q. Is there a homeowner's association
2  for Metairie Club Estates?
3    A. Yes.
4    Q. Do you get notices from that
5  homeowner's association?
6    A. Yeah.
7    Q. Did you ever get any notice from
8  the homeowner's association of potential
9  problems with Chinese drywall?
10    A. No.
11    Q. And did you -- similar to my
12  question that I asked you about the South
13  Claiborne property, did you ever receive
14  any notice of a settlement in the mail --
15    A. No.
16    Q. -- related to Chinese drywall?
17    A. No.
18    Q. I'm going to mark this Exhibit 15.
19  This is a document that contains a list
20  of -- the first page says Supplier and
21  "Ship To" recipient Downstream InEX
22  Releases. And I'll represent to you that
23  InEx is an abbreviation or Interior
24  Exterior. So if you will turn to Page 6 --
25    A. So what is this document?

**156**

1    Q. It's a document that lists people
2  who are provided releases from Interior
3  Exterior, a supplier of Chinese drywall.
4    A. Okay.
5    Q. If you turn to Page 6 --
6    A. 6, 7.
7    Q. They're up at the top, the page
8  numbers.
9    A. 6.
10    Q. This one says Contractor, Et
11  Cetera, and "Ship To" Downstream InEx
12  Releases.
13    A. Uh-huh.
14    Q. Do you see that?
15    A. Yeah.
16    Q. If you'll flip to the next page --
17  we'll come back to this document actually,
18  but this is going to be Exhibit 15. Do you
19  know your neighbor at 13 Beresford Drive?
20    A. Yeah, I'm looking at this. I
21  can't -- I don't know who -- who's that, I
22  don't know, 13. I don't know whose on 13,
23  no.
24    Q. But you see here how someone at 13
25  -- there was drywall from InEx shipped to

**157**

1    13 Beresford Drive?
2      A.  Yes.
3      **Q.  It's about 1, 2, 3, 4, 5 -- 15**
4    lines up from the bottom.
5      A.  Yeah.  Almost to the bottom third
6    of the page.
7      **Q.  Uh-huh.  You don't know who lived**
8    at that address?
9      A.  No.
10      MR. DOYLE:
11        Object to the form of the
12      question.
13    EXAMINATION BY MS. VEITH:
14      **Q.  But that's pretty close to your**
15    house on your street; right?
16      A.  Yes.
17      MR. DOYLE:
18        Object to the form of the
19      question.
20    EXAMINATION BY MS. VEITH:
21      **Q.  You don't remember a neighbor of**
22    yours at 13 Beresford Drive ever mentioning
23    they received a settlement related to
24    Chinese drywall?
25      MR. DOYLE:

**158**

1        Object to the form of the
2      question.
3    EXAMINATION BY MS. VEITH:
4      **Q.  Can you give me a verbal answer**
5    for the record?
6      A.  So I don't know whose Jerry -- I
7    can't pronounce his last name -- I don't
8    know who lives in there.  I can't picture
9    the house.  I don't know where is 13
10    Beresford Drive.  And you say they made a
11    settlement, I don't know.
12      **Q.  So you don't remember hearing from**
13    any neighbors that they ever received a
14    settlement related to Chinese drywall?
15      A.  I don't know --
16      MR. DOYLE:
17        Object to the form of the
18      question.
19      THE WITNESS:
20        I don't know anything about
21      this.  But what I see here it says
22      13 Beresford Drive, all I know
23      about this is that this is the
24      first time I hear that these guys
25      are -- they had a settlement?

**159**

1      MS. VEITH:
2        Yes.
3    THE WITNESS:
4        This is the first time I hear
5      it right here, right now.  I don't
6      know who that is.  I can't picture
7      the house.  I don't know anything
8      about this, no.
9    EXAMINATION BY MS. VEITH:
10      **Q.  Okay.  What damages are you**
11    alleging that you suffered related to 4
12    Beresford Drive, Mr. Gharib?
13      A.  The personal damages that's listed
14    in here that I see there, that's personal
15    damages.
16      **Q.  So the items on the personal**
17    property damage chart that's Exhibit 14 to
18    the Plaintiff Fact Sheet, that's the damage
19    you're claiming?
20      A.  Yeah.  That's the one that I gave,
21    yes.  That's the personal damage, yeah.
22      **Q.  Are you claiming loss of use**
23    damages for your house?
24      A.  Loss of use, this is the damages
25    that I -- this is the personal damages that

**160**

1    we have, we claim that we have.  And then I
2    wanted the house to be repaired, the
3    damages that was in the house.
4      **Q.  Okay.  So let's go through this**
5    list starting with No. 1.  And is it
6    correct if I understand that for all of
7    these items No. 1 through 35 you never got
8    a professional opinion that they were
9    damaged by Chinese drywall, it's just your
10    belief or understanding that they were or
11    will be damaged by Chinese drywall?
12      A.  The ones that it says damaged and
13    replaced, you know, they were replaced.  So
14    the ones that are still there, that doesn't
15    say replaced, they are still in there and I
16    believe that is damaged by Chinese
17    Sheetrock.
18      **Q.  Okay.  And I understand that.  But**
19    that's solely based on your belief --
20      A.  Yes.
21      **Q.  -- not on someone outside telling**
22    you --
23      A.  Yes.
24      **Q.  -- that these damages caused by**
25    Chinese drywall?

**161**

1   A. Yeah. These, like I said, I
2   believe, yeah, so that means that I --
3   Q. Okay. So you have some receipts
4   you think for the items on this
5   list --
6   A. Yes.
7   Q. -- but they aren't here behind the
8   list --
9   A. Yeah.
10   Q. -- in this exhibit; right?
11   A. Yes.
12   Q. Okay. So the first is a 55-inch
13   Samsung TV that was damaged and replaced.
14   The value was $950. Do you still have that
15   TV or did you dispose of it.
16   A. No. We disposed of it.
17   Q. Do you remember when?
18   A. No.
19   Q. Was it more than five years ago?
20   A. Probably, yes.
21   Q. Is the next one is a 55-inch Sony
22   TV for $1,500 that's damaged and replaced.
23   Did you dispose of that one?
24   A. Do I still have that one?
25   Q. Right.

**162**

1   A. No. Yeah, it says replaced. I
2   don't have it.
3   Q. Okay. And replaced is a little
4   different than discarded, so just for the
5   record --
6   A. Oh, okay.
7   Q. -- I'm going to ask you if you
8   still have the TV.
9   A. No. When I say damaged and
10   replaced, I don't have -- I don't have the
11   damaged one. I don't keep the damaged one.
12   I just discard it.
13   Q. Okay. Do you remember when you
14   discarded the 55-inch Sony TV?
15   A. No.
16   Q. Was it more than five years ago,
17   less than five years ago?
18   A. Probably, yeah.
19   Q. Probably less?
20   A. Not less than five years ago.
21   Q. Sony Blue Ray DVD and Samsung Blue
22   Ray DVD, that's two different DVD players
23   for a total of 1,200 -- $1,225; right?
24   A. Yeah. The first one, you know,
25   says damage and replaced. But the second

**163**

1   one doesn't say replaced.
2   Q. Okay. So you're not sure how much
3   the one you replaced is cost and how much
4   the one you have costs --
5   A. Yeah.
6   Q. -- but together you think was
7   $1,205?
8   A. I might have -- I think I might
9   have them separate, but I list them
10   together here.
11   Q. And you might have receipts
12   showing they're separate prices?
13   A. Yes.
14   Q. No. 4, Whirlpool Cabrio washing
15   machine that was damaged and replaced, do
16   you remember when you replaced that?
17   A. I can't recall the exact dates.
18   Q. Was it more than five years ago?
19   A. I can't give an exact date. I'm
20   sorry. I can't remember.
21   Q. Okay. The No. 5 Kenmore Elite
22   washing machine for $1,200, that's the one
23   you still have?
24   A. Yes. Now, yes.
25   Q. And is it still working?

**164**

1   A. Yes.
2   Q. Has it ever had to be repaired?
3   A. Yes.
4   Q. When?
5   A. I think we had it maybe four or
6   five months ago, that I know of maybe.
7   Q. Okay. So and is that the only
8   time this has been repaired?
9   A. Yes.
10   Q. No. 6 is the Thermador built-in
11   stainless steel dishwasher for $2,200. Has
12   that ever had to be repaired?
13   A. Yes.
14   Q. Recently?
15   A. Tell you the truth, this one in
16   here, we don't have it. I think we
17   replaced this one.
18   Q. Okay.
19   A. What I have there is a Bosch, and
20   I forgot to put that in there. But that's
21   not it, no.
22   Q. Okay. No. 7 is a Thermador
23   built-in stainless steel microwave for
24   $1,450?
25   A. Again, this is -- again, this is

**165**

1  replaced.
2      **Q. Replaced?**
3      A. We don't have that.
4      **Q. Yeah.  Do you remember when you**
5  replaced that dishwasher or that microwave?
6      A. I don't remember.  I don't
7  remember the exact dates, no.
8      **Q. More than five years ago?**
9      A. Could be.  I can't remember the
10  exact dates.
11      **Q. Okay.  8 is the Thermador built-in**
12  refrigerator model for $10,530.  Is that
13  still working?
14      A. Yes.
15      **Q. Has it had to be repaired?**
16      A. I had some repairs on this, but --
17      **Q. Do you remember when?**
18      A. Again, no.
19      **Q. No. 9 Thermador built-in -- a**
20  bunch of letters and numbers, electric
21  convection double oven $5,899.  Do you
22  still have that oven?
23      A. Yes, I still.
24      **Q. Is it still working?**
25      A. Yes.

**166**

1      **Q. Has it ever had to be repaired?**
2      A. No, I don't think so.
3      **Q. Okay.  No. 10 is InSinkErator**
4  1 HP garbage disposal for $399.  Do you
5  still have that?
6      A. Yes.
7      **Q. Is it still working?**
8      A. Yes.
9      **Q. Has it ever had to be repaired?**
10      A. No.
11      **Q. No. 11 is a desktop Dell with a**
12  24-inch monitor and a speaker system for
13  $4,200.  Do you still have that computer?
14      A. Yes.
15      **Q. Is it still working?**
16      A. Yes.
17      **Q. Has it ever had to be repaired for**
18  what you think or what you understood is an
19  electrical problem as opposed to, you know,
20  an internal computer problem?
21      A. No.  It hasn't been repaired, but
22  I think I -- this is -- I mean, now as I
23  recall, this is not the only one that's a
24  replacement.  But I could tell you one
25  thing, you know, you guys are lucky because

**167**

1  we did not know till late 2015 because we
2  kept -- we didn't -- we don't have records
3  of everything that failed and kept track of
4  it.  This is what I recall and I miss a lot
5  of it.  Why?  Because I did not know.
6      **Q. Okay.  No. 12 is a desktop HP with**
7  a 19-inch monitor with the speaker system
8  for $3,800.
9      A. Yes.
10      **Q. Do you still have that computer?**
11      A. Yes.  Yes.
12      **Q. Has it ever had to be repaired for**
13  electrical problem?
14      A. No.
15      **Q. Okay.  No. 13 is an Epsom**
16  all-in-one printer for $250.  Do you still
17  have that?
18      A. Yes.
19      **Q. Has it ever had to be repaired?**
20      A. No.
21      **Q. No. 14 is a Brother printer for**
22  $229.  Do you still have that?
23      A. Yes.
24      **Q. Has it ever had to be repaired?**
25      A. No.  And if I may add on these

**168**

1  printers they don't -- you don't repair
2  them, you just toss them away.  They're not
3  worth repairing.
4      **Q. So they're working well enough**
5  that you have not yet wanted to toss away;
6  right?
7      A. But I can tell you that I have
8  replaced them many times, and I've had
9  printers, many of them.  And I toss them
10  away, get a new one, because they're not
11  worth repairing.  You don't repair that.
12      **Q. Yeah.  That's a pretty common**
13  printer problem; right?
14      A. The ink cartridge cost more than
15  the printer itself.
16      **Q. I agree with you.  I hate that on**
17  printers.  But I think -- do you agree with
18  me it's fairly standard to have to replace
19  printers fairly often?
20      A. I did replace them, yes.  And I
21  did not keep track of what I replaced
22  unfortunately because --
23      **Q. No. 15 is a Semacon S-2500 bill**
24  counter --
25      A. Yes.

**169**

1     Q. -- for $2,250. Do you still have
2  that?
3     A. Yes.
4     Q. Is that something that you plug
5  into the wall?
6     A. Yes. This bill counter is not
7  like your regular bill counter, you know.
8  This one, this is a bill separator, so I
9  get my money from these exchanges and I put
10  them in there and it separates the ones,
11  the fives, and puts them in the right
12  orientation and all of that so that's why
13  it's --
14     Q. Is it still working?
15     A. Yes.
16     Q. No. 16 is two Aladdin --
17     A. But I did the repair on this -- on
18  this machine and looked at that.
19     Q. Do you remember when you repaired
20  it?
21     A. This probably, I'd say within --
22  around a year, could be more than a year,
23  could be less than a year, but it's
24  somewhere around there.
25     Q. Okay. No. 16 is two Aladdin

**170**

1  chandelier light lift 300 pound max
2  capacity, 1,250 each, for a total of
3  $2,500. Do you still have those chandelier
4  light lifts?
5     A. Yeah.
6     Q. And what is a light lift exactly?
7     A. In my house I have all these big
8  chandeliers and we don't want to -- I did
9  show your inspector when I went out with
10  him with the attic and I showed him these
11  motors that brings the chandeliers all the
12  way down to the floor to clean them and
13  then it sends them back up, it's a lift.
14  It brings the chandelier down to the floor,
15  you clean it up, and then you press a
16  button, and it goes all the way up.
17     Q. And it's still working?
18     A. Yeah. I have two of them.
19     Q. No. 17, if you flip the page, two
20  garage door motor openers, $285 each for
21  $569. Is that like a remote?
22     A. It's a motor, it's garage door
23  motor.
24     Q. It's for the garage door?
25     A. Yeah.

**171**

1     Q. And you still have those motors?
2     A. Yes.
3     Q. And are they still working?
4     A. Yeah. But I think I -- now, like
5  I told you, I think I have replaced -- I
6  think I replaced -- I don't know if it's
7  both of them or one of them.
8     Q. No. 18 is A/V and alarm equipment
9  rack and accessories. And you said see
10  attached invoices and it even has the
11  numbers?
12     A. Yeah.
13     Q. We just don't have them.
14     A. Like I told, you when I --
15     Q. Uh-huh. And that's a combined
16  cost of $9,565.13. Do you still have that
17  A/V alarm equipment and the accessories?
18     A. Yes. Some of them, yeah.
19     Q. And it's still working?
20     A. Some of it, yeah.
21     Q. For the part that's not working,
22  do you still have it or did you get rid of
23  it?
24     A. No. I don't have it. Anything
25  that failed to work, I don't -- I did not

**172**

1  keep.
2     Q. Okay. No. 19 is Lite Touch
3  Automation Computer Modules and Control
4  Stations for $29,258.97. Do you still have
5  those computer modules and control station
6  switches?
7     A. Yes.
8     Q. Are they still working?
9     A. Yes.
10     Q. No. 20 is ceiling speakers for
11  $6,193.17.
12     A. Yes.
13     Q. Do you still have those speakers?
14     A. Yes.
15     Q. Are they still working?
16     A. Yes.
17     Q. Okay. No. 21 is released lights,
18  (Housing and trim out) bathroom fans, smoke
19  alarm, under cabinet lights for a total
20  $500 six thousand dollars -- $5,670.26. Do
21  you still have all of those lights, fans,
22  smoke alarms?
23     A. Yes.
24     Q. And they're still working?
25     A. Yes.

**173**

1    Q. No. 22 chandeliers and light bulbs
2   for $9,056.69.  Do you still have those
3   chandeliers and light bulbs?
4    A. Yes.
5    Q. Are they still working?
6    A. Yes.
7    Q. No. 23 is two five-ton and one
8   10-ton Trane A/C units --
9    A. Yeah.
10    Q. -- for $22,500.  Do you still have
11   those A/C units?
12    A. Yeah.  Go back and -- I wanted to
13   add, you know, something in here.  They are
14   still working on the previous items you
15   mentioned, all these electrical, the
16   chandeliers, the recessed light there, all
17   of these, but they all have signs of
18   tarnished copper.  Like I showed in the
19   picture you saw, that copper -- that
20   receptacle we saw, that's not usable
21   anymore.  They work now, but if I had to
22   repair the house, I'm not going to put that
23   back in there.
24    Q. Is that receptacle associated with
25   the chandelier?

