UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 SECTION "L" |
| This document relates to: Case No. 20-cv-3264 | JUDGE ELDON FALLON MAGISTRATE NORTH |

## O R D E R

Considering the Knauf Defendants' Motion for Leave to File Excess Pages;

**IT IS ORDERED** that the motion is GRANTED and it is allowed to file its Opposition to Plaintiffs' Motion in Limine with three (3) excess pages.

New Orleans, Louisiana, this __8th__ day of March, 2023.

_____
HONORABLE ELDON E. FALLON

3