# PHILIP A. ADAMS

Phone: Office Main (954) 524-5678
Office Direct (954) 769-8462
Cell (954) 812-0524
padams@mosscm.com

Main Office: Moss & Associates
2101 N. Andrews Avenue
Fort Lauderdale, FL 33311

Satellite Office: Moss & Associates
1401 NE 26 Street
Fort Lauderdale, FL 33305

Home: 125 SE 16 Ave.
Apt #2
Fort Lauderdale, FL 33301

## EDUCATION

**Kansas State University**  1975 - 1976
Undergraduate Studies

**Broward College - AA Degree**  1976 - 1977

**Florida Atlantic University**  1977 – 1978
Business Administration Studies

## LICENSES / REGISTRATIONS

**State of Florida General Contractors License**  March 7, 1980 to Current
License Number CGC016231

**Basic Adjusting 101**  August 16, 2010
Florida Provider #365820
Texas Provider #33304

**Adjuster Principals and Ethics Through Xactimate**  August 19, 2010
Florida Provider #365820
Texas Provider #33304

**Certified Green Mold Remediation Contractor**  March 29, 2009

**Certified Green Indoor Air Quality Specialist**  March 29, 2009

EXHIBIT 7

Adams - 1

EMPLOYMENT HISTORY

**Sea Ranch Properties, Inc.**                                      1978 - 2006
312 SE 17 Street
Suite 300
Fort Lauderdale, FL 33316

**Single Family Home Projects – Total Number of Units 2844**
Rolling Hills Lakes Estates – Project Superintendent – Units 130
Oak Knoll I – Project Manager - Units 125
Oak Knoll II – Project Manager - Units 125
Greens Pointe – Project Manager – Units 54
Verona Lakes – Project Manager – Units 110
Forrest Ridge – Purchasing Manager – Units 2300

**Condominium Projects – Total Number of Units 1440**
Sea Ranch Club of Fort Lauderdale A Bldg. - Owners Representative – Units 265
Sea Ranch Club of Fort Lauderdale B Bldg. - Owners Representative – Units 184
Sea Ranch Club of Fort Lauderdale C Bldg. - Owners Representative – Units 265
Sea Ranch Club of Boca A Bldg. – Owner Representative – Units 125
Sea Ranch Club of Boca B Bldg. – Owner Representative – Units 125
Sea Ranch Club of Boca C Bldg. – Owner Representative – Units 125
Sea Ranch Club of Boca D Bldg. – Owner Representative – Units 124
Sea Ranch Club of Boca Townhomes – Owner Representative – Units 15
Las Olas Grand – Owner Representative - Units 212

**Moss & Associates**                                               2006 to Present
2101 N. Andrews Avenue
Fort Lauderdale, FL 33311

**Condominium Projects – Total Number of Units 2514**
Downtown Dadeland – Project Manager – Units 416
Colonnades 1 & 2 – QA / QC Manager – Units 288
Tao – QA / QC Manager – Units 396
City Place South Tower – QA / QC Manager – Units 380
The Ivy – QA / QC Manager – Units 504 Units
The Mint – QA / QC Manager – Units 530

**Other Projects**
University of Miami – Biomedical Research Building – QA / QC Manager
University of Miami - Central Energy Plant & Parking Garage – QA / QC Manager
Seminole Hard Rock Hotel & Casino Class III Upgrade – Project Manager

**Chinese Drywall Remediation Program – 2010 to Present**
Knauf – MDL No. 2047 – Senior Project Manager

Adams - 2

- 2210 Option 1 Program Home Remediations – 5 States (FL, LA, TX, MS and AL)
  - Review Xactimate Estimates and Protocol
  - Subcontractor selections
  - Permits
  - CELSS (Cost Estimate Lump Sum Submission / Final Cost Estimate)
  - Supervised remediation process
  - Attended all Monthly Status Conferences
  - Direct contact with the Program Ombudsman
- 616 Option 1 Program Condominium Unit Remediations 2 States (FL and AL)
  - Site visits to determine logistics.
  - Supervised remediation process
- 362 ARH Reviews
  - Review Remediation Costs and Protocol

Knauf – Bennett Claimant ARH & Non-ARH Claims – Senior Project Manager
- 98 CDW Home Inspections and Xactimate Estimates – 5 States (FL, LA, TX, MS and AL)
- 15 ARH Reviews

## TESTIMONY LAST 4 YEARS

MDL No. 2047 Deposition and Trial Testimony

## COMPENSATION

$350.00 per hour

Adams - 3