UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | JUDGE ELDON E. FALLON |
| RELATES TO 2:20-CV-03264 | MAGISTRATE MICHAEL NORTH |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT** come Defendants, Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd. f/k/a Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), who move to enroll Rebekka C. Veith (La. Bar No. 36062) of the firm Fishman Haygood, LLP, 201 St. Charles Avenue, 46th Floor, New Orleans, LA 70170; telephone (504) 556-5545 as additional counsel of record for Defendants.

**WHEREFORE**, Defendants, Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd. f/k/a Knauf Plasterboard (Tianjin) Co., Ltd., pray this Honorable Court issues an order enrolling Rebekka C. Veith (La. Bar No. 36062) of the firm Fishman Haygood, LLP, 201 St. Charles Avenue, 46th Floor, New Orleans, LA 70170; telephone (504) 556-5545 as additional counsel of record for the Knauf Defendants.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
**REBEKKA C. VEITH (#36062)**
**MICHAEL R. DODSON (#37450)**

201 St. Charles Avenue, Suite 4600
New Orleans, LA  70170
Telephone:   504.556.5549
Facsimile:   504.949.8202
Email:       kmiller@fishmanhaygood.com
Email:       pthibodeaux@fishmanhaygood.com
Email:       ddysart@fishmanhaygood.com
Email:       rveith@fishmanhaygood.com
Email:       mdodson@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf New Building System (Tianjin) Co. Ltd.*
*f/k/a Knauf Plasterboard (Tianjin) Co., Ltd.*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 9th day of March, 2023, I electronically filed the foregoing pleading using the CM/ECF System, which will send notice of the electronic filing to all counsel of record.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**