**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| | **JUDGE ELDON E. FALLON** |
| **RELATES TO 2:20-CV-03264** | **MAGISTRATE MICHAEL NORTH** |

**O R D E R**

Considering the foregoing Motion to Enroll Additional Counsel of Record;

**IT IS ORDERED** that Rebekkah C. Veith (La. Bar No. 36062) of the firm Fishman Haygood, LLP, 201 St. Charles Avenue, 46th Floor, New Orleans, LA 70170; telephone (504) 556-5545 be and are hereby enrolled as additional counsel of record for Defendant, Autoliv ASP, Inc.

New Orleans, Louisiana, this _____ day of March, 2023.

_____
**HONORABLE ELDON FALLON**