# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | JUDGE ELDON E. FALLON |
| RELATES TO 2:20-CV-03264 | MAGISTRATE MICHAEL NORTH |

## O R D E R

Considering the foregoing Motion to Enroll Additional Counsel of Record;

**IT IS ORDERED** that Rebekkah C. Veith (La. Bar No. 36062) of the firm Fishman Haygood, LLP, 201 St. Charles Avenue, 46th Floor, New Orleans, LA 70170; telephone (504) 556-5545 be and are hereby enrolled as additional counsel of record for Defendant, Autoliv ASP, Inc.

New Orleans, Louisiana, this 10th day of March, 2023.

**HONORABLE ELDON FALLON**