UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** |
| | **SECTION "L"** |
| **This document relates to:** | **JUDGE ELDON FALLON** |
| Case No. 20-cv-3264 | **MAGISTRATE NORTH** |

**KNAUF DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE CERTAIN EVIDENCE**

Defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants") respectfully move this Court for leave to file a reply memorandum in support of their Motion *in Limine* to Exclude Certain Evidence (Doc. 23359). In support, the Knauf Defendants submit that the reply will assist the Court in resolving the Motion *in Limine*

WHEREFORE, the Knauf Defendants request that this Court grant their Motion for Leave to File Reply in Support of Motion *in Limine* to Exclude Certain Evidence and enter an order directing that the attached reply be filed into the record. The Knauf Defendants further request any additional relief deemed just and appropriate.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

*/s/ Daniel J. Dysart*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
**REBEKKA C. VEITH (#36062)**
**MICHAEL R. DODSON (#37450)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:   504.556.5549
Facsimile:   504.949.8202
Email:   kmiller@fishmanhaygood.com
Email:   pthibodeaux@fishmanhaygood.com
Email:   ddysart@fishmanhaygood.com
Email:   rveith@fishmanhaygood.com
Email:   mdodson@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf New Building System (Tianjin) Co. Ltd.*
*(f/k/a Knauf Plasterboard (Tianjin) Co., Ltd.)*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 14th day of March, 2023.

*/s/ Daniel J. Dysart*
**DANIEL J. DYSART**