# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** |
| | **SECTION "L"** |
| **This document relates to:** | **JUDGE ELDON FALLON** |
| Case No. 20-cv-3264 | **MAGISTRATE NORTH** |

## ORDER

CONSIDERING the Motion for Leave to File Reply in Support of Motion for Partial Summary Judgment filed by Defendants, Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd.;

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Reply attached to the Motion is hereby filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
HONORABLE ELDON E. FALLON
U.S DISTRICT COURT JUDGE