# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| This document relates to: | JUDGE ELDON FALLON |
| Case No. 20-cv-3264 | MAGISTRATE NORTH |

## ORDER

CONSIDERING the Motion for Leave to File Reply in Support of Motion *in Limine* to Exclude Certain Evidence filed by Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that the Reply attached to the Motion is hereby filed into the record.

New Orleans, Louisiana, this 14th day of March, 2023.

_____
U.S DISTRICT COURT JUDGE