UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 09-2047 SECTION "L" |
| This document relates to: | JUDGE ELDON FALLON |
| Case No. 20-cv-3264 | MAGISTRATE NORTH |

**MOTION FOR LEAVE TO FILE**
**REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING APPLICATION OF THE COURT'S "GENERAL FINDINGS" IN ITS APRIL 21, 2017 FINDINGS OF FACT & CONCLUSIONS OF LAW (Rec. Doc. 20741) FILED BY PLAINTIFFS, JAWAD & FATME GHARIB (Doc. 23361) AND TO EXCEED THE PAGE LIMITATION**
<u>**AND INCORPORATED MEMORANDUM IN SUPPORT**</u>

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Jawad Gharib and Fatme Gharib, and respectfully move this Court to permit them to file their Reply Memorandum in Support of Motion For Partial Summary Judgment Regarding Application of the Court's "General Findings" in its April 21, 2017 Findings of Fact & Conclusions of Law (Rec. Doc. 20741) Filed by Plaintiffs, Jawad & Fatme Gharib (Doc. 23361), which is necessary in order to provide explanations and responses to the Defendants' Opposition (Doc. 23370), and to assist the Court in understanding the pertinent legal and factual issues and to provide clarity as to scope of plaintiffs' requests.

Plaintiffs' proposed reply is approximately 1 page in excess of the 10-page limit. Plaintiffs tried to be as concise and brief as possible, but are responding to a memorandum in

1

opposition filed by Defendants, which is 25 pages long.  Accordingly, Plaintiffs move to exceed the 10 page limit, as set forth in LR 7.7, by 1 additional page.

                                          Respectfully submitted,

                                          CRULL, CASTAING & LILLY

                               BY:*/s/ Peter E. Castaing*        .
                                          Edward J. Castaing, Jr. #4022
                                          Peter E. Castaing, #35019
                                          Pan American Life Center
                                          601 Poydras Street, Suite 2323
                                          New Orleans, LA 70130
                                          Telephone: (504) 581-7700
                                          Facsimile: (504) 581-5523
                                          pcastaing@cclhlaw.com

                                          *Counsel for Jawad Gharib and*
                                          *Fatme Gharib*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 15, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

                                           /s/ *Peter E. Castaing*
                                              Attorney