# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 09-2047 SECTION "L" |
| This document relates to: | JUDGE ELDON FALLON |
| Case No. 20-cv-3264 | MAGISTRATE NORTH |

## MOTION FOR LEAVE TO FILE
## REPLY MEMORANDUM IN SUPPORT OF MOTION *IN LIMINE*
## TO EXCLUDE THE EXPERT TESTIMONY AND REMEDIATION COST
## ESTIMATES OF DEFENSE CONSULTANT, PHILLIP A. ADAMS (Doc. 23363)
## AND TO EXCEED THE PAGE LIMITATION
## AND INCORPORATED MEMORANDUM IN SUPPORT

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Jawad Gharib and Fatme Gharib, and respectfully move this Court to permit them to file their Reply Memorandum in Support of Motion *In Limine* to Exclude the Expert Testimony and Remediation Cost Estimates of Defense Consultant, Phillip A. Adams (Doc. 23363), to provide explanations and responses to the Defendants' Opposition (Doc. 23369), and to assist the Court in understanding the pertinent legal and factual issues.

Plaintiffs' proposed reply memorandum is approximately 3 pages in excess of the 10-page limit. Plaintiffs tried to be as concise and brief as possible, but are responding to a memorandum in opposition filed by Defendants, which is 30 pages in length. Accordingly, Plaintiffs move to exceed the 10 page limit, as set forth in LR 7.7, by 3 additional pages.

1

Respectfully submitted,

CRULL, CASTAING & LILLY

BY: */s/ Peter E. Castaing* .
Edward J. Castaing, Jr. #4022
Peter E. Castaing, #35019
Pan American Life Center
601 Poydras Street, Suite 2323
New Orleans, LA 70130
Telephone: (504) 581-7700
Facsimile: (504) 581-5523
pcastaing@cclhlaw.com

***Counsel for Jawad Gharib and Fatme Gharib***

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

/s/ *Peter E. Castaing*
Attorney