UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 09-2047 |
|---|---|
| | SECTION "L" |
| This document relates to: | JUDGE ELDON FALLON |
| Case No. 20-cv-3264 | MAGISTRATE NORTH |

### O R D E R

Considering the foregoing Motion for Leave to File Reply Memorandum in Support of Motion *In Limine* to Exclude the Expert Testimony and Remediation Cost Estimates of Defense Consultant, Phillip A. Adams (Doc. 23363) and to Exceed the Page Limitation and Incorporated Memorandum in Support;

**IT IS ORDERED** that this motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Reply Memorandum attached to the Motion shall be filed into the record.

**IT IS FURTHER ORDERED** that the Reply Memorandum may exceed the maximum page limit required by LR 7.7., as described in Plaintiffs' motion.

THUS signed in New Orleans, Louisiana this ___ day of _____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**