# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 09-2047** **SECTION "L"** |
| **This document relates to:** | **JUDGE ELDON FALLON** |
| Case No. 20-cv-3264 | **MAGISTRATE NORTH** |

## O R D E R

Considering the foregoing Motion for Leave to File Reply Memorandum in Support of Motion for Partial Summary Judgment Regarding Application of the Court's "General Findings" in its April 21, 2017 Findings of Fact & Conclusions of Law (Rec. Doc. 20741) Filed by Plaintiffs, Jawad & Fatme Gharib (Doc. 23361) and to Exceed the Page Limitation and Incorporated Memorandum in Support ;

**IT IS ORDERED** that this motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Reply Memorandum attached to the Motion shall be filed into the record.

**IT IS FURTHER ORDERED** that the Reply Memorandum may exceed the maximum page limit required by LR 7.7., as described in Plaintiffs' motion.

THUS signed in New Orleans, Louisiana this 15th day of March, 2023.

_____
**UNITED STATES DISTRICT JUDGE**