# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 09-2047 <br><br> SECTION "L" |
| This document relates to: <br><br> Case No. 20-cv-3264 | JUDGE ELDON FALLON <br><br> MAGISTRATE NORTH |

# **O R D E R**

Considering the foregoing Motion for Leave to File Reply Memorandum in Support of Motion *In Limine* to Exclude the Expert Testimony and Remediation Cost Estimates of Defense Consultant, Phillip A. Adams (Doc. 23363) and to Exceed the Page Limitation and Incorporated Memorandum in Support;

**IT IS ORDERED** that this motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Reply Memorandum attached to the Motion shall be filed into the record.

**IT IS FURTHER ORDERED** that the Reply Memorandum may exceed the maximum page limit required by LR 7.7., as described in Plaintiffs' motion.

THUS signed in New Orleans, Louisiana this 15th day of March, 2023.

_____
**UNITED STATES DISTRICT JUDGE**