1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   In Re: CHINESE-MANUFACTURED    MDL 2047
     DRYWALL PRODUCTS LIABILITY
 5   LITIGATION
                                    SECTION "L"
 6   This document relates to:
                                    JUDGE ELDON
 7                                  FALLON
     Elizabeth Bennett, et al
 8   versus Gebr. Knauf, et al
                                    MAGISTRATE:
 9                                  JOSEPH
                                    WILKINSON, JR.
10   Case No. 14-cv-2722
11
12
13             Deposition of SHAWN MACOMBER,
14   221 West Camellia Drive, Slidell, Louisiana
15   70458, taken at the Law Offices of Fishman
16   Haygood, LLP, 201 St. Charles Avenue, 46th
17   Floor, New Orleans, Louisiana 70170, on
18   Tuesday, the 11th day of February, 2019.
19
20
21
22
23   REPORTED BY:
24   MICHELINE COSSE' BURAS, CCR, RPR
     Certified Court Reporter
25
```

EXHIBIT A

VINCENT P. BORRELLO, JR. & ASSOCIATES, INC.
(504) 391-9878

1               **SHAWN MACOMBER**,
2  after having been first duly sworn by the
3  above-mentioned Certified Reporter was
4  examined and testified as follows:
5  EXAMINATION BY MR. MILLER:
6       Q.   Good morning.  Please state your
7  name for the record.
8       A.   Shawn Macomber.
9       Q.   And Mr. Macomber, who do you work
10 for?
11      A.   Healthy Home Solutions.
12      Q.   And where is your business
13 located?
14      A.   Slidell, Louisiana.
15      Q.   And what is your position at
16 Healthy Home Solutions?
17      A.   I'm the managing member.
18      Q.   How many other employees does the
19 company have?
20      A.   Two.
21      Q.   And who are they?
22      A.   Joseph Diaz and Damon Colgane.
23      Q.   And when was Healthy Home
24 Solutions incorporated?
25      A.   2009.

# REPORTER'S CERTIFICATE

1  
2       This certification is valid only for a transcript accompanied by my original
3  signature and original seal on this page.

4       I, **MICHELINE COSSE' BURAS,** Certified Court Reporter, in and for the State of
5  Louisiana, as the officer before whom this was taken, do hereby certify that **SHAWN
6  MACOMBER,** after having been duly sworn by me upon authority of R.S. 37:2554, did
7  testify as hereinbefore set forth in the foregoing **187** pages;

8       That this testimony was reported by me
9  in the stenotype reporting method, was prepared and transcribed by me or under my
10 personal direction and supervision, and is a true and correct transcript, to the best
11 of my ability and understanding;

12      That the transcript has been prepared in compliance with transcript format
13 guidelines required by statue or by rules of the board and I am informed about the
14 complete arrangement, financial or otherwise, with the person or entity making
15 arrangements for deposition services; that I have acted in compliance with the
16 prohibition on contractual relationships, as defined by Louisiana Code of Civil
17 Procedure Article 1434 and in rules and advisory opinions of the board;

18      That I have no actual knowledge of any
19 prohibited employment or contractual relationship, direct or indirect, between a
20 court reporting firm and any party litigant in this matter nor is there any such
21 relationship between myself and a party litigant in this matter;

22      I am not related to counsel or to the
23 parties herein, nor am I otherwise interested in the outcome of this matter.

24

25 _____
**Micheline Cosse' Buras, CCR, RPR**
Registered Professional Reporter, LA #88024

VINCENT P. BORRELLO, JR. & ASSOCIATES, INC.
(504) 391-9878