**174**

1    A. No.  But this is part of the
2   electrical system that's in the house.  You
3   know, the house has an electrical system,
4   the electrical system is the copper wiring.
5   It is the fixtures.  These fixtures, they
6   have copper wiring and they're all
7   tarnished.  That's why we list them in
8   here.
9    Q. Okay.
10    A. So these, I can't put back now,
11   you know.
12    Q. But right now, they're in the
13   house and they're working?
14    A. Right now, yeah, they're working,
15   but that doesn't mean -- when I say they're
16   working, I don't want anybody to
17   misunderstand that they -- they not
18   damaged, they're working, but they're
19   damaged, but they're working -- still
20   working.
21    Q. You believe they're damaged?
22    A. Yeah.  Sure.
23    Q. Okay.  So the A/C units that we
24   talked about, No. 23, you still have those?
25    A. Yes.

**175**

1    Q. And they're still working?
2    A. Yes.
3    Q. Have they been repaired?
4    A. Yes.
5    Q. Do you have documentation of those
6   repairs?
7    A. Especially with my house because
8   it's not -- if I would keep something, I'll
9   keep it for tax purposes in my house.  I
10   usually don't keep them because I can't
11   claim anything for my personal use.  So if
12   I have them I'll produce them.  If I
13   don't --
14    Q. Okay.  24 is three 50-gallon A.O.
15   Smith gas water heaters and one electric
16   50-gallon Whirlpool water heater for
17   $3,600.  Do you still have all of those
18   heaters?
19    A. That Whirlpool we have replaced.
20   Well, that's a replacement.  I'm sorry,
21   correction.  It's a replacement -- the
22   Whirlpool is the replacement to the one
23   that I had before.  And one of the A.O.
24   Smith I've replaced and it's still there in
25   the attic.

**176**

1    Q. Okay.  25, media room and outdoor
2   fiber optic lights, (illuminator wheel
3   installed outside (sic) home) for
4   $5,983.96.  Do you still have the media
5   room and fiber optic lights?
6    A. Yes.
7    Q. And are they still working?
8    A. Yes.
9    Q. 26, Beam built-in vacuum system
10   for $1,558.40.  Do you still have that
11   vacuum system?
12    A. Yes.
13    Q. Is that still working?
14    A. Yes.
15    Q. 27 is six 1,000 foot 12/2 Romex
16   copper wire, $267 per thousand feet, Coax
17   cables, speaker wire, CAT 5 wire, RG6 wire,
18   all of that for a total of $3,277.21.  Do
19   you still have all of that wiring and
20   cable?
21    A. Yes.
22    Q. Is it still working?
23    A. Yes.
24    Q. No. 28 is a Thermador 36-inch vent
25   hood model HNW36YS for $1,532.94 (sic).  Do

**177**

1  you still have that vent hood?
2  A. Yes.
3  Q. Is it still working?
4  A. Yes.
5  Q. No. 29 is Thermador 1,400CFM
6  blower model #VTR1400Q for $711 and $70 --
7  $711.70. Do you still have that blower
8  model?
9  A. Yes.
10  Q. Is that still working?
11  A. Yes.
12  Q. 30 is Thermador cooktop Pro model
13  $2,463.70. Do you still have that cook top
14  model?
15  A. Yes.
16  Q. Is that still working?
17  A. Yes.
18  Q. 31, door handles, hardware, all in
19  satin nickel, $3,555.76. Do you still have
20  all of the door handles?
21  A. I have some of them failed --
22  going back, you know, the Thermador cook
23  top, it has its own problem. The blower,
24  Thermador has its own problem, but they're
25  still working. When they completely

**178**

1  failed, then they will be tossed away and
2  replaced but --
3  Q. Okay. And 32 is Control4 home
4  automation for $45,312 and $39 --
5  A. Yeah.
6  Q. -- do you -- Did we talk about
7  home automation in --
8  A. Yeah. It's my house too, I have,
9  yeah. It's in my building and I have it in
10  my house.
11  Q. Oh, okay.
12  A. Yeah.
13  Q. And you still have that system in
14  your house?
15  A. Yes.
16  Q. And it's still working?
17  A. Yes. And I can tell you now I
18  remember, I replaced that controller on
19  this house, I think it would be a couple of
20  times. Like I said earlier, you know, I
21  did not document what I replaced in the
22  house because I -- we did not know.
23  Q. Okay. So and for No. 31, the door
24  handles, do they have visible damage on
25  them?

**179**

1  A. No. Not at a -- No.
2  Q. So what is the damage that you're
3  alleging that they have?
4  A. They failed to work, you know, the
5  springs, the inside, you know, they failed
6  to work.
7  Q. Springs inside the doors?
8  A. Yeah. They don't operate anymore.
9  Now, I have the ones to my -- to my garage,
10  to my kitchen just does not operate. You
11  know, the one in my pantry does not work.
12  The ones that -- there's a bunch of them
13  that don't operate, you know, why they
14  stopped working.
15  Q. But those aren't connected to your
16  electrical system; right?
17  A. No. But they have -- but they
18  have -- I've listed them because they
19  have -- they have nickel in them and
20  Chinese Sheetrock damages nickel, copper,
21  and all of these kind of material.
22  Q. Okay. 34, I think you sort of
23  explained the question I was going to ask,
24  40 nickel plated cabinet knobs for $643.36.
25  Those don't have visible damage; right?

**180**

1  You just listed them because you think they
2  may one day?
3  A. They don't have visible damage,
4  no.
5  Q. Okay. And then 35, one 400-amp
6  Square D Main and two 200-amp Square D, and
7  then installation of lighting and
8  electrical system for $18,250. Do you
9  still have that?
10  A. Yes.
11  Q. Those amps in the electrical --
12  lighting and electrical system?
13  A. Yes.
14  Q. And they're still working?
15  A. Yes.
16  Q. And you understand the total of
17  that personal property damage to be
18  $231,600 -- $231,668.65?
19  A. Yes.
20  Q. Okay. Are you also claiming
21  damages for diminution of your home's
22  value, Mr. Gharib?
23  A. The value of my house, it's
24  definitely affected by that Chinese
25  Sheetrock. Nobody would buy a house that

**181**

1    has Chinese Sheetrock now.  How much is it
2    damage?  We have to bring in appraisal and
3    appraise it, knowing that this house has
4    Chinese Sheetrock.
5        **Q.  And you haven't done that yet?**
6        A. No.  No.
7        **Q.  So you don't know how much, if**
8    any, dimunition of value dimunition you
9    would have?
10        A. I don't have a value by an expert,
11    no.
12        **Q.  Okay.  If you turn to Tab 5 in**
13    this binder, which is --
14        A. 5.
15        **Q.  -- which is Exhibit 12, you**
16    attach -- well, Page 2 of this document
17    says that you had appraisals on the home on
18    April 17th, 2009 and July 27th, 2011?
19        A. Yes.
20        **Q.  And if you turn, get to the end of**
21    that -- the actual Plaintiff Fact Sheet,
22    keep going, keep going.
23        A. All the way to the end?
24        **Q.  Well, not all the way to the end,**
25    just all the way to the end of the document

**182**

1    cause -- keep going, one more page, Exhibit
2    1 to this document, you attach an appraisal
3    as of 7/27/2011; right?
4        A. Yes.
5        **Q.  Do you still have your 2009**
6    appraisal?  I'll represent to you it's not
7    attached to Exhibit No. 12.
8        A. No.
9        **Q.  You don't have it?**
10        A. I think I have it.
11        **Q.  Can you provide that to your**
12    attorney if you do have it?
13        A. Sure.
14        **Q.  Okay.  So this appraisal, if you**
15    turn to the third page is --
16        A. To the third page?
17        **Q.  Yes.  It values your home at**
18    $1,015,000; right?
19        A. Yes.
20        **Q.  Is that value where you got the**
21    estimate of 1.1 million in construction
22    costs for the value of your home, or did
23    you actually spend $1.1 million
24    constructing the home?
25        A. Repeat the question again, please.

**183**

1        **Q.  Okay.  Did you use this number to**
2    estimate the construction cost for building
3    your home?
4        A. No.  This is an appraised value of
5    what the appraiser appraised my home.
6        **Q.  Okay.  And you don't know how**
7    much --
8        A. This has no relation to what I
9    spent on the house.
10        **Q.  Okay.  And you don't how much you**
11    think the home has diminished in value from
12    this appraisal as a result of the alleged
13    Chinese drywall; right?
14        A. No.  I don't know.
15        MS. VEITH:
16            If we can go off the record I
17        think that might be it.
18        (Off the record.)
19    EXAMINATION BY MS. VEITH:
20        **Q.  I think that you answered this --**
21    I just want to clarify -- you don't
22    remember who supplied the Sheetrock for
23    this home; right?
24        A. I think it's Interior Exterior.
25        **Q.  You think, you don't remember for**

**184**

1    sure?
2        A. I can't say for hundred percent,
3    no.
4        **Q.  Do you remember if there was the**
5    same as it with your commercial property
6    where you called Interior Exterior and
7    ordered the Sheetrock and it was delivered
8    to your home?
9        A. Say that again.  I'm sorry.
10        **Q.  So as I understood you to testify**
11    about the commercial property the way that
12    you obtained the Sheetrock was that you
13    called Interior Exterior and you arranged a
14    delivery, which you believe you paid for by
15    check and that's how you obtained the
16    Sheetrock?  Do you think that balance was
17    the same for the Sheetrock for your home?
18        A. So again, yes, I would -- the way
19    that I would purchase that Sheetrock was
20    call it in, order it, pay for it by check,
21    most probably.  The exact details of that
22    event, how did I do it, I can't recall, but
23    that's what I would do.  That's what I'm
24    telling you, I probably did the same thing
25    in the commercial building and I did the

**185**

1  same thing in the house.  And I deal with
2  Interior Exterior a lot of times, even
3  now.
4      Q.  Okay.  And did you have -- you had
5  labor helping you actually install the
6  Sheetrock?
7      A.  I did not do it.  An installer did
8  it.
9      Q.  Okay.  Were you there when it was
10 installed?
11     A.  In the house or in the building.
12     Q.  In the house.
13     A.  Okay.  I think I was there,
14 yeah.
15     Q.  And were you there when it was
16 installed in the building?
17     A.  Yeah, I remember.  I even remember
18 these guys -- these guys were not from
19 here.
20     Q.  And do you remember observing at
21 the time that the Sheetrock was installed,
22 the manufacturer of the Sheetrock?
23     A.  Nobody had any idea back then.
24 When did they find out?  I'm not trying to
25 ask you a question.  But they found out --

**186**

1  this was not found out until -- not in 2006
2  that there was a problem with Chinese
3  Sheetrock.  It was way after that, so even
4  if they see it, and if it's Chinese,
5  everything now is Chinese.  The clothes
6  that I'm wearing is Chinese.
7      Q.  Well, similar to what we asked for
8  with respect to commercial property, to the
9  extent that you have any documentation of
10 your purchase of Sheetrock or drywall for
11 your home, if you could provide that to
12 your attorney, please?
13     A.  Right.
14     Q.  To the extent you have it,
15 understanding everything that you have said
16 about how long ago it was and not keeping
17 things, but if you have it --
18     A.  Especially in my house.
19     Q.  Right.
20     A.  You know, like I told you, you got
21 to remember in my house I did not keep -- I
22 had some record, but a lot of records I
23 don't -- I did not keep because it's not
24 for tax purposes.  Especially now, I got so
25 many documents I have no use for them.  I

**187**

1  can't keep them.
2      MS. VEITH:
3          Okay.  Well, thank you for
4  your time, Mr. Gharib.
5  THE WITNESS:
6          Thank you.
7  MS. VEITH:
8          That's all I have for you.
9  THE WITNESS:
10         Thank you.
11     (Whereupon this deposition was
12 concluded.)
13
14
15
16
17
18
19
20
21
22
23
24
25

**188**

1          REPORTER'S PAGE
2      I, MICHELINE COSSE' BURAS, Certified
3  Court Reporter in and for the State of
4  Louisiana, the officer, as defined in Rule
5  28, of the Federal Rules of Civil Procedure
6  and/or Article 1434 (B) of the Louisiana
7  Code of Civil Procedure, before whom this
8  sworn testimony was taken, do hereby state
9  on the record;
10     That due to the interaction in the
11 spontaneous discourse of this proceeding,
12 dashes (--) have been used to indicate
13 pauses, changes in thought, and/or
14 talkovers; that same is the proper method
15 for a court reporter's transcription of
16 proceedings, and that the dashes (--) do
17 not indicate that words or phrases have
18 been left out of this transcript; that any
19 words and/or names which could not be
20 verified through reference material have
21 been denoted with the phrase "(spelled
22 phonetically)."
23
   _____
24 MICHELINE COSSE' BURAS, CCR, RPR
   Certified Court Reporter
25 Registered Professional Reporter
          REPORTER'S CERTIFICATE

**189**

1      This certification is valid only for a
transcript accompanied by my original
2      signature and original seal on this page.
3      I, MICHELINE COSSE' BURAS, Certified
Court Reporter, in and for the State of
4      Louisiana, as the officer before whom this
was taken, do hereby certify that JAWAD
5      GHARIB, after having been duly sworn by me
upon authority of R.S. 37:2554, did testify
6      as hereinbefore set forth in the foregoing
188 pages;
7
       That this testimony was reported by me
8      in the stenotype reporting method, was
prepared and transcribed by me or under my
9      personal direction and supervision, and is
a true and correct transcript, to the best
10     of my ability and understanding;
11     That the transcript has been prepared
in compliance with transcript format
12     guidelines required by statue or by rules
of the board and I am informed about the
13     complete arrangement, financial or
otherwise, with the person or entity making
14     arrangements for deposition services; that
I have acted in compliance with the
15     prohibition on contractual relationships,
as defined by Louisiana Code of Civil
16     Procedure Article 1434 and in rules and
advisory opinions of the board;
17
       That I have no actual knowledge of any
18     prohibited employment or contractual
relationship, direct or indirect, between a
19     court reporting firm and any party litigant
in this matter nor is there any such
20     relationship between myself and a party
litigant in this matter;
21
       I am not related to counsel or to the
22     parties herein, nor am I otherwise
interested in the outcome of this matter.
23

24     _____
Micheline Cosse' Buras, CCR, RPR
Registered Professional Reporter, LA #88024
25

**A**

**A.O** 75:4 175:14
175:23
**A/C** 38:19,20,22
38:23 39:2
53:17 54:4,13
55:17 56:2,23
64:25 65:2,8
68:8 144:17
173:8,11 174:23
**A/V** 171:8,17
**abbreviation**
155:23
**ability** 99:10
189:10
**able** 59:18 129:25
137:22
**above-mentioned**
6:3
**acceptor** 78:1
**accessories** 171:9
171:17
**accompanied**
189:1
**accurate** 30:7
**acquire** 22:5
**Act** 24:2,8 139:17
**acted** 189:14
**actual** 115:11
181:21 189:17
**add** 79:7,17
167:25 173:13
**addition** 133:10
**additional** 24:22
50:17 137:25
**address** 11:11
12:7 15:19
16:22 118:6
123:3 126:1
157:8
**adequate** 95:5
**administering**
5:25
**adult** 100:8
**advisory** 189:16
**ago** 6:22 35:14
55:10,11,11,12
60:6,8 61:1 62:4
62:16 82:20
84:21 114:4,15
153:20,23 154:4
161:19 162:16
162:17,20
163:18 164:6

165:8 186:16
**agree** 129:23
168:16,17
**agreed** 5:2 92:14
**ahead** 8:25 67:23
110:8 136:5
143:3
**air** 35:1 48:11,14
48:23 49:3,6
53:19 64:20
68:9 84:2
**al** 1:7,8
**Alabama** 2:5
**Aladdin** 169:16
169:25
**alarm** 35:8 84:3
171:8,17 172:19
**alarms** 172:22
**all-in-one** 167:16
**allege** 42:18
**alleged** 51:7 52:8
183:12
**alleging** 52:7
54:11 57:23
58:13,25 65:16
78:4 159:11
179:3
**allow** 131:11
**allowed** 12:21
107:10,15 108:2
109:7
**Amended** 17:21
17:24 18:4,16
18:20 21:3
**amount** 58:9
**amps** 180:11
**analyzing** 8:22
**and/or** 188:6,13
188:19
**announcer** 84:8
**answer** 7:11,22
14:20 36:24
37:1,3 43:5
44:22 45:3 66:2
66:23 87:7
93:18 95:13
97:21 100:21
101:16,18
102:19 103:1
104:9 106:1,6
107:2 108:10
110:4,21 113:21
118:16 122:5
150:5 158:4
**answered** 100:15

100:16,17
101:12,14
103:10 105:1
108:13 120:15
183:20
**answering** 120:13
**anybody** 103:11
174:16
**anymore** 54:8,18
173:21 179:8
**apartment** 13:14
15:21 16:24,25
16:25 31:1,12
31:13 32:4,6
34:5,7,10 41:15
41:19,22 48:13
48:15 55:9
56:18,19,20,22
59:24 60:1 61:1
61:6 62:17 63:7
63:14 74:21
96:17 97:25
101:25 123:7,7
123:8 124:1
**apartments** 9:24
12:8 13:11 28:4
28:18 32:13,20
40:21 41:12
57:19 60:21
116:7 117:24
118:7 120:4,16
**Appearances** 2:1
3:4
**appliances** 35:5
38:1 39:6,7
58:17 65:23
78:13 97:23
102:3 141:18,19
143:19 152:24
152:25 153:2
**appraisal** 47:6,7
47:10,11,15
88:23,25 89:12
89:15,20,24
91:1,4,22 92:1,5
92:12 93:1
97:17 108:7,17
110:9 131:17
146:9 181:2
182:2,6,14
183:12
**appraisals** 181:17
**appraise** 181:3
**appraised** 106:22
109:3 110:17

183:4,5
**appraiser** 93:1,14
94:8 95:3,8 96:3
101:21 108:8,20
109:1 110:15,15
183:5
**appraiser's** 97:18
**appreciate** 98:10
121:7
**appropriate** 93:5
109:18
**approval** 131:8
**approved** 132:18
132:21
**April** 181:18
**argue** 137:5
**argumentative**
104:8
**arranged** 184:13
**arrangement**
189:13
**arrangements**
189:14
**Article** 188:6
189:16
**as-is** 26:11
**aside** 18:24
**asked** 52:12 63:19
100:3,15 101:11
101:13 110:14
117:16,18
120:18 123:3
135:9 137:24
155:12 186:7
**asking** 7:10 12:23
13:3 37:12
46:21 68:4
85:20 97:14
100:10,23 104:6
104:11,17,17,23
107:23 110:9
121:8 124:5,6
135:6,15
**assessment** 96:5
97:18
**Assessor's** 47:5,6
120:25
**associated** 35:21
145:3 149:1
173:24
**association** 155:1
155:5,8
**Assumptions**
92:21
**ATM** 77:21

183:4,5
**attach** 181:16
182:2
**attached** 16:15
17:13 19:11
20:8,20 23:24
83:3 120:25
129:15 171:10
182:7
**attachment** 9:7,10
11:16
**attachments**
11:14
**attempt** 134:8
**attended** 137:4
**attesting** 132:23
**attic** 31:1,5,5,7
32:3,11 35:18
36:12 38:13
40:22 51:18
120:7 123:22,23
124:6 148:20
151:24 152:20
170:10 175:25
**attorney** 6:9 7:12
9:17,20 10:1,5
11:21 16:16
17:14 19:12
20:8,21 24:18
24:25 26:2 50:2
70:22 71:19
72:15,16 73:18
77:6 78:15
115:12 130:9
182:12 186:12
**authority** 189:5
**automated** 84:12
84:15
**automatically**
84:7,9
**automation** 83:1
83:19,23 172:3
178:4,7
**Avenue** 1:16 2:11
8:13,18 16:10
16:23 116:7
123:6
**average** 95:3
96:21

**B**

**b** 4:1 5:5 15:4,21
16:25 32:8,13
40:25 41:10
42:12,22 43:2
43:17 44:14,16

44:19 45:14
48:15 49:6,11
50:20 57:19
61:21 116:8,14
117:24 118:8
123:7 188:6
**back** 13:22 17:18
21:16 40:2,6
44:5 84:18
87:21 89:1 90:6
111:5 135:10
136:3 140:25
141:7,24 147:12
147:17 156:17
170:13 173:12
173:23 174:10
177:22 185:23
**background**
136:25
**bad** 54:17,20,24
127:5 141:25
142:12
**balance** 184:16
**bank** 92:14
111:17
**based** 67:16 97:6
160:19
**bathroom** 77:24
172:18
**bathrooms**
141:23 142:6
**battery** 35:9
**Beam** 176:9
**bedroom** 58:7,11
**beginning** 40:2
144:3
**behave** 100:7
**belief** 66:20
160:10,19
**believe** 19:25 21:9
90:19 119:8
121:21 122:22
129:19 130:15
130:24 132:20
141:2 145:11
160:16 161:2
174:21 184:14
**believed** 122:14
144:9
**belong** 41:9,10
**belongs** 41:9
43:16
**Bennett** 1:7
**Beresford** 1:14
8:17 19:2,23

20:11 21:11
115:15 125:24
125:25 139:22
140:22 146:13
147:21 148:11
149:1,8 151:8
154:21 156:19
157:1,22 158:10
158:22 159:12
**best** 15:23 25:21
51:10 70:11
121:11 133:20
140:24 189:9
**better** 30:6 34:22
**beyond** 133:22
**big** 170:7
**bill** 78:1 168:23
169:6,7,8
**binder** 8:16,17
9:1 10:13 14:24
18:23,25 19:17
21:14,16 23:17
68:18 115:14,18
129:24 181:13
**binders** 8:9,21
**Birmingham** 2:5
**bit** 7:6
**black** 35:3 36:3
36:11,19 37:8
37:13,21 141:17
143:23
**blackening** 38:6
50:9 147:2
**blower** 177:6,7,23
**Blue** 162:21,21
**board** 39:22
40:16,18 41:17
45:21 46:1,10
46:15,20 52:2,5
146:22 189:12
189:16
**boring** 62:6
**Bosch** 59:7
164:19
**bottom** 123:25
157:4,5
**bought** 23:13
26:24 126:7
**brand** 35:11
**break** 7:17,20,22
75:16
**brief** 75:20
**bring** 151:19
181:2
**brings** 170:11,14

**Brother** 167:21
**BrownGreer**
12:25 130:1
148:9
**build** 27:16
126:11
**builder** 27:18
**building** 6:17,19
11:8 14:21 27:1
27:11 29:21
30:18,24 33:10
33:16 65:14
76:24,25 87:4
87:19 92:7,10
93:21 108:14
113:7 119:21
120:2,20 124:4
125:22 126:12
126:13 141:6
142:18 178:9
183:2 184:25
185:11,16
**built** 26:21,23,24
27:4 111:2
119:15 126:8
127:11
**built-in** 164:10,23
165:11,19 176:9
**bulbs** 173:1,3
**bunch** 165:20
179:12
**Buras** 1:24 5:22
188:2,24 189:3
189:24
**business** 22:23
70:14 72:19
88:7
**button** 170:16
**buy** 77:24 180:25

———————
**C**

**C** 2:10 15:21
16:10,25 32:9
32:14 40:25
41:10 43:14,15
43:16,20 44:15
44:16,18 45:9
48:13 49:7,9
50:20 55:9
56:20,22 57:20
61:1,6,21 62:17
116:8,14 117:24
118:8 123:8
**cabinet** 96:22
172:19 179:24

**cabinets** 96:22
**cable** 176:20
**cables** 176:17
**Cabrio** 163:14
**calculation** 86:24
**call** 85:6 98:4
112:17 128:23
184:20
**called** 31:10
106:10 112:12
112:13 184:6,13
**calls** 106:25 109:6
110:3,20
**camera** 82:5 84:1
**cameras** 82:23
**canceled** 111:15
**capacity** 95:5
170:2
**Caption** 3:3
**card** 77:20,23
78:17,19 79:6,7
79:13 86:16
111:13
**carry** 134:16
136:4
**cartridge** 168:14
**case** 1:10 6:18
45:4 109:9,11
136:23 137:3
**cases** 137:20
**cash** 24:2 111:12
139:17
**CAT** 176:20
**cause** 137:9,11
182:1
**caused** 56:2
112:25 120:11
120:11 160:24
**causes** 120:9
**CB500** 81:16
**CCI** 77:9
**CCR** 1:24 188:24
189:24
**CD** 4:15 148:7
149:4
**cease** 107:7
**ceiling** 34:3 124:1
172:10
**ceilings** 32:4,6,12
32:22 33:2,18
34:1,13 124:8
149:22
**Certificate** 3:8
188:25
**certification** 5:10

189:1
**Certifications**
92:20
**Certified** 1:24 6:3
188:2,24 189:3
**certify** 92:23
189:4
**cetera** 94:24
156:11
**chance** 107:20
**chandelier** 170:1
170:3,14 173:25
**chandeliers** 58:21
58:22 170:8,11
173:1,3,16
**change** 125:14
152:12
**changed** 35:9
38:23,25 39:6,6
48:16 152:7,7,9
**changes** 188:13
**changing** 125:16
**channel** 82:4
**Charles** 1:16 2:11
**chart** 159:17
**check** 24:21 32:3
33:25 77:4
111:12,14,15
151:20,21
184:15,20
**checking** 31:14
**Chinese** 22:9
30:20 31:16,19
31:25 32:5,14
34:15,19,21,23
35:13,20,21
36:6 39:22
40:20 41:11,14
41:19 42:18
43:1,11,12,18
45:21 48:18,21
49:23 50:25
51:6,7,17 52:9
54:14 56:3,9
65:19 66:9,15
67:7 78:5 79:21
80:2 85:18 90:3
90:19 91:24
93:22,22,25
106:13 110:11
110:14 112:25
113:2,5,9,12,15
113:17 119:5,9
119:12,14 120:5
120:7,15 121:9

121:13,17,22
122:1,14,23
123:12,15,16,24
124:2,11,19
141:2,5,8
142:13,17,19
144:2,4,9,14
147:5 150:18
151:15 153:13
153:18 154:17
154:20,25 155:9
155:16 156:3
157:24 158:14
160:9,11,16,25
179:20 180:24
181:1,4 183:13
186:2,4,5,6
**CHINESE-MA...**
1:4
**choose** 79:5,6
**choosing** 29:7
**Civil** 5:6 131:10
188:5,7 189:15
**Claiborne** 8:12,18
8:24 12:1 15:4
15:21 16:10,23
21:17,25 22:15
23:7,7,17,22
26:15 30:22
41:6 42:23
52:10 89:13
116:7 118:7
121:3 123:6
155:13
**claim** 22:8 116:16
121:23 160:1
175:11
**claiming** 52:15
87:3,17,18,23
88:5 131:14
159:19,22
180:20
**clarify** 26:18
95:24 104:22
107:10,19 121:6
183:21
**clean** 170:12,15
**clear** 63:10
**cleared** 143:7
**click** 148:12
**clicked** 113:13
**client** 146:22
149:7
**clients** 134:9
**clip** 51:16,20,25

**close** 21:14 84:7
84:10 90:1
126:14,17
157:14
**Closer** 153:22
**clothes** 186:5
**clothing** 29:18,19
29:24 30:8
**Club** 139:25
140:5,6,9 155:2
**co-counsel** 137:7
**Coax** 176:16
**Code** 188:7
189:15
**coil** 48:11 54:24
55:9
**coils** 38:25 48:15
48:23 49:6,11
49:14,17 54:16
66:6
**Coke** 81:22
**cold** 81:22
**column** 86:15
**combined** 171:15
**come** 77:19 93:23
96:25 112:6
136:3 141:24
156:17
**comes** 17:5 22:19
79:2 84:9
**coming** 151:23
**commercial** 6:19
8:12 16:25
21:21,22 22:14
22:17,20,23
23:13 25:16
28:17,19 32:23
33:25 34:4,5,6
34:11,14 36:10
40:16 48:24
49:15 69:25
80:16 92:7
116:17,18,25
117:13 118:13
118:19 119:9,14
119:17,19 120:6
121:10,25 122:1
123:8,10,11,13
123:14 124:7,10
124:23 125:9,12
125:13 141:6
142:17 144:10
147:9,24 148:22
184:5,11,25
186:8

**commercials**
35:24
**common** 168:12
**company** 139:4
**compelled** 137:8
**complaints** 35:23
59:11,15,19
**complete** 189:13
**completed** 27:25
**completely**
177:25
**compliance**
189:11,14
**compressor** 55:12
55:14,18,22,23
**compressors**
38:24
**computer** 78:1
166:13,20
167:10 172:3,5
**concluded** 187:12
**condition** 35:1
**conditioning**
48:11,15,23
49:4,6 53:20
64:21 68:9 84:2
**Conditions** 92:21
**conducted** 89:16
91:23
**confirm** 21:10
40:3 41:5 42:8
44:8 67:18
147:23
**conflict** 138:12
**confused** 64:5
90:6
**confusion** 63:22
**connected** 179:15
**connection** 6:15
11:3
**considering**
134:19
**consists** 78:1
**constant** 70:17
**construct** 27:5
**constructed** 26:15
30:19,24
**constructing**
28:10 182:24
**construction**
27:24 28:12
128:18,21
130:18 131:3,18
131:21 132:25
133:13 135:7,14

182:21 183:2
**contact** 112:6,10
**contain** 130:2
**contained** 131:1
**contains** 155:19
**continue** 100:5
**contractor** 27:12
27:17 111:1
127:13 156:10
**contractual**
189:15
**contractual**
189:18
**control** 83:24,25
84:1,2,3,13,15
137:18 172:3,5
**Control4** 82:25
178:3
**controller** 85:6
178:18
**convection** 165:21
**conversation** 7:7
**cook** 177:13,22
**cooktop** 177:12
**cooling** 55:19,19
55:20
**copper** 36:16,19
54:24 59:3 64:3
66:6,13 70:10
86:13,14 151:16
152:2 173:18,19
174:4,6 176:16
179:20
**copy** 33:20
**correct** 8:14 11:8
15:5,9,21 16:5
16:10 17:1 19:3
21:4 22:10
23:14 24:18
25:21 26:9,12
34:16 40:1,11
41:7 42:19
43:21,22 45:22
46:2,10 49:7
50:22 54:1
58:10,18 65:10
65:24 66:20
68:10,13 75:8
76:18 89:18
96:15 105:7
115:24 116:14
116:19 122:15
133:19 139:14
140:1 160:6
189:9

**corrected** 87:19
**correction** 25:15
73:25 175:21
**corroded** 50:5
54:19,23
**corrosion** 38:7
**Cosse'** 1:24 5:22
188:2,24 189:3
189:24
**cost** 133:14 135:6
163:3 168:14
171:16 183:2
**costs** 128:21 131:4
131:18,21 134:8
134:18 135:13
135:23 163:4
182:22
**counsel** 5:3
189:21
**counsel's** 100:2
**counter** 168:24
169:6,7
**couple** 9:20 21:18
89:11 120:17
178:19
**course** 144:23
**court** 1:1,24 7:8
8:5 109:15,17
131:6 188:3,15
188:24 189:3,19
**courtesies** 98:11
**covered** 34:9
**credit** 111:13
**cross** 67:3
**currently** 63:1,14
65:14 68:12
118:1
**custody** 137:17
**customer** 77:19
84:10
**cuts** 33:16

**D**
**D** 3:1 4:1 85:24
180:6,6
**dad** 127:4
**damage** 9:25 10:5
10:10 56:2,6,7
64:1 65:4 67:6
82:17 87:4,24
88:5 96:10,16
97:10,11,19,22
97:24 98:4
100:12 102:14
103:5,16 109:2

116:22,24
118:13 119:6,22
119:24 120:9,11
120:11,19,19
128:24 135:18
159:17,18,21
162:25 178:24
179:2,25 180:3
180:17 181:2
**damaged** 53:18
54:6,13 56:9,12
57:24,25 58:6
58:14 59:1
63:17 64:1,9
65:17 70:8,9
75:11 76:9 78:5
79:16 82:13
87:11 106:21
119:22 121:22
122:23 160:9,11
160:12,16
161:13,22 162:9
162:11,11
163:15 174:18
174:19,21
**damages** 10:4,6
52:6,12,14,15
55:15 96:15
101:24 103:15
103:20 104:12
104:13 105:4,17
106:9,11,15,18
110:16 116:17
117:17,19
118:19 119:3
129:20 135:2,5
159:10,13,15,23
159:24,25 160:3
160:24 179:20
180:21
**damaging** 65:20
**dashes** 188:12,16
**date** 10:3 27:8,10
36:7 38:5 84:24
89:25 114:3,20
126:13 142:8
144:5 151:12
152:15 153:19
154:5,14 163:19
**dated** 69:1 91:4
**dates** 30:5,7 62:3
143:22 163:17
165:7,10
**day** 1:18 24:8
31:8 32:16 35:7

91:11,16,18,19
91:20 180:2
**days** 55:6
**deal** 185:1
**December** 10:15
30:23 31:9
79:22 85:19
89:18 90:15,18
90:22,23,24
91:4,9
**decide** 88:15 92:4
**defend** 135:23
**defendant** 2:8
6:20
**defendants** 2:8
6:10
**defined** 188:4
189:15
**definitely** 180:24
**delivered** 184:7
**delivery** 75:6
184:14
**Dell** 166:11
**denoted** 188:21
**deposed** 6:11,15
6:20
**deposition** 1:13
5:4,16 7:2 9:2
14:7 24:21
97:15 116:1
121:1 130:10
134:9,19 138:6
138:8,11,23
139:7 146:6
187:11 189:14
**depositions** 138:4
**desktop** 166:11
167:6
**detailed** 93:4
**details** 184:21
**detection** 152:1
**detector** 35:8
67:12
**deteriorated**
54:17 66:14
152:3
**Deterioration**
35:1
**determine** 32:14
34:15 108:23
**determined** 144:8
**deteroriated** 66:7
**device** 152:1
**difference** 13:18
14:1 119:24

120:10
**different** 14:19,20
23:2 37:12
44:12 55:6
62:19 63:20
64:22 71:5 72:2
74:25 76:4
110:10 117:21
162:4,22
**differently** 14:10
**diminished**
183:11
**diminution**
180:21
**dimunition**
131:14 181:8,8
**dining** 57:19
**direct** 189:18
**direction** 189:9
**directly** 112:3
**disc** 4:15
**discard** 53:19
57:13 80:23
153:2 162:12
**discarded** 56:14
56:16 57:15
59:25 60:13
64:13 65:8
82:23 162:4,14
**discourse** 188:11
**discourteous**
98:25
**discourtesy** 98:13
**discover** 30:20
91:15,18 141:1
**discovered** 38:12
89:21,23,24
91:23 118:12
142:16
**discovery** 89:25
132:17
**discussed** 29:9
117:13 134:20
**discussing** 121:3
**dishwasher** 96:21
164:11 165:5
**dishwashers** 59:7
59:13 64:7
**disposal** 96:21
166:4
**disposals** 61:14,16
61:17,18 64:8
**dispose** 161:15,23
**disposed** 161:16
**distribution** 95:6

**DISTRICT** 1:1,2
**document** 1:6
10:19,21 11:4
12:14 15:8,8,24
16:4,13,17 17:8
17:10 19:6,8
20:2,4,16,18
40:4 52:11,22
68:23 97:17
116:2 133:13
139:18 144:21
155:19,25 156:1
156:17 178:21
181:16,25 182:2
**documentation**
25:25 33:21
68:16 70:18
71:15 72:11
73:14 74:8
78:12 80:5 83:8
83:9 85:11,15
85:16 115:10
128:21 132:6,21
175:5 186:9
**documents** 8:21
9:8,18,19 13:14
14:14 52:13
57:4 118:6
120:14 132:17
136:9 138:1,15
186:25
**Dodson** 107:18
**doing** 23:2 126:18
**dollars** 172:20
**door** 84:4,6,6
123:20 170:20
170:22,24
177:18,20
178:23
**doors** 83:23 84:3
179:7
**double** 165:21
**download** 130:1
**downloaded**
148:9
**downstairs** 49:15
124:1 151:1,2
**Downstram** 4:16
**Downstream**
155:21 156:11
**Doyle** 2:3,4 12:16
12:22 13:4,21
25:9 26:16 33:6
36:22 37:2 44:4
44:7,20 45:1,10

45:15,23 46:3
46:11 47:16,23
48:4 52:18 53:7
65:25 66:21
67:21 69:5
71:21 75:15
87:5 88:17
93:16 94:12
95:11 98:10,12
98:16,20 99:2
99:15,24 100:7
100:13,22 101:9
101:10,17
102:16,23 103:6
104:2,7,19
105:8,18 106:2
106:23 107:8,9
107:17,25 108:9
109:4,24 110:18
113:19 114:5,16
115:21 116:3
118:14 122:3
124:12 125:3
130:5,12,22
131:20 132:8,13
133:3,7 134:15
135:24 136:8,11
136:17 143:1,12
145:6 149:9
150:3 153:24
154:9 157:10,17
157:25 158:16
**dozens** 47:10
**drink** 81:17,23
**drive** 1:14 8:17
19:2,23 21:11
115:15 125:25
125:25 139:22
140:22 146:13
147:22 148:8,11
149:2,8 151:8
156:19 157:1,22
158:10,22
159:12
**dryer** 77:24
**dryers** 72:21 73:3
73:4,7,19,21,23
74:1,2 121:18
**drywall** 1:4 22:9
30:21 32:15
34:15,19 38:13
39:22 41:14,19
41:25 42:4,18
42:22 43:1,3,11
43:12,18,20

45:22 50:25
51:7 52:9 54:14
56:3,9 78:5
89:21 90:20
91:15,24 112:25
113:5,17 119:9
119:15 121:9,9
121:14,17,22
122:2,15,23
123:12 124:11
141:2 144:9,11
144:12,14 145:3
145:15 146:21
146:22 147:5
149:6,17 153:14
153:18 154:17
154:20 155:9,16
156:3,25 157:24
158:14 160:9,11
160:25 183:13
186:10
**drywall's** 41:15
**due** 188:10
**duly** 6:2 189:5
**DVD** 162:21,22
162:22

---

**E**

**E** 3:1 4:1,1
**earlier** 48:7 73:15
82:12 87:2
88:24 94:5
111:24 116:10
135:6 147:4
152:14 178:20
**early** 27:9,23,24
**easily** 135:23
**EASTERN** 1:2
**eaten** 54:18
**Eduardo** 26:9
**educated** 34:23
113:10
**effort** 137:25
**efforts** 137:12
**eggs** 142:1
**eight** 6:23 73:19
73:20,23
**either** 7:15 49:1
54:9 76:8
119:16
**ELDON** 1:6
**electric** 56:11
57:10 62:12
63:3 165:20
175:15

**electrical** 35:5
36:16 38:21
39:4,5 58:4,5,6
58:16,16 59:2
64:2 70:10 86:1
86:5 94:24 95:5
95:9 96:11
146:18 152:22
166:19 167:13
173:15 174:2,3
174:4 179:16
180:8,11,12
**electricity** 97:18
**electronic** 78:6
**Elite** 163:21
**Elizabeth** 1:7
**employee** 84:5
**employment**
189:18
**empty** 26:25
126:6
**endeavor** 44:4
**English** 79:8
**enlarged** 44:18
**entertain** 133:25
**entity** 189:13
**environment**
65:19
**environmental**
93:3,12,15
**Epsom** 167:15
**equipment** 35:5
78:7 79:23
96:20 97:11
106:8 151:21
171:8,17
**error** 123:9
**Especially** 175:7
186:18,24
**Esquire** 2:4,10
**essentially** 117:22
**Estate** 140:10
**Estates** 140:5,6
155:2
**estimate** 182:21
183:2
**et** 1:7,8 94:24
156:10
**event** 184:22
**eventually** 55:21
65:21,23
**evidence** 5:17
93:2,15,24
150:7,15,17
**exact** 10:2 27:8

36:7 38:5 62:3
84:24,24 114:3
114:20 126:13
142:8 143:22
144:5 151:12
152:15 153:19
154:4,14 163:17
163:19 165:7,10
184:21
**exactly** 63:5
107:11 139:3
170:6
**Examination** 3:10
6:5 12:18 13:6
14:4 15:16
25:11 26:7,19
33:11 37:10
44:10,23 45:7
45:12,19,25
46:8,22 48:6
52:21 53:12
66:17 67:14
68:2 69:10
71:24 75:22
87:22 88:20
94:3,15 95:20
99:16 100:9
102:13,20 103:2
103:24 104:14
105:5,15,25
106:19 108:6,16
110:7,24 114:1
114:14,21 116:5
119:7 122:8
124:24 125:23
130:8 134:22
136:15 138:25
143:8,18 145:12
148:6,14 149:15
150:20 154:6,12
157:13,20 158:3
159:9 183:19
**examined** 6:4
**example** 9:22
123:22 134:23
**exception** 101:3
**exchanges** 169:9
**excuse** 136:18
**executed** 133:17
137:19
**exhibit** 10:12,25
11:24 14:6,8,11
14:11,25,25
15:14 16:3,20
18:15,18,20

19:15 20:24
21:13 25:5
39:14,17,24
40:2,14,15 42:7
42:10 43:9
46:24 47:4,12
47:20 48:8,8
50:15,15 52:24
52:25 53:2,3,4
53:10 76:18
89:2,3,4,9 90:9
115:19,25 118:4
118:5 121:1,1
122:19,19,21
128:8 134:24
139:7,9 146:4,5
146:7,8,8
147:13,14,17,18
149:5 150:22,23
155:18 156:18
159:17 161:10
181:15 182:1,7
**exhibits** 8:23
11:18,19,21
15:25 16:16
17:13 19:12
20:7,21 23:23
37:5 47:3
116:11
**exist** 125:15
**experience** 143:10
**expert** 33:7,9,13
35:7 39:1 50:13
56:1,8 61:2
66:18,25 67:2,8
67:18,20 68:1
106:11 121:4
124:18 181:10
**explained** 49:5
118:10 125:10
179:23
**explaining** 122:9
**exposed** 36:18
**extent** 33:20
78:12 85:10
115:9 138:17
186:9,14
**Exterior** 111:6
112:4 114:24
115:3 127:19
128:2 155:24
156:3 183:24
184:6,13 185:2
**extra** 45:4

---

**F**

**fact** 4:9,13 16:21
18:1,14,18
20:11 25:7
46:24 47:2 48:9
53:4 67:5,19
116:19 117:1,14
122:18,20 123:2
128:11 129:10
131:2,22 133:11
133:15,19
134:25 137:8
159:18 181:21
**facts** 107:3
**fail** 141:19
**failed** 66:6,12,13
152:3,24,25
167:3 171:25
177:21 178:1
179:4,5
**failing** 38:1 67:12
70:10 141:18
143:20 151:16
**failure** 35:3,4
37:25
**fairly** 168:18,19
**Fallon** 1:7 109:12
132:18,20 134:5
136:2 137:10
**family** 8:13 126:2
**fan** 58:11
**fans** 57:19,21
58:8 172:18,21
**far** 85:13 152:23
**Fatme** 2:2,16
**faucets** 152:10
**faulty** 35:12
**features** 95:9 96:6
96:11
**federal** 5:6 109:17
188:5
**feel** 7:6,18
**feet** 126:25
176:16
**fiber** 176:2,5
**fight** 138:3
**file** 147:18,20
148:8 149:14
**filed** 109:9
**filing** 5:10
**fill** 13:7 19:8 20:4
20:18
**filled** 15:11 17:10
33:24 34:12

118:11 119:4,4
122:10,11,17
**final** 126:19
**financial** 189:13
**find** 93:24 103:25
105:6 137:25
144:12,16
149:18 150:10
185:24
**finger** 37:8 90:5
**finish** 7:10,22
31:11,12
**finished** 28:3
29:21
**finishing** 31:1
126:14
**firm** 2:3 136:22
189:19
**first** 6:2 7:5 13:22
14:1,2 21:19
23:12 24:1,7
34:18 35:15
36:5,8 38:3 42:8
47:3 68:17
69:14,20 73:11
73:25 91:8
92:22 112:24
113:4 117:12
123:1,5 139:11
142:4 143:24
144:17,18
145:15 149:17
149:24 151:10
155:20 158:24
159:4 161:12
162:24
**Fishman** 1:15
2:10 6:9
**five** 60:8,10 62:4
70:24 71:9 81:1
114:4 117:21
153:20 154:7
161:19 162:16
162:17,20
163:18 164:6
165:8
**five-eights** 119:15
125:11
**five-minute** 75:16
**five-ton** 173:7
**fives** 169:11
**fix** 55:1 59:18
**fixtures** 57:19
58:8,11 95:2,4
174:5,5

**flag** 39:15 43:10
48:3
**flip** 17:23 40:1
42:6 52:25 89:1
147:12 156:16
170:19
**flood** 28:5 140:13
140:16
**flooded** 126:21
**floor** 1:17 2:11
141:23 144:17
144:18 145:16
149:17,24
170:12,14
**floors** 124:8
**follow** 47:8
**following** 20:15
76:14
**follows** 6:4
**foot** 176:15
**foregoing** 189:6
**forgot** 12:20
164:20
**form** 4:3,5,7,11
5:14 10:14 11:2
11:15,16,21,25
12:6,13 13:12
14:7 15:2,18
16:8 19:1,18
23:21 26:17
36:23 40:1 41:1
42:11 44:22
45:3,11,16,24
46:4,12 50:21
52:19 66:1,22
67:22 87:6
88:18 90:10
91:12,17 93:17
94:13 95:12
96:3 100:14,24
101:1,5 102:17
102:24 103:7
104:3,20 105:9
105:19 106:3,24
109:5 110:1,2
110:19 113:20
114:6,17 115:22
118:4,11,15
122:4,11,12
124:13 125:4
129:8 130:6
139:8 143:2,13
145:7 149:10
150:4 153:25
154:10 157:11

157:18 158:1,17
**formal** 55:25
**formalities** 5:9
**format** 189:11
**Formica** 96:22
**forms** 13:8 33:24
34:12 116:12
117:5
**forth** 84:18 189:6
**forward** 101:2
147:15
**found** 33:17 41:25
85:18 90:2
104:18 105:12
106:14 110:10
113:2 141:5,14
149:16 150:1,11
151:14 152:1
185:25 186:1
**four** 53:17,24
63:16 64:25
65:1 68:7 72:6
73:5,7 74:3,5,10
74:16 94:22
126:25 164:5
**four-ton** 64:20
**fourth** 72:23
101:19
**frame** 43:19
**freezer** 96:21
102:6
**freight** 75:6
**Frigidaire** 62:11
**front** 40:7,9 134:4
**full** 46:1,9,9,14
**functioning** 59:12

_____
**G**
_____
**G** 92:22
**gallon** 74:10
**garage** 151:24
170:20,22,24
179:9
**garbage** 61:16,18
166:4
**Gardens** 139:25
**gas** 23:4,8 54:25
55:1 175:15
**gases** 54:24 66:15
120:8 123:17
124:2
**gasses** 66:8
**GE** 56:11
**Gebr** 1:8
**general** 21:18

78:11
**generally** 153:2
**Gentilly** 6:17 22:3
22:6,15 92:7
108:15
**gentleman** 32:25
33:15 103:17
106:16
**Gharib** 1:13 2:2,2
2:16 5:4 6:1,6
13:3 22:13 42:9
43:24 44:25
47:14 48:10
52:7 75:23
78:11 88:22
97:14 99:17
100:10 103:3
109:23 110:8,25
115:9 120:23
121:4 126:2
131:13 132:23
134:23 136:16
139:2 140:4
148:7,16 153:6
159:12 180:22
187:4 189:5
**give** 12:20 30:6
42:3 68:5
107:20 158:4
163:19
**given** 100:20
**go** 7:2 8:20,25
13:22 14:18
23:18 33:24
35:18 36:12
40:6 42:14
53:13 67:23
77:24 87:14,16
87:20 90:13
92:22 97:22
99:19 109:23
110:8 112:17
113:10 115:14
120:8 125:24
136:1,5,5
139:11 143:3
146:2 147:12,17
148:3 149:21
150:9,14 160:4
173:12 183:16
**goes** 35:11 96:16
97:25 101:25
170:16
**going** 7:6 8:8,20
10:11,24 11:17

11:23 14:8,17
14:18,24 15:13
16:2,19 18:13
18:18,19,24
19:14 20:1,23
20:24,25 21:13
21:15 23:12
29:2,4 31:3 35:8
44:21 45:2
51:19 53:3,13
53:14 80:2
89:11 100:5,6
100:24,25
101:13 103:14
103:15 105:3
106:17 109:25
110:1 124:20,22
131:7 134:5
136:5 141:22
147:11 149:4
155:18 156:18
162:7 173:22
177:22 179:23
181:22,22 182:1
**Good** 6:6,7
**great** 135:25
151:2,4
**guess** 41:3
**Guevara** 26:9,25
**guidelines** 189:12
**guy** 31:10 106:9
151:25
**guys** 158:24
166:25 185:18
185:18

_____
**H**
_____
**H** 4:1
**half-inch** 119:13
119:13 125:13
**Hamide** 2:16
**hand** 8:8
**handles** 177:18,20
178:24
**hands** 145:19,19
**Hang** 129:16
130:23
**happened** 9:22
24:8 82:11,12
**happening** 38:4
143:20
**hardware** 177:18
**hate** 168:16
**Haygood** 1:16
2:10 6:9

**hazards** 93:3,13
93:15
**headache** 141:21
**headings** 94:23
**hear** 107:12,21
114:2 158:24
159:4
**heard** 113:23,25
**hearing** 113:17
137:4 158:12
**heater** 74:10 95:5
175:16
**heaters** 74:11,17
75:1 152:8,13
152:17 175:15
175:18
**help** 47:24 90:4
100:1
**helpful** 7:9,11
25:1
**helping** 185:5
**hereinbefore**
189:6
**hey** 31:16 67:2
**Hikvision** 82:3
**hit** 126:20
**HNW36YS**
176:25
**home** 8:13 25:13
25:15 51:21,22
92:14 127:7,14
128:13 130:18
131:15 132:12
132:22,24
133:14 139:21
149:1,7 151:7
154:20 176:3
178:3,7 181:17
182:17,22,24
183:3,5,11,23
184:8,17 186:11
**home's** 180:21
**homeowner's**
155:1,5,8
**homes** 112:25
140:12,16
**hood** 176:25
177:1
**hope** 10:8
**hour** 84:11
**house** 93:24 126:8
126:11,15,16,18
126:19,21
127:11 141:12
141:12 142:10

143:22 144:1,7
146:13 149:18
149:20 150:10
150:19,24
151:25 152:20
157:15 158:9
159:7,23 160:2
160:3 170:7
173:22 174:2,3
174:13 175:7,9
178:8,10,14,19
178:22 180:23
180:25 181:3
183:9 185:1,11
185:12 186:18
186:21
**Housing** 172:18
**HP** 166:4 167:6
**HR** 81:4,10
**humorous** 99:4
**hundred** 128:4
184:2
**Hurricane** 126:17
126:20,22 127:7
127:24 153:10
**hypothetical**
110:4

**I**

**idea** 185:23
**identical** 14:15
**identified** 47:17
**identify** 137:23
**illuminator** 176:2
**impact** 8:1
**impede** 99:9
**include** 105:17
122:1
**included** 82:13
96:6 117:4
129:21
**includes** 121:24
**income** 22:19
87:24 88:3
**independent**
110:6 131:5,25
132:16 133:24
**Index** 3:6
**indicate** 188:12
188:17
**Indicating** 120:21
**indication** 146:21
**indirect** 189:18
**individual** 95:4
**InEx** 4:16 155:21

155:23 156:11
156:25
**informed** 189:12
**ink** 168:14
**inserted** 148:7
**inside** 38:25 55:19
55:21 93:25
127:4 179:5,7
**InSinkErator**
61:14 166:3
**insisting** 107:19
**inspect** 95:17,18
95:19 96:1,2
97:23 98:2
101:23 106:10
**inspected** 33:10
33:16 91:5,9
93:20 95:15,24
95:25 96:1,24
96:24 98:6
**inspection** 33:3
92:24 96:4,9
97:25 98:8
101:22 102:7,11
103:23
**inspector** 102:22
170:9
**install** 185:5
**installation** 85:25
180:7
**installed** 32:1
82:5 84:20,22
84:25 85:1
113:6 176:3
185:10,16,21
**installer** 185:7
**instance** 138:14
**instruction** 12:20
**instrument** 24:3
139:20
**intend** 123:10
**interaction**
188:10
**interested** 23:23
189:22
**Interior** 111:6
112:4 114:24
115:3 127:19
128:2 155:23
156:2 183:24
184:6,13 185:2
**internal** 166:20
**Internet** 153:7
**Interpreter** 2:16
**investigate** 49:11

95:8 119:10
141:13 154:19
**investigated**
144:11
**investigating**
141:7
**investigation**
150:2
**invoice** 69:1,14,22
71:3 72:4,24
74:14,17 75:7
76:6,13,21
**invoices** 171:10
**involved** 21:20
22:1 136:20,24
**IRS** 112:1
**issue** 77:20 137:9
137:10 142:11
**issues** 154:17
**item** 54:4 56:7
65:7 69:14,22
71:2 72:3,23
73:25 74:1,4,9
75:5,10 76:9
79:15 82:15
**items** 56:9 57:1
64:11,12 74:23
76:20,21 84:18
86:25 122:21
135:1 159:16
160:7 161:4
173:14

**J**

**James** 2:4
**January** 82:17
116:25 117:15
129:8,8
**JAWAD** 1:13 2:2
5:4 6:1 189:4
**Jerry** 158:6
**jimmy@doylefi...**
2:6
**Joe** 31:16
**JOSEPH** 1:9
**Jr** 1:9 2:4
**judge** 1:6 88:15
109:12 132:18
132:20 134:5
136:2 137:10
**July** 181:18
**Jumanah** 2:16
**June** 1:18
**jury** 88:19

**K**

**Katrina** 22:25
28:5 126:17,20
126:22 127:8,24
140:13,14,18
153:11 154:8
**keep** 11:17 47:14
53:3 82:21
89:11 90:4 99:3
111:25 115:18
162:11 168:21
172:1 175:8,9
175:10 181:22
181:22 182:1
186:21,23 187:1
**keeping** 80:1
186:16
**Kenmore** 163:21
**kept** 167:2,3
**kind** 62:6 125:1
138:2 151:21
179:21
**kiosk** 77:18
**kitchen** 179:10
**Knauf** 1:8 2:8
136:22 146:23
**knew** 48:17,18,19
49:22 79:21
90:18 110:11
142:16 150:12
**knobs** 179:24
**know** 7:16,18,23
10:2,3 12:17,19
14:12,21 18:11
24:12 26:14,20
30:5,7 31:14,16
31:21,22 32:11
34:10,22 35:20
36:14,15 40:19
41:8 42:21
43:13,15 44:13
45:18 46:19
47:15,18 51:14
52:4 54:25
55:17 57:3 58:4
58:15 59:21
62:6 63:5 64:14
64:15,16 67:4
79:4 83:10,20
84:17,19 85:1,3
85:8 87:15
88:13 90:1
93:10 94:10,11
96:16 97:1

103:12,18
105:12 110:23
111:9,10 112:8
113:10 114:3,20
118:12,18
119:12 124:16
126:14 127:12
127:21 128:24
136:8 139:4
141:8 142:2,11
142:14 143:22
144:4,6 145:11
145:24,25 150:8
150:13,17
151:14,17,23,25
152:2,4,10
154:15 156:19
156:21,22,22
157:7 158:6,8,9
158:11,15,20,22
159:6,7 160:13
162:24 164:6
166:19,25 167:1
167:5 169:7
171:6 173:13
174:3,11 177:22
178:20,22 179:4
179:5,11,13
181:7 183:6,14
186:20
**knowing** 181:3
**knowledge** 15:23
107:4 110:6
121:11 133:20
137:1 140:24
189:17

_____

**L**

**L** 1:5 5:1
**LA** 189:24
**labor** 82:5 185:5
**land** 128:15
**late** 167:1
**laugh** 100:1
**laughing** 98:15,17
98:21
**laundromat** 22:16
22:20,23 28:2
28:16 69:25
71:6 77:17,17
86:2 88:6
117:25
**laundry** 77:20,22
**law** 1:15 2:3 5:7
8:6 109:15

**lawsuit** 21:20
**lawyer** 144:25
145:5
**leading** 102:18,25
103:8 104:4
105:10
**leak** 151:22
**leaking** 55:1 66:8
151:17,18,24
152:4
**learn** 112:24
153:16
**learned** 35:4
113:5,8 153:13
154:16
**lease** 29:2,5,8
**left** 188:18
**legal** 115:2
**let's** 14:25 15:17
32:3 44:14
46:23 75:16
136:5 139:6
160:4
**letter** 92:22 93:4,8
93:11
**letters** 165:20
**Lexecon** 109:11
109:13
**LIABILITY** 1:4
**licensed** 27:18
**lift** 170:1,6,13
**lifts** 170:4
**light** 67:4,4 170:1
170:4,6 173:1,3
173:16
**lighting** 86:1
180:7,12
**lights** 172:17,19
172:21 176:2,5
**Limiting** 92:21
**line** 69:22 98:21
99:5 100:6
151:16 152:2
**lines** 157:4
**list** 53:17 56:6
61:24 68:17,23
69:11,16 70:24
74:23 93:12
117:17 123:10
155:19 160:5
161:5,8 163:9
174:7
**listed** 13:11 55:15
63:12 102:3,4
102:15 103:5,13

106:7 117:10,12
118:7 120:19
123:5 159:13
179:18 180:1
**Listen** 107:18
**listing** 102:6
117:18 122:13
122:21
**lists** 12:7 15:19
62:7 116:6
156:1
**Lite** 172:2
**litigant** 189:19,20
**litigation** 1:5 6:11
6:14 8:11 11:3
16:21 19:19
20:12 22:1,9
90:11 136:20
137:1
**little** 7:6 18:16
37:11 39:15
64:5 117:21
162:3
**live** 140:7,8
**lived** 143:21
157:7
**lives** 158:8
**living** 58:20
142:10 150:25
**LLC** 140:1
**LLP** 1:16 2:10
**loan** 92:6,11
108:14
**locate** 130:10
**located** 19:2 22:2
43:3,20 121:15
121:18 150:24
**location** 41:15
42:4
**Lochinvar** 74:10
74:13 75:4
**long** 6:22 22:22
28:24 29:20,23
30:7,16 35:17
47:7 186:16
**longer** 143:10
**look** 9:6 10:16
11:10 12:1,6
13:16 14:25
15:3,7,17 16:12
19:21,25 23:16
23:24 24:6 30:5
31:11 32:13,17
35:10 37:5
39:10 42:9

43:23 44:14,24
45:8 46:23
47:15 50:12,13
69:13 76:12
84:10 94:1
115:19 128:8
138:15 139:6
147:18,21,22
149:21,22,22
**looked** 9:14,16
18:2 31:15,24
32:4,8,19 34:3
34:13 54:21
55:8 108:21
134:24 149:24
150:21 169:18
**looking** 13:25
25:6 31:14
39:24 47:14
93:21 95:15
97:23 101:24
103:20,21
104:12 105:3
106:13,17
129:11 156:20
**looks** 16:1 44:17
89:25 139:24
**loss** 87:24 88:3,10
131:14 159:22
159:24
**losses** 88:13,13,14
**lost** 87:4 88:6
**lot** 26:22,25 34:20
126:6,9 128:7
128:22 129:1,6
139:21 152:24
167:4 185:2
186:22
**Louisiana** 1:2,14
1:17 2:12 5:24
16:24 107:14
109:9,16,17
113:18 123:7
188:4,6 189:4
189:15
**lucky** 166:25

_____

**M**

**machine** 68:24
69:15 71:2 75:8
76:21 77:21
81:5,11,17,23
86:16,19 163:15
163:22 169:18
**machines** 84:13

121:15,21
**MAGISTRATE**
1:8
**mail** 114:23 115:2
155:14
**main** 85:24 86:4,7
180:6
**making** 7:7 22:8
131:24 132:3
133:23 134:2
189:13
**man** 32:2 103:19
**manufactured**
146:21 149:7
**manufacturer**
185:22
**mark** 8:22 10:11
10:24 11:23
14:5 15:13 16:2
18:13,15 19:14
20:24 90:5
149:4 155:18
**marked** 14:24
25:5 39:14
**markings** 146:23
**match** 69:15 71:1
72:23
**matches** 72:3
**material** 179:21
188:20
**materials** 27:20
**matter** 189:19,20
189:22
**max** 170:1
**MDL** 1:4
**mean** 41:16 49:1
58:2 61:23 73:3
76:25 95:19,25
97:8 103:12
112:10 129:20
141:21 149:19
149:20 152:24
166:22 174:15
**means** 57:6 161:2
**mechanical** 94:24
95:1
**media** 176:1,4
**medication** 7:25
**memory** 112:2
**mention** 36:11
**mentioned** 35:16
37:13 39:8 48:7
50:6 62:15 64:6
67:11 82:11
87:2 94:4 147:4

149:16 173:15
**mentioning**
157:22
**Metairie** 1:14
8:14 19:3,23
51:21,22 139:25
140:5,6,9 155:2
**method** 188:14
189:8
**Metro** 28:23
29:12,14 30:11
118:1
**Micheline** 1:24
5:22 188:2,24
189:3,24
**microwave**
164:23 165:5
**middle** 120:1
**Mike** 107:18
**million** 128:17
132:25 182:21
182:23
**mind** 13:16 75:17
**Mine** 126:24
**minute** 7:19
**missing** 24:11,14
129:13
**mistaken** 112:23
**mistakenly** 74:2
**misunderstand**
174:17
**misunderstandi...**
64:15
**model** 165:12
176:25 177:6,8
177:12,14
**modules** 172:3,5
**moment** 18:23
**money** 77:21,22
79:5 169:9
**monitor** 166:12
167:7
**month** 29:1 62:16
126:15
**months** 6:23 28:3
35:14 55:12
82:20 164:6
**morning** 6:6,7
84:5
**motor** 170:20,22
170:23
**motors** 170:11
171:1
**mov** 147:18 148:8
**move** 30:9 138:20

**moved** 31:23
126:15 135:8
142:24
**movie** 145:4
147:5,8,17
**moving** 123:19
126:18 139:1
**multiple** 39:2
78:10 100:17

**N**

**N** 3:1 4:1 5:1
**name** 6:8 32:24
112:22 129:7
139:3,5 158:7
**names** 151:4
188:19
**need** 7:17,18,21
31:4
**needs** 131:15
**neighbor** 156:19
157:21
**neighbors** 153:11
153:17 154:17
158:13
**never** 32:19 34:13
56:7 100:20
110:13 125:8
160:7
**new** 1:17 2:12
16:23 22:3
35:11 61:3
123:6 132:15
133:9,23 134:7
136:21 168:10
**news** 113:17
153:5
**newspaper** 153:8
**nickel** 177:19
179:19,20,24
**nine** 6:23 136:21
**note** 96:10,15
100:12 134:3
**noted** 99:25
**notes** 97:19
**notice** 4:2 5:7 9:2
34:18 35:15
36:5 37:21 38:6
38:10 94:9,11
114:22 115:2
117:7 138:6,10
142:5 143:24
155:7,14
**noticed** 36:2
37:13,15 83:7

110:15 116:24
117:3 144:1,6
**notices** 155:4
**noting** 132:4,14
**November** 69:1
**number** 183:1
**numbered** 17:5
17:17 47:13
**numbers** 56:23
62:19 156:8
165:20 171:11
**NVR** 82:3

**O**

**O** 5:1
**o'clock** 84:7,8
**oath** 5:25 8:5
**object** 7:12 26:17
36:23 44:21
45:2,11,16,24
46:4,12 52:19
66:1,22 67:22
67:25 87:6
88:18 93:17
94:13 95:12
100:24,25 101:8
101:13 102:17
102:24 103:7
104:3,20 105:9
105:19 106:3,24
109:5,25 110:2
110:19 113:20
114:6,17 118:15
122:4 124:13
125:4 130:6
134:10 138:8
143:2,13 145:7
149:10 150:4
153:25 154:10
157:11,18 158:1
158:17
**objection** 100:14
107:11 108:3
136:12 138:24
**objectionable**
101:4
**objections** 5:13
107:8,16 109:8
**observed** 93:14
109:1
**observed/discov...**
93:2
**observing** 185:20
**obtain** 112:11
**obtained** 184:12

184:15
**obvious** 67:7
**obviously** 138:11
**occur** 154:24
**October** 24:9 28:1
**Office** 47:5,6
**officer** 188:4
189:4
**Offices** 1:15
**officiated** 5:24
**oh** 11:19 62:22
70:20 113:13
115:17 162:6
178:11
**okay** 7:23 8:8 9:5
9:11 10:11,24
12:3 13:10,15
13:24 14:12,23
15:13,17 16:2
16:19 17:16,21
18:9,13,21
19:14 20:10,23
21:13,14 22:12
23:16 24:6
27:19 28:14
29:11 30:12
33:12,19,23
34:18 39:8,10
40:5,8,13 41:4
41:13,24 42:6
44:16 46:23
49:14 50:4,8,14
52:6,17 53:6
54:3 55:25
56:11 57:9,18
58:7,20 59:7
61:5 63:9 64:4
64:11,20 65:7
65:12,16 68:7
68:15 69:4
70:13,16,24
72:6,18 73:1,17
74:7,22 75:1
76:12,17 78:11
78:17 80:8,15
80:23 81:1,4
82:25 85:7,20
86:24 87:23
89:19 90:24,25
91:14 92:1,8,19
93:11 95:1,7
102:9 108:1
110:25 116:4,16
118:3 119:8
120:17,22 121:6

121:13,20 122:9
122:17 123:1
124:5 125:19,24
125:25 126:8
127:6,10,23
128:5 129:23
135:15,22
139:16 140:6,18
142:4,15,20
143:19 144:8,20
145:21 146:2,3
146:10 147:1,11
147:25 153:16
156:4 159:10
160:4,18 161:3
161:12 162:3,6
162:13 163:2,21
164:7,18,22
165:11 166:3
167:6,15 169:25
172:2,17 174:9
174:23 175:14
176:1 178:3,11
178:23 179:22
180:5,20 181:12
182:14 183:1,6
183:10 185:4,9
185:13 187:3
**old** 8:13 22:3,6
27:1 59:25
82:21 108:15
112:1,1
**ones** 62:23 63:4
64:16,17 65:5
65:21,22 73:24
74:20 112:1
137:22 160:12
160:14 169:10
179:9,12
**online** 113:11
**open** 8:25 18:25
23:17 36:13
79:24 84:4,6,6
115:19
**opened** 28:2,7
85:2
**openers** 170:20
**operate** 54:18
179:8,10,13
**operating** 65:18
**operation** 143:5,6
143:9
**opinion** 56:1
66:19 67:17
68:6 160:8

**opinions** 189:16
**opposed** 166:19
**opposing** 100:1
**optic** 176:2,5
**option** 79:5,6
**order** 37:19 83:4
  83:4 112:14
  137:10,11
  184:20
**ordered** 184:7
**orientation**
  169:12
**original** 189:1,2
**originally** 127:11
**Orleans** 1:17 2:12
  16:24 22:4
  120:24 123:6
**outcome** 189:22
**outdoor** 176:1
**outlet** 143:24
  145:22 146:18
  147:2 150:21,22
  150:23,25
**outside** 38:24
  55:13,18,22
  56:1,8 109:15
  109:16 160:21
  176:3
**oven** 96:20 102:5
  165:21,22
**owned** 21:10
**owner** 18:7
**owners** 18:11
  113:18
**ownership** 37:22

**P**

**P** 5:1
**page** 3:7 9:6 10:16
  11:4,11 14:1,2
  15:3,7 16:4,9,12
  17:3,5,6 18:21
  19:5,16,21 20:1
  20:14 21:4,6
  24:7,10,11,13
  24:22 25:8
  39:16 40:4,5,10
  42:10 47:4
  50:14 53:1
  89:16 90:13
  91:7,8 92:17
  94:16,20,23
  96:14 100:11,11
  123:1 128:10
  133:16 139:10

139:12 155:20
155:24 156:5,7
156:16 157:6
170:19 181:16
182:1,15,16
188:1 189:2
**pages** 39:16 40:15
  42:15 43:9 47:5
  47:10,12 52:23
  68:17 89:2,12
  91:6 147:17
  189:6
**paid** 111:11
  184:14
**panel** 85:24 86:1
  86:4,7
**panels** 86:10
**pantry** 179:11
**paper** 23:25 24:1
  105:16,20
  139:15
**paragraph** 93:13
**Pardon** 108:10
**Parish** 120:24
**Parkway** 2:4
**part** 5:16 38:21
  39:3 58:5 79:1
  119:20 120:1
  125:12,13,22
  171:21 174:1
**particular** 12:13
  130:13 137:2,5
**parties** 5:3 189:22
**parts** 55:18 58:16
**party** 189:19,20
**pauses** 188:13
**pay** 184:20
**payment** 77:16,25
  79:2
**payments** 78:2
  88:10
**PCS** 28:23 29:12
  29:15 30:11
  118:1
**pending** 7:21
**people** 156:1
**percent** 128:4
  184:2
**perfect** 7:15
**performed** 33:3
**person** 27:19
  189:13
**personal** 52:15
  56:6,7 67:17
  87:3,9 135:17

159:13,14,16,21
159:25 175:11
180:17 189:9
**PH** 85:24 86:3
**phase** 86:4
**phone** 112:14
**phonetically**
  188:22
**photo** 42:21 43:10
  43:13 44:11
  45:13 46:9 48:9
  49:9 120:24
  121:2 146:23,25
  147:1 150:22
**photograph** 42:17
**photos** 43:1,18,25
  44:1,12 46:19
  48:14,22 49:18
  49:25 50:5,8,17
  50:18,19,24 52:2
  51:2,4,5,11 52:2
  149:6
**phrase** 188:21
**phrases** 188:17
**phrasing** 25:17
**picture** 37:6 39:22
  40:13 41:5,9,21
  42:2 48:5 54:19
  55:8 144:22,24
  145:4,13,17,18
  145:21,23 146:1
  146:11,12 158:8
  159:6 173:19
**pictures** 39:9
  41:13,18 49:21
  66:4 145:2,16
  146:14
**piece** 23:25 24:1
  26:20 39:21
  88:22 105:16
  139:15 150:1
**pipe** 55:2
**piping** 38:7
**place** 31:14 44:6
  63:1 79:24
  88:14 90:5
  147:14 150:16
**placed** 112:13
**places** 22:16
**plaintiff** 4:3,5,7,9
  4:11,13 10:13
  11:2,25 12:5
  13:7,12 14:7
  15:2,18 16:8,21
  18:1,14,18 19:1

19:18 20:11
23:21 39:25
42:11 46:24
47:2 48:9 50:21
53:4 90:10
91:12,17 115:22
116:12,19 117:1
117:5,14 118:3
122:11,12,18,20
123:2 128:11
129:10 131:1,22
133:11,15,19
134:24 139:8
159:18 181:21
**plaintiffs** 2:2
  137:18 138:14
**plans** 151:3
**plated** 179:24
**play** 148:12
**played** 148:13
**players** 162:22
**please** 14:21 26:1
  33:21 50:1
  69:17 70:22
  71:19 72:16
  73:17 77:7
  78:14 83:12
  85:11,23 99:20
  107:7 115:11
  133:2 135:3
  146:15 182:25
  186:12
**plenty** 134:13
**plug** 169:4
**plumbing** 38:16
  38:18 50:6
  94:24 95:2,9
  96:10 97:19
  151:7
**pocket** 9:1
**point** 43:2 101:2
  107:19 108:7
**pointing** 120:23
**portal** 130:1
  148:10
**portion** 41:17
  44:18 45:14,21
  97:16 116:18
**portions** 93:6
**position** 137:5,6
**positive** 58:9
**possession** 107:5
  137:17
**potential** 93:3
  155:8

**pound** 170:1
**PPF** 4:4,6,8,12
**prepared** 189:8
  189:11
**prepped** 31:3
**presence** 50:25
  52:9 123:12
**present** 2:15
  30:11 68:9
**press** 170:15
**pretty** 47:7
  135:22 157:14
  168:12
**previous** 65:21
  74:1 117:5
  173:14
**previously** 60:14
**price** 24:15 25:12
  25:20 26:1
  56:25 65:13
  74:24 128:13
  132:11,22,24
**prices** 163:12
**printer** 167:16,21
  168:13,15
**printers** 168:1,9
  168:17,19
**printout** 120:24
**Pro** 177:12
**probably** 12:17
  15:24 27:9
  29:25 30:4,6
  51:8,13,14 57:8
  61:23 77:3 81:2
  83:8 109:14
  111:14,24
  126:15 128:1
  129:17 151:13
  153:21 161:20
  162:18,19
  169:21 184:21
  184:24
**problem** 113:14
  142:21 143:11
  143:17 154:18
  166:19,20
  167:13 168:13
  177:23,24 186:2
**problematic**
  113:6
**problems** 112:25
  155:9
**Procedure** 5:6
  131:10 188:5,7
  189:16

proceeding
  188:11
proceedings
  188:16
produce 133:2,25
  137:16 138:1,6
  138:16 175:12
produced 134:21
  137:21
production 9:8
  130:16,25 131:3
  131:24 133:9
PRODUCTS 1:4
professional 5:23
  98:11 160:8
  188:25 189:24
professionally
  98:24
Profile 4:3,5,7,11
  10:14 11:2,25
  12:6 13:8,12
  14:7 15:2,18
  16:8 19:1,18
  23:21 39:25
  42:11 50:21
  90:10 91:12,17
  115:22 116:12
  118:3 122:11,12
  139:8
profits 88:6
prohibited 189:18
prohibition
  189:15
prompting 78:24
pronounce 158:7
proof 133:1,2
proper 137:14
  188:14
properly 59:4,6
properties 8:10
  30:13 119:14
property 8:12
  11:12 12:1,7
  15:20 16:22
  18:8,12 19:2,22
  21:11,21,22,22
  22:6,10,14 23:5
  23:6,8,13,14
  24:4,23 25:16
  25:20 26:8,14
  26:21,23 27:3,6
  27:15,21 28:5
  28:15 29:22
  30:21 33:4
  34:19 35:25

37:22,23,24
38:8,17 40:17
46:25 48:24
49:16 50:10
51:1 52:10,15
53:5 56:6,7
61:10 68:10
69:25 79:22
87:3,10,10,12
88:12,22 89:13
89:22 90:20
91:24 92:2,5,25
106:20,22
108:18,21,24
110:17 111:1
113:18 116,6,18
116:25 117:21
119:18,19,21
120:6,12 121:2
121:10,24,24
122:14,22,24
123:3,18,19
125:9 126:5
128:6,12 135:18
139:2 140:20
141:3 144:10,12
145:3 147:9,22
147:24 148:11
148:22 152:8
153:12,17
155:13 159:17
180:17 184:5,11
186:8
proud 109:22
prove 131:15
provide 9:17
  17:12 19:11
  20:7,20 24:14
  24:23,24,25
  26:1 33:21 43:2
  43:19 50:1
  70:21,22 71:18
  72:14,15 73:18
  78:14 79:18
  80:6,7 85:11,23
  96:4 115:12
  136:10 144:24
  182:11 186:11
provided 16:15
  24:17 39:9
  76:22 133:21
  156:2
provides 47:4
pull 43:24 44:1
purchase 24:14

26:1 56:25
111:8 112:3
115:11 126:4
132:11,22,24
139:1 184:19
186:10
purchased 24:3
  24:23 25:13
  26:8 27:20
  53:23 74:22
  128:6,7,14
  139:21,25
purposes 175:9
  186:24
pursuant 5:5,7
put 18:24 31:22
  77:20,22 79:4
  164:20 169:9
  173:22 174:10
puts 169:11

_____

Q

quality 95:3 96:5
  96:22
question 7:10,21
  9:11 12:4 14:9
  25:18 26:18
  36:24 37:11
  41:21 45:6
  48:25 52:20
  66:2,23 67:23
  69:17 87:7
  93:18 94:14
  95:13,23 97:16
  98:19 100:15,16
  100:17,25 101:1
  102:18,25 103:8
  103:10 104:4,16
  104:21 105:2,10
  105:20 106:4,25
  108:5,11 109:6
  110:2,20 113:21
  114:18 115:1,18
  117:18,20
  118:16,24 119:1
  121:8 122:5,7
  123:9 124:14
  125:5 130:7
  143:3,14 145:8
  149:11 150:5
  154:1,11 155:12
  157:12,19 158:2
  158:18 179:23
  182:25 185:25
questioning 99:6

100:6
questions 5:14
  21:19 53:15
  68:4 88:21
  97:15 98:22
  99:8,10 100:2
  107:3
quick 71:22
quickly 138:7

_____

R

R.S 189:5
rack 171:9
range 96:20 102:5
Ray 162:21,22
read 9:12 93:8
  102:4 103:12
  105:23
reader 86:16
readers 78:17,19
  79:13
readily 36:14
reading 5:9
reads 92:23
real 71:22
realize 79:20,21
really 75:10 76:9
  79:15 88:2,9
reason 21:9 64:4
  134:10,18 136:4
Rebekka 2:10 6:8
  107:23 136:18
rebuilt 87:21
recall 13:13 18:6
  27:8,10 29:23
  36:7 38:5 56:19
  63:5,7 80:24
  84:25 103:18
  111:5,9 112:15
  112:17 115:6,7
  126:13 127:12
  139:3 142:8
  152:15 154:4,14
  163:17 166:23
  167:4 184:22
receipt 57:5 76:5
  76:22
receipts 56:25
  57:2 76:18,24
  77:3,5 79:19
  85:16 111:7
  128:22 129:1,6
  129:14,16,18,22
  130:2,3,11,13
  135:1,2,3,11,12

135:13,17
137:16 161:3
163:11
receive 114:22,25
  115:5 155:13
received 157:23
  158:13
receiving 115:7
receptacle 36:17
  36:18 37:7
  173:20,24
receptacles 37:16
  37:20 141:17
recess 75:20
recessed 173:16
Recipient 4:16
recipient 155:21
recognize 10:19
recollection 25:22
record 7:7 15:15
  26:5,6 44:9 63:9
  71:22,23 99:19
  99:21,24 107:2
  108:3 112:1
  120:23 132:14
  134:3,6 138:9
  148:3,5 158:5
  162:5 183:16,18
  186:22 188:9
records 79:19
  111:25 134:1
  167:2 186:22
red 17:19 39:15
  42:8,14 67:3,4
refer 14:8
reference 42:3
  43:2,19 188:20
reflect 111:18
reflecting 97:17
reflects 121:2
  134:6
refrigerator 61:6
  96:18,20 102:5
  165:12
refrigerators
  60:17,18,21
  64:7
refusing 100:4
regardless 103:25
Registered 5:23
  188:25 189:24
regular 169:7
reiterate 74:7
rejected 137:12
relate 34:21 35:19

113:24 142:13
144:2
**related** 74:8
113:14 114:23
115:3 118:1
142:3,18 144:4
155:16 157:23
158:14 159:11
189:21
**relates** 1:6
**relation** 183:8
**relationship**
189:18,20
**relationships**
189:15
**released** 172:17
**releases** 4:16
155:22 156:2,12
**remediated**
153:12
**remember** 7:1
10:2 38:11
54:22 55:3
56:16 57:15
59:20 60:3
61:22,23 62:1
85:13 88:23
111:11 112:15
113:16 115:8
127:18,25 128:5
151:12 152:13
153:10,15,19
157:21 158:12
161:17 162:13
163:16,20 165:4
165:6,7,9,17
169:19 178:18
183:22,25 184:4
185:17,17,20
186:21
**remind** 141:15
**remote** 170:21
**remotely** 83:25
**render** 29:8
**renew** 29:5
**rent** 31:2
**rental** 22:17,17,23
28:17,19 30:13
87:24 88:3
**rentals** 22:20
**rented** 28:20
30:13,16
**renting** 28:22,24
**repair** 27:2 70:17
72:9 85:14

88:12,14 151:11
152:5 168:1,11
169:17 173:22
**repaired** 73:12
84:19 87:13,16
160:2 164:2,8
164:12 165:15
166:1,9,17,21
167:12,19,24
169:19 175:3
**repairing** 73:10
168:3,11
**repairs** 38:15,20
39:2,3 70:19
71:13,16 72:12
73:15 74:9
78:10,13 85:9
151:6 152:4,21
165:16 175:6
**Repeat** 69:17
115:1 122:7
182:25
**rephrase** 54:12
**replace** 55:7
59:23 60:24
62:23 63:22,24
127:6 168:18,20
**replaced** 9:23
10:7 35:13
49:12,22 53:19
54:6 55:3,5,6,9
55:12,20,21
56:12,20 57:11
59:21 60:11,20
60:25 61:5,23
62:1,14,16 63:3
63:3,7,18 64:9
64:17,17,18
65:4,22,24 66:5
73:8 80:20,22
82:10,20 84:18
84:22 85:5
152:25 153:1
160:13,13,15
161:13,22 162:1
162:3,10,25
163:1,3,15,16
164:17 165:1,2
165:5 168:8,21
171:5,6 175:19
175:24 178:2,18
178:21
**replacement**
166:24 175:20
175:21,22

**replacing** 62:21
64:7 153:3
**report** 9:25 10:5,5
10:10 33:12
82:13,17 92:18
93:6 94:17 96:7
128:24
**reported** 1:23
189:7
**reporter** 1:24
5:23 6:3 7:8
188:3,24,25
189:3,24
**reporter's** 3:7,8
188:1,15,25
**reporting** 189:8
189:19
**represent** 6:10
17:4 129:25
155:22 182:6
**represented** 14:10
134:25
**representing** 2:2
2:8 136:22
**request** 74:8
130:16,25 131:5
131:23,25 132:3
132:15 133:9,24
138:5
**requested** 9:18
131:22 132:16
136:9 138:10,16
**requesting** 130:14
**requests** 9:7
137:21
**require** 131:2
133:12 137:15
**required** 134:1
189:12
**research** 92:24
**reserved** 5:15
**reside** 126:1
140:19
**residential** 30:12
35:24 36:10
94:25 119:20
125:22
**residents** 59:19
**resist** 134:11
**respect** 186:8
**respectful** 99:15
**response** 133:21
**responses** 133:18
**rest** 149:19
**resubmit** 77:7

**result** 48:17 52:8
92:11 183:12
**review** 9:10
**reviewed** 9:13
**revisit** 134:4
136:2
**RG6** 176:17
**rid** 61:9 171:22
**right** 13:15 16:7
17:5 22:25 23:4
25:17 28:8
30:13 39:10,18
40:10 41:2 42:6
47:15 52:23
54:20 60:14
61:16 67:17,20
69:2 70:6,13,14
71:7 72:18 73:5
73:24 74:6,14
74:23 75:13
76:6,10,15,23
78:8 80:11,15
82:18 83:5 85:2
86:25 87:4 88:1
88:7,10 89:5,13
89:22 90:16,20
91:2,13,24 92:2
93:6 94:9 95:10
96:6,7,11,14
102:15 104:1
105:17 106:1
108:18,24 116:8
117:22 120:3,5
121:15,18,25
122:2,24 124:11
125:2 126:2,22
127:8 128:12,18
130:2 135:8,15
135:17 140:7,22
144:17 145:17
145:22 146:18
147:2,6,13
148:23 149:2,8
149:21 157:15
159:5,5 161:10
161:25 162:23
168:6,13 169:11
174:12,14
179:16,25 182:3
182:18 183:13
183:23 186:13
186:19
**rightful** 44:6
**Rights** 109:11,14
**Road** 6:17 22:3,6

108:15
**rom** 148:8 149:4
**Romex** 176:15
**room** 57:19 58:21
149:23 150:25
151:2,4,5 176:1
176:5
**rotten** 35:2 142:1
**RPR** 1:24 5:22
188:24 189:24
**Rule** 5:5 188:4
**rules** 5:6 131:10
137:14,15 188:5
189:12,16
**run** 29:2
**rundown** 27:1
**rveith@fishma...**
2:12

**S**

**S** 5:1
**S-2500** 168:23
**safe** 94:8
**sale** 24:2,8 26:11
139:17
**sales** 75:25 76:5,8
79:12
**Samsung** 80:8
161:13 162:21
**satin** 177:19
**save** 5:13
**saw** 36:8,20 54:19
66:4 97:4,5
102:2,2 103:13
104:12 106:15
145:18 150:16
173:19,20
**saying** 53:22
**says** 24:7 25:12
40:10 50:15
52:25 53:2 63:6
64:25 65:1,4
75:6 86:8 91:3,6
91:9 96:19,19
102:5 103:13
105:16,24 106:7
133:17 147:18
151:3 155:20
156:10 158:21
160:12 162:1,25
181:17
**Scott** 112:23
**screen** 51:25 79:3
**seal** 189:2
**sealing** 5:10

**second** 15:3 24:10
25:8 40:3,5,10
42:9 71:2 91:8
130:23 141:23
148:4,12 162:25
**SECTION** 1:5
**see** 9:8 11:4 13:25
17:20 19:6,17
19:21 20:1,16
21:1 24:21
32:10 36:18
37:19 44:17
47:24 54:20
63:21 65:3
74:13,17 76:13
77:5 83:3,4 94:1
94:22 95:2,6
97:3,8,10
113:11 116:22
120:3 123:18
129:14 141:13
145:25 149:13
151:22 154:19
156:14,24
158:21 159:14
171:9 186:4
**seen** 9:2 36:6
37:24
**sees** 96:17,18 98:1
98:2 101:25
102:7
**selection** 81:17,22
**Selectivend** 81:16
**sell** 112:8
**Semacon** 168:23
**sends** 170:13
**sent** 89:17,17
**sentence** 92:22
**separate** 163:9,12
**separates** 169:10
**separator** 169:8
**services** 189:14
**set** 75:6 148:4
189:6
**settlement** 114:23
115:3 155:14
157:23 158:11
158:14,25
**seventh** 15:7
**shack** 27:2
**shape** 101:5
**sharp** 84:12
**Sheet** 4:9,13
16:21 18:2,15
18:18 20:11

25:7 46:25 47:3
48:9 53:4
116:19 117:2,14
122:18,20 123:2
128:12 129:10
131:2,23 133:11
133:15,19
134:25 159:18
181:21
**Sheetrock** 31:4,6
31:10,15,17,18
31:23,25 32:5
34:22,23 35:13
35:20,22 40:20
41:11 48:18,21
49:23 51:17
65:19 66:10,16
67:7 79:22 80:3
85:19 87:14,20
90:3 93:22,23
93:25 106:14
110:11,14 111:4
111:8 112:3,9
112:11 113:3,9
113:12,15
115:11 119:5,12
119:14,22 120:5
120:7,15 123:15
123:16,25 124:2
124:20 125:2
127:7,10 141:6
141:8 142:13,17
142:19 144:3,5
148:18,19,19,25
150:11,18
151:15 154:25
160:17 179:20
180:25 181:1,4
183:22 184:7,12
184:16,17,19
185:6,21,22
186:3,10
**sheets** 31:6
**shift** 134:8,18
**shifting** 135:23
**Ship** 4:16 155:21
156:11
**shipped** 156:25
**shop** 27:2
**shots** 51:25
**show** 41:18 46:1,6
46:9,14,20
131:18 137:9,11
146:20 147:11
170:9

**showed** 37:6
38:25 41:14
61:3,3 170:10
173:18
**showing** 145:19
147:2 163:12
**shows** 25:25
51:15 146:17
**shut** 88:13
**shuts** 84:11
**sic** 42:10 103:21
176:3,25
**side** 33:5
**Siemen** 85:25
**sign** 17:24 18:4
21:6,8
**signature** 10:17
48:3 189:2
**signatures** 24:10
**signed** 10:14,22
11:5 15:8 16:4
16:13 17:8 19:6
20:2,16 21:9
90:23,24
**signing** 5:10
**signs** 34:19,20,25
173:17
**similar** 155:11
186:7
**similarly** 54:3
**simpler** 68:3
**single** 101:1
**sinus** 141:21
142:20 143:6,9
143:10,17
**sinuses** 143:7
**sir** 89:5 147:16
**sit** 30:4
**sitting** 41:4 149:5
**six** 58:7 84:7
148:11 172:20
176:15
**size** 71:5 72:2
**slightly** 76:4
**Slot** 79:5
**smart** 80:9
**smell** 35:2,2,16,19
35:25 94:4,6,9
141:22,25 142:5
142:12
**smelled** 35:17
**Smith** 75:4
175:15,24
**smoke** 35:8 67:11
172:18,22

**snack** 81:4,10
**soap** 77:24 86:15
**sold** 23:10,11
**solely** 160:19
**somebody** 6:20
50:12 79:2
151:19
**Sony** 161:21
162:14,21
**soon** 21:15
**soot** 35:3 36:3,11
36:15,19 37:8
37:14,21 141:17
143:23 145:19
**sorry** 9:11 18:17
21:2 25:6 29:13
52:20 62:22
64:24 67:23
104:9 112:19
114:25 115:17
129:3 139:10
140:15 154:15
163:20 175:20
184:9
**sort** 42:3 50:9
128:20 179:22
**sought** 5:17 49:10
**South** 8:18,24
12:1 15:4,20
16:9,23 21:16
21:24 23:7,17
23:22 26:15
30:21 41:6
42:22 52:10
89:13 116:7
118:7 121:3
123:6 155:12
**Southbridge** 2:4
**space** 17:1 22:18
28:17,19 31:12
31:21 32:23
33:25 34:4,14
117:13,25
118:13,20
119:10 121:10
121:14,17,25
122:1 123:8,10
123:11,13,14,20
124:7,10
**Spanish** 79:8
**speaker** 166:12
167:7 176:17
**speakers** 172:10
172:13
**speaking** 107:8,15

**speaks** 105:20
**specific** 25:25
40:19 41:8
122:13
**specifically** 5:11
11:7 93:4
138:16
**speculate** 107:1
**speculation** 107:1
109:6 110:3,21
**spelled** 188:21
**spend** 182:23
**spent** 183:9
**split** 44:12
**spontaneous**
188:11
**spot** 150:11
**springs** 179:5,7
**square** 85:24 86:4
180:6,6
**St** 1:16 2:11
**stainless** 164:11
164:23
**standard** 168:18
**start** 8:23 28:11
38:3 54:25 66:8
75:6 126:12,13
143:20
**started** 21:16 27:7
27:11,23 38:1
141:7
**starting** 68:15
160:5
**starts** 55:1
**state** 5:24 99:23
108:2 109:16
133:8 188:3,8
189:3
**stated** 96:19 140:9
**statements** 111:17
**states** 1:1 102:1
**station** 23:4,8
172:5
**stations** 77:10
172:4
**statue** 189:12
**stay** 29:22 30:9
**stayed** 29:24 31:7
**steel** 164:11,23
**stenotype** 189:8
**stipulated** 5:2
**Stipulation** 3:5
**stop** 99:1 100:3
**stopped** 150:2
179:14

storage 31:22
store 29:18,19,24
    30:8
stored 31:5,7
    51:17
story 113:1
stove 9:23 10:7
    56:11,24 57:10
    57:13 62:12
    63:3,13 82:14
    96:17
stoves 62:14,20
    63:13,16,17
    64:6
street 23:5,9 67:3
    112:22 157:15
strike 138:20
struck 126:16
    141:10
structure 26:21
    27:16
stuff 31:20,22
sub-panels 86:11
subdivision 140:3
    140:7,8,11,13
subject 91:9 92:25
submit 11:20
    16:16 52:22
    57:6 85:16
    111:10 131:5
    145:16
submitted 9:20
    10:1,4 11:2
    12:10,12,15,24
    12:25 13:13
    40:14 41:1
    50:20 51:2,5,9
    51:13,15,18,20
    52:12,13 57:2
    77:3,6 82:12,16
    83:7,9 90:10,15
    91:12,16 117:1
    117:15 128:22
    129:19,22
    135:13 139:9
    145:13 147:21
    148:10
submitting 43:12
subpanel 85:25
    86:8
subpanels 86:9
subscribe 153:8
subsequently 9:17
sued 6:19
suffered 52:8

159:11
sufficient 96:4
Suite 2:5
supervision 189:9
supplemental 4:4
    4:6,8,12 11:1,24
    15:2 16:8 19:18
    23:21 39:25
    42:11 50:21
    116:12 122:12
    128:24 139:8
supplied 111:4
    127:10,25
    183:22
supplier 4:16
    128:1 155:20
    156:3
supplies 86:7
supporting 56:25
    76:22
sure 7:4,24 14:13
    14:22 25:2 26:3
    31:24 32:5
    33:19 37:11
    39:11 41:20
    44:5 49:23 50:3
    53:16 56:21
    62:10 70:23
    71:20 73:4
    75:19 77:2,8
    78:16 83:13
    85:22 109:21
    115:13,16
    127:22 128:3
    129:2,4,5
    131:16 132:6
    134:6 135:21
    146:16 163:2
    174:22 182:13
    184:1
surrounding
    41:18
surveillance 10:8
    82:4,7,14,21
    84:1
suspend 136:1,6
switch 84:13
switches 172:6
sworn 6:2 188:8
    189:5
symptoms 113:11
    141:9,11,16
system 10:8 38:16
    38:21 39:4,5
    77:15,16,25

78:2 79:1 82:4,7
    82:15,22 83:19
    83:23 84:1,2,4
    85:4 86:5 97:19
    151:7 152:22
    166:12 167:7
    174:2,3,4 176:9
    176:11 178:13
    179:16 180:8,12
systems 97:20

_____

**T**

T 4:1 5:1,1
tab 10:12,13 11:1
    11:1 12:2,5
    13:17,19,19,20
    13:24 14:2,3,5
    14:23 15:1,14
    15:17 16:7,20
    17:17,17 18:14
    18:17,19,25
    19:16,16 20:10
    21:1 23:18 25:4
    25:4 39:12,13
    40:7,9 42:6,14
    43:8 46:23
    50:15,16 52:24
    89:4,5,7 90:7,8
    90:9 115:20,24
    116:2,13 128:9
    128:9 139:6,7
    139:10,14 146:2
    146:3,4,5
    147:12 181:12
take 7:17,18,20
    9:5 36:17,21
    37:16,20 41:13
    41:17,21 42:2
    43:1 48:14,22
    49:18,25 50:5
    68:16,21 144:22
taken 1:15 5:5
    43:14,18 51:12
    75:21 147:24
    188:8 189:4
takes 78:2
talk 14:6 23:12
    51:21,24 130:24
    132:9 178:6
talked 142:5
    174:24
talking 34:7,11
    62:20 106:8
talkovers 188:14
tarnish 58:1,3

tarnished 58:17
    59:3 64:3
    173:18 174:7
tax 75:25 76:5,8
    79:12 175:9
    186:24
TD 74:1,4
tear 150:9
tell 13:17 32:2
    56:8 67:2 69:6
    79:4 83:21 97:9
    124:21,22
    164:15 166:24
    168:7 178:17
telling 66:19
    97:12,13 108:1
    160:21 184:24
ten 84:8 114:15
    153:22 154:3
tenant 29:11,14
    29:17,24 30:1
    30:11
tenants 35:25
    36:9,11 37:15
    59:12 87:25
term 29:1
test 97:3
testified 6:4 61:2
    106:15
testify 67:9 97:21
    98:5 184:10
    189:5
testimony 8:2
    121:20 188:8
    189:7
thank 83:12
    140:18 187:3,6
    187:10
thereof 5:16
Thermador
    164:10,22
    165:11,19
    176:24 177:5,12
    177:22,24
thing 36:9 42:7
    76:14 79:17
    142:21 166:25
    184:24 185:1
things 7:3 84:22
    120:17,22
    186:17
think 10:9 13:18
    14:10,19 22:7
    27:7,9 29:1,4
    30:5 37:6 48:12

49:22 52:11
    54:19 55:9
    56:21 62:15
    82:11,20 96:1
    106:20 109:18
    111:5 112:22,23
    113:1 117:9,10
    117:18,20 118:5
    120:14 130:19
    134:13 135:22
    145:17 151:3,4
    151:20 152:9,19
    154:3 161:4
    163:6,8 164:5
    164:16 166:2,18
    166:22 168:17
    171:4,5,6
    178:19 179:22
    180:1 182:10
    183:11,17,20,24
    183:25 184:16
    185:13
third 9:6 10:16
    16:4 19:5 72:3
    89:16 90:13
    91:8 94:23
    157:5 182:15,16
thought 30:25
    34:8 77:6
    188:13
thousand 172:20
    176:16
three 12:8,10,12
    12:14,15 13:7
    13:10,11 14:18
    28:3 29:3 30:1
    35:14 44:12
    54:4 57:18
    58:20 59:7
    60:16 61:24
    62:11,25 63:13
    63:16 85:3,25
    86:3,8,9 132:17
    175:14
threw 82:24
thrown 65:4
Thursday 33:14
    33:15 67:9
    106:12
till 29:25 31:8
    167:1
time 5:15 7:17
    13:11 21:15
    28:20 35:18,18
    36:8 49:10

53:23 73:11
75:20 85:2 99:5
99:12 101:3,19
113:4 117:12
123:5 127:5
137:19 141:19
141:21 151:10
151:16 154:19
158:24 159:4
164:8 185:21
187:4
**times** 12:11,12,15
13:10 100:18
105:2 112:16
168:8 178:20
185:2
**titled** 92:20
**today** 8:2 28:15
41:4 68:10
149:5
**told** 31:11 35:9
67:10 92:9
108:13 113:1
121:7 124:25
141:4 152:14
171:5,14 186:20
**top** 11:11 31:20
31:23 32:11
96:22 156:7
177:13,23
**Toshiba** 80:16
**toss** 168:2,5,9
**tossed** 178:1
**total** 53:24 58:8
58:21 59:8
60:17 61:15
62:12 69:13
71:1 72:1,22
73:19 78:18
162:23 170:2
172:19 176:18
180:16
**touch** 79:3,3
172:2
**touches** 126:19
**track** 80:1 167:3
168:21
**Trane** 173:8
**transcribed** 189:8
**transcript** 109:22
188:18 189:1,9
189:11,11
**transcription**
188:15
**Transmittal** 93:5

93:9,12
**travel** 123:17
124:2
**tried** 109:12 137:9
**trim** 172:18
**true** 189:9
**truth** 164:15
**try** 44:4 92:6 99:9
134:8
**trying** 95:23 97:9
99:3 150:10
185:24
**Tuesday** 1:18
**Tulane** 112:22
**turn** 11:4 16:3,9
16:20 17:3,16
18:24,25 19:5
19:15 20:10,14
25:3,4,7 39:12
43:8 50:14
76:12 89:11,16
90:6 92:17 94:6
94:16 141:24
142:6 147:16
155:24 156:5
181:12,20
182:15
**turning** 10:12,25
142:1
**TV** 80:9,10,16
83:24 96:25
97:1,2 98:2,3
113:25 153:7
161:13,15,22
162:8,14
**two** 8:9,10 10:9
18:10 28:2 30:1
30:10 38:24
47:5 49:14
55:12,17 61:24
68:17 77:9
82:20 85:3 86:7
86:8 142:9,22
152:8,10 162:22
169:16,25
170:18,19 173:7
180:6
**two-page** 68:22
**two-ton** 68:7
**type** 152:5

___U___

**U** 5:1
**Uh-huh** 11:20
14:16 23:20

39:19 42:1,13
42:16 47:2
60:23 63:23
68:20,22 69:3
69:19 77:1
79:25 94:19
96:8 117:23
128:25 156:13
157:7 171:15
**unclear** 104:22,25
**understand** 7:13
8:4,10 41:20
48:25 67:15
80:4 88:16,19
93:13 97:8
104:16 136:23
160:6,18 180:16
**understanding**
49:3 51:11
54:12,15 70:11
160:10 186:15
189:10
**understood** 14:13
166:18 184:10
**unfortunately**
168:22
**unit** 11:10,13,25
14:20 15:4
16:10 23:22
40:1,11,16,23
41:2,6 42:12,22
42:25 43:1,3,14
43:20 45:8
55:17,19,20,20
60:11 61:4 65:8
74:20 95:4
144:18
**UNITED** 1:1
**units** 11:8 12:14
22:18 32:8 35:2
38:22,23 43:17
48:24 49:6,15
50:20 53:18,20
53:24 54:1,4,8
54:13,16 55:7
56:2,24 64:21
65:1,2,13 68:8,9
74:21 84:3
94:25 116:13
117:22 122:13
173:8,11 174:23
**unnumbered**
20:15
**uploaded** 12:24
**upstairs** 149:21

**Urban** 29:18,24
30:8
**usable** 173:20
**use** 58:18,23 59:9
60:19 61:19
62:13 70:3,5
71:10 72:7 73:2
75:2 77:23
107:15 125:2
141:23 159:22
159:24 175:11
183:1 186:25
**USI** 81:4,10
**usually** 175:10
**utilize** 28:14

___V___

**V** 2:4
**V-0600** 78:23
**vacant** 29:22
30:10
**vacate** 88:11
**vacuum** 176:9,11
**valid** 189:1
**value** 53:22 77:9
79:7 106:22
108:23 109:3
110:17 131:14
131:16,19
161:14 180:22
180:23 181:8,10
182:20,22 183:4
183:11
**valued** 92:1
108:17
**values** 182:17
**Veith** 2:10 3:11
6:5,8 12:18 13:2
13:6 14:4 15:16
25:11 26:4,7,19
33:11 37:10
44:2,10,23 45:7
45:12,19,25
46:8,16,22
47:19,25 48:2,6
52:21 53:12
66:17 67:14
68:2 69:10
71:24 75:18,22
87:22 88:20
94:3,15 95:20
98:9,14,18,23
99:14,16,18,22
100:9,19 101:6
101:15 102:8,13

102:20 103:2,24
104:14 105:5,15
105:25 106:19
107:6,13,22,23
108:6,16 109:20
110:7,24 114:1
114:10,14,21
115:23 116:5
118:21,25 119:7
122:8 124:24
125:18,23 130:8
131:12 132:5,10
132:19 133:5
134:12,17,22
136:7,13,15,19
138:19,22,25
143:8,18 145:12
148:2,6,14
149:15 150:20
154:6,12 157:13
157:20 158:3
159:1,9 183:15
183:19 187:2,7
**Vend-Rite** 86:15
**vending** 81:5,11
81:17,23 84:13
86:16,19
**vent** 176:24 177:1
**verbal** 158:4
**Verification** 4:10
4:14 17:22,24
18:5,17,20 21:4
133:16
**verified** 32:25
124:19 133:14
188:20
**verify** 18:6 133:17
**versus** 1:8
**video** 51:16,20,25
148:12,13,15
**videoed** 52:3
**visible** 36:14
96:12,16 178:24
179:25 180:3
**visibly** 96:12
**visual** 97:5,6,24
101:22 103:22
**visually** 96:24
108:21 109:2
**voice** 78:24
**VPS** 78:23 79:9
**VTR1400Q** 177:6

___W___

**wait** 7:9

**waive** 109:13
**waived** 5:11
109:10
**wake** 141:20
**wall** 37:17,21
169:5
**walls** 32:19,23
33:1,17 34:1,14
123:17,20,24
124:7
**want** 31:11,12
39:9 43:23
68:16,18 79:6,6
79:17 83:11,20
83:21 95:23
98:4 99:13
101:8 115:25
131:4 150:14
170:8 174:16
183:21
**wanted** 160:2
168:5 173:12
**wants** 50:12,13
**Wascomat** 69:12
70:25 71:25
72:21
**washer** 71:6 72:2
77:23 86:6,6
**washers** 69:12,24
70:2,25 71:9,12
71:25 72:7,18
73:1
**washing** 68:23
69:15 71:2 75:8
76:20 121:15
163:14,22
**wasn't** 28:7 34:22
51:22 66:10,11
80:1 93:21
102:11 103:20
105:1,2 106:8
117:4 124:25
**waste** 99:4,12
101:3
**water** 74:11,16
94:7 95:4
126:25 141:25
142:2,6 151:23
152:8,12,16
175:15,16
**way** 48:1 76:8
101:5 106:6
109:7 170:12,16
181:23,24,25
184:11,18 186:3

**we'll** 7:16 8:23
14:5 18:15
51:21,24 133:24
136:1 147:22
156:17
**we're** 10:11 14:18
18:13,22 34:7
39:24 51:19
53:13 107:2
121:2 123:19
129:11 134:1
136:5 147:20
**we've** 134:10,20
137:24 138:3
**wearing** 186:6
**website** 120:25
**week** 33:1,4
**welcome** 101:7
**well-beyond**
131:7,9
**well-known** 67:5
**went** 34:13 88:23
93:20 97:4,9
101:21,23
103:21 106:12
112:16 113:9
116:10 122:19
135:10 141:7
170:9
**weren't** 74:22
**wheel** 176:2
**Whirlpool** 57:9
60:16 63:2,6
163:14 175:16
175:19,22
**wife** 10:15 18:11
**WILKINSON** 1:9
**windows** 120:3
**wire** 58:6 176:16
176:17,17,17
**wires** 50:9
**wiring** 36:16,21
58:16 59:2,3
64:2,3 70:10
146:17 152:23
174:4,6 176:19
**witness** 5:25
13:23 33:8
36:25 37:4 45:5
45:17 46:5,13
46:18 47:21
53:9 66:3,24
67:24 69:8 87:8
93:19 95:14
101:20 102:10

103:9 104:5,10
104:24 105:11
105:22 106:5
108:4,12 110:22
113:22 114:8,12
114:19 118:17
118:23 119:2
121:4 122:6
124:15 125:6,20
130:20 143:4,15
145:9 149:12
150:6 154:2
158:19 159:3
187:5,9
**woman** 103:19
**word** 110:13
**words** 100:11,11
188:17,19
**work** 7:16 22:12
59:4,5,6,17
70:14 83:3,4
85:14 127:24
130:10 171:25
173:21 179:4,6
179:11
**worked** 49:5
84:17,19
**working** 68:12
70:15 72:19
73:8,9 74:2,3,6
78:8,9,21 79:10
80:13 81:8,14
81:20 82:1
83:18 84:16
85:5 86:11,13
86:22 97:2 98:3
163:25 165:13
165:24 166:7,15
168:4 169:14
170:17 171:3,19
171:21 172:8,15
172:24 173:5,14
174:13,14,16,18
174:19,20 175:1
176:7,13,22
177:3,10,16,25
178:16 179:14
180:14
**works** 7:2
**worth** 92:15
168:3,11
**wouldn't** 13:16
67:25
**writes** 98:1
**writing** 17:18,20

17:21 21:1
148:17
**wrote** 54:5 95:3

**X**
**X** 3:1 4:1,1
**Xchanger** 77:9
79:13
**Xchangers** 77:18
77:18 78:24
79:9

**Y**
**y'all** 23:24
**yeah** 6:25,25 9:9
9:19 17:7,11
20:13 21:2
23:11 25:19
32:3,10 33:5,9
37:18 43:9 48:7
49:17 51:14
61:8 62:24 63:2
63:11,19 65:9
65:11 70:20
74:18 76:7,16
80:17 83:21
85:8,20 88:25
89:4,14 90:12
90:14,17 91:20
92:16 93:7 94:6
97:7 104:25
123:4 127:3,17
129:12,16,20
130:21 132:6
135:19 140:17
144:23 145:1,14
145:23 146:10
146:11 148:21
148:24 153:21
155:6 156:15,20
157:5 159:20,21
161:1,2,9 162:1
162:18,24 163:5
165:4 168:12
170:5,18,25
171:4,12,18,20
173:9,12 174:14
174:22 178:5,8
178:9,12 179:8
185:14,17
**year** 55:10,11,11
60:6 61:1,7
142:9,9,21
169:22,22,23
**years** 29:3 30:1,10

60:8,10 62:4
80:25 84:21
85:4 111:25
114:4,15 136:21
153:20,22 154:3
154:8 161:19
162:16,17,20
163:18 165:8
**yellow** 23:25 24:1
139:11,13,15

**Z**
**zoomed-in** 45:13

**0**
**04** 27:10

**1**
**1** 3:3 4:2 10:12
47:4 53:17
56:23 64:22
65:1,3,7 146:7,8
157:3 160:5,7
166:4 182:2
**1,000** 176:15
**1,015,000** 182:18
**1,200** 80:18
162:23 163:22
**1,205** 163:7
**1,225** 162:23
**1,250** 170:2
**1,400CFM** 177:5
**1,450** 164:24
**1,500** 161:22
**1,532.94** 176:25
**1,558.40** 176:10
**1,930** 69:12
**1.1** 128:17 132:24
182:21,23
**10** 4:2,3,11 17:3
19:15 20:14
43:9 61:14 64:6
64:8,12 81:16
166:12
**10-ton** 173:8
**10,179.59** 76:2
**10,530** 165:12
**100** 31:6 74:10
**11** 4:4,12 62:11,18
62:25 63:13,20
63:24 69:11
71:12 139:7
166:11
**11,000** 76:7
**11:00** 84:8,11

**112,000** 25:14
**112,500** 25:21
**11th** 1:18
**12** 4:13 20:25
  64:20,22,23,25
  65:12 86:15
  127:2 128:8
  146:5 147:13
  150:23 167:6
  181:15 182:7
**12,480** 78:18
**12,800** 64:22
**12/2** 176:15
**13** 4:14 21:14
  39:16 40:15
  42:15 68:7
  81:22 84:21
  89:2 111:24
  156:19,22,22,24
  157:1,22 158:9
  158:22 167:15
**14** 4:5,15 52:25
  53:1,2,3,10,10
  68:15 69:11,16
  69:18 76:18
  122:20 134:24
  149:5 159:17
  167:21
**14-cv-2722** 1:10
**1434** 188:6 189:16
**149** 4:15
**15** 4:6,16 70:16,24
  155:18 156:18
  157:3 168:23
**15,864.22** 83:14
**150** 58:8
**155** 4:16
**15th** 91:10
**16** 4:7,8,9 10:15
  71:25 169:16,25
**16th** 90:16,18,23
  90:24
**17** 72:21 170:19
**17th** 181:18
**18** 4:10 73:18
  120:18 171:8
**18,220** 71:1
**18,250** 180:8
**188** 3:7 189:6
**189** 3:8
**19** 4:11,12 69:12
  74:9 172:2
**19-inch** 167:7

**2**

**2** 3:4 4:3 5:5
  10:25 11:11
  14:9,11 15:25
  16:9 19:21 48:8
  56:23 90:9,12
  115:19 116:1
  118:4 121:1
  146:4,8 147:14
  147:15 150:23
  157:3 181:16
**2-ton** 54:4
**2,138** 72:22
**2,200** 164:11
**2,250** 59:8 169:1
**2,370** 62:13
**2,463.70** 177:13
**2,500** 81:5 170:3
**2,550** 60:18
**20** 4:13 75:5
  172:10
**20,800** 53:23
**200** 57:20 86:8,8
**200-amp** 85:25
  86:9 180:6
**2000** 126:6
**2002** 23:14 24:9
**2003** 126:7
**2004** 27:24
**2005** 27:9,23
**2006** 22:24 28:1,1
  30:25 69:2 70:6
  79:24 84:20
  111:23,24,24
  186:1
**2009** 181:18 182:5
**201** 1:16 2:11
**2011** 181:18
**2013** 30:3
**2014-ish** 30:3
**2015** 10:15 22:7
  30:23 31:8
  79:22 85:19
  89:18 90:16,19
  117:6,7 118:11
  118:19 119:10
  142:18 167:1
**2018** 65:10 117:8
  117:11
**2019** 1:18 82:17
  116:25 117:15
  129:9
**2047** 1:4
**21** 4:14 75:23
  172:17
**21,230** 69:13

**21,392** 72:1
**210** 61:15
**2100** 2:4
**22** 77:9 173:1
**22,500** 173:10
**22,590** 77:12
**229** 167:22
**23** 78:17 173:7
  174:24
**231,600** 180:18
**231,668.65** 180:18
**24** 78:23 81:4 82:4
  175:14
**24-inch** 166:12
**25** 79:12 94:16,18
  176:1
**250** 167:16
**26** 80:8 94:19,21
  176:9
**260** 58:21
**267** 176:16
**27** 80:15 176:15
**279,000** 128:7,14
**27th** 181:18
**28** 81:4 176:24
  188:5
**28,250** 86:2
**285** 170:20
**28th** 89:18 91:4
**29** 81:10 177:5
**29,258.97** 172:4
**2nd** 69:2

**3**

**3** 4:4 10:13,18
  11:24,24 13:19
  13:24 14:3 19:1
  39:14,24 40:15
  47:12,20 50:15
  56:11,23 62:19
  85:24 86:3 90:7
  90:8,9 115:20
  115:24 116:2,11
  147:17,18 157:3
**3,200** 54:5 68:8
**3,277.21** 176:18
**3,279.42** 79:13
**3,555.76** 177:19
**3,600** 175:17
**3,644** 70:25
**3,800** 74:14 167:8
**3,913.10** 81:11
**30** 5:5 81:16
  177:12
**30-inch** 62:11

**300** 170:1
**30x30** 74:5
**31** 81:22 177:18
  178:23
**312** 78:18
**313,355.72** 86:25
**31st** 24:8
**32** 81:10 82:3,3
  178:3
**32,914** 73:20
**33** 82:25
**34** 85:12,23
  179:22
**35** 86:15 160:7
  180:5
**35209** 2:5
**36-inch** 176:24
**37:2554** 189:5
**39** 178:4
**399** 166:4
**3PH** 69:12 70:25

**4**

**4** 1:14 3:5 4:5
  8:17 11:1 14:6
  14:11,25 15:25
  19:2,16,22
  20:11 21:11
  23:18,19 39:12
  39:13 57:9
  62:19 63:19,22
  92:17 115:15
  116:13 118:5
  125:24,25 139:6
  139:7,10,21
  140:22 146:13
  147:21 148:10
  149:1,7 151:7
  154:20 157:3
  159:11 163:14
**4-ton** 53:17 64:25
  65:2
**4,114** 73:19
**4,200** 86:17
  166:13
**4,800** 81:23
**4,898** 81:17
**40** 78:17 179:24
**40-gallon** 74:11
  74:16
**400-amp** 85:24
  86:4,7 180:5
**42-inch** 80:15
**45,312** 178:4
**450** 57:10 58:9

**4500** 22:3 108:15
**46th** 1:16 2:11
**499** 78:24
**4Megapixel** 82:5
**4x12** 31:6

**5**

**5** 3:6 4:6 12:2,5
  13:17,19,20
  14:2,5,23 15:14
  20:10 23:18
  25:12 42:7
  57:18 116:11
  128:9,13 146:2
  146:3,4,5
  147:12 157:3
  163:21 176:17
  181:12,14
**5,200** 53:18 64:21
  65:1,2
**5,348** 72:1
**5,670.26** 172:20
**5,899** 165:21
**5,983.96** 176:4
**50** 74:1
**50-gallon** 175:14
  175:16
**500** 172:20
**55-inch** 80:8
  161:12,21
  162:14
**569** 170:21

**6**

**6** 3:11 4:7 15:1,14
  16:3 42:6,10
  58:7 116:13
  118:5 128:9,10
  155:24 156:5,6
  156:9 164:10
**6,193.17** 172:11
**630** 61:15
**643.36** 179:24
**650** 2:5 80:9
**650,000** 92:2,15

**7**

**7** 4:8 11:4 15:17
  16:12,20 20:1
  43:9 116:11
  156:6 164:22
**7,000** 75:7
**7/27/2011** 182:3
**70** 177:6
**70001** 1:15

**70118** 16:24 123:7
**70126** 22:4
**70170** 1:17 2:12
**711** 177:6
**711.70** 177:7
**750** 59:8
**780** 58:22
**790** 62:12

**8**

**8** 4:9 16:7 18:14
  18:19 25:5 43:8
  46:24 48:8
  50:15 53:4 59:8
  64:6,8,11 89:2,3
  89:4,6,9 116:13
  122:21 165:11
**8,552** 72:22
**8,750** 82:6
**850** 60:17
**8733** 23:9
**88024** 189:24
**8807** 8:18,24 15:4
  15:20 16:9,23
  23:7,17 26:15
  30:21 41:6
  42:22 52:10
  89:13 116:7
  118:7 121:3
  123:6

**9**

**9** 4:10 16:20 17:6
  18:15,20 20:15
  25:4 46:23 47:1
  60:16 64:6,8,11
  89:4,6,7,8
  165:19
**9,056.69** 173:2
**9,565.13** 171:16
**950** 161:14