# Shawn Macomber

healthyhomesolutionsllc@gmail.com
(985) 710-3789

221 W Camellia Dr
Slidell, LA 70458

## Education

LSU, Baton Rouge, LA (present) Degree: **Master of Science: Construction Management (May 2020)**
LSU, Baton Rouge, LA (2016) Degree: **Post Baccalaureate Certificate of Construction Management**
VCU, Richmond, VA (1998) Degree: **Bachelor of Science: Mass Communications**

## Certifications, Licenses, and Skills

**LA State Residential Building Contractor**
**HBA Certificate of Project Management**
**ICC Residential Building Inspector**
**OSHA 40 hr HAZWOPER**
**EPA Renovate, Repair and Paint (Lead)**
**Xactimate Estimating**
**BESI Defective Drywall Consultant**

**NORMI CMI & CDW Assessor**
**EDI Toxic Drywall Inspector I**
**IAQ Technician**
**PPE Fit Tested**
**CSI Construction Document Technician**
**Certified Duct and Envelope Testing Verifier**

## Experience

**Building Contractor -** *Healthy Home Solutions, LLC* (2016 - Present) Licensed residential building contractor performing new construction, renovation, repairs and additions.
**Senior Project Manager-** *-Elite Industries, LLC* (2013-2016), Estimate, sell and manage residential and light commercial construction projects. Coordinate schedules, subcontractor buyouts, materials purchase and delivery, permits. High level of interaction with owners, designers, contractors. Primary responsible party for multiple ongoing jobs in various locations across the metro area. Regular reporting to owner and office staff.
**Superintendent/Regional Manager -** *JWC (GSA Division)*,(2012-2013), Plan, coordinate and supervise renovation, remediation and emergency response projects. Responsibilities included scheduling, buyouts, estimating, safety and completion of assigned projects.
**Senior Technical Advisor-***National Construction Warranty Company* (2010-2012), provide technical support for "Chinese Drywall" warranty services
**Environmental Consultant/Owners Rep/Estimator/Project Manager-** *Healthy Home Solutions, LLC* (2006- Present), Consult with owners and contractors on building and renovation projects involving water intrusion, mold, defective drywall or other related IAQ problem.
**Construction Contractor -** *Shawn Macomber Construction-* (2005- 2009)- Owner and operator of licensed renovation and home improvement business.
**Locations Manager-** *Haction Productions*, SLC, Utah (2003-2005)- Scout, select and secure appropriate locations for television and film crews to shoot. Responsibilities included: contract negotiations, state and local permitting and facility maintenance. Represent owner's interests during and after shoot.
**Lead Carpenter-** *SLCC Grand Theater*, SLC, Utah (2002-2004) Work with Set Designer to build detailed sets for use in Theater productions. Ran crew of 2 full time carpenters and 3-6 student interns
**Carpenter-** *Pennington Construction*, SLC, Utah (1999-2002), Commercial and residential renovation.

## Organizations, Boards and Memberships

Northshore Housing Initiative (Board President)
Rainbow Childcare Center (Director of Properties)

Home Builders Association
International Code Council

## Publications, Presentations and Recognition

"Preservation of Evidence in CDW Remediation: Who, What and Why" (BESI, July 2010)
Moderator- Symposium on Corrosive Drywall (Aug 2010)
"CDW 101" (IAQA, March 2011)

090919



EXHIBIT B

"Guidance for Corrosive Drywall Identification and Remediation (AIHA, Jan 2013)
"Flooding is only Half the Battle- A Case Study on Elevating Homes" (IAQA, March 2013

### History of Litigation Support/Expert Witness Experience

**Expert Witness:** **Haab v. Anderson, Latter & Blum, et. al       2014**
**Case no. 721-157 24th Judicial District Court, Jefferson Parish**
**Nature of Case: Breach of Contract re: sale of real estate**
Plaintiff arrived to title company to find defendant absent sighting the potential of Chinese Drywall. Plaintiff had disclosed the possibility of CDW and provided a report that indicted that the presence could not be corroborated and that symptoms could not be duplicated. Defendant decided against purchase after expiration of due diligence period.

**Litigation Support:** **MDL 2047 Chinese- Manufactured Drywall Products Liability**
**Nature of Case: Chinese Manufactured Drywall emits gases that cause damage to property inside of homes and businesses.**
Healthy Home Solutions, LLC has been recognized in court as an approved inspection company to provide "expert reports" in support of a claim that problem drywall is present and/or sufficiently removed from a property.

**Expert Witness: Lund v. Gurtler Bros. Consultants, Inc. Case no. 09-1304 Civil District Court for the Parish of Orleans Nature of Case: Breach of Contract re: home inspection**
A home was inspected and later found to have Chinese Drywall. I provided a cost estimate for the removal and replacement of the drywall as well as all items required to be replaced and/or removed in order to perform the work for the remediation.

**Expert Witness: Pervez Muskrat MD v. Gremillion Homes, Inc. et al. Case no.2011-13885 22nd Judicial District Court For the Parish of St. Tammany Nature of Case: Defective Materials and/or Installation of Construction Materials**
Marble floor material installed by builder showed premature failure. I provided a cost estimate for the removal and replacement of the flooring as well as all items required to be replaced and/or removed in order to perform the work, using Xactimate software.

### References

Judith Lide *Expert Witness* (985) 641-0960        Howard Ehrsam, *Civil Engineer* (772) 224-8660
Frank Elliot *Attorney*        (337) 309-6999        Wayne Catalano *Restoration*    (504) 885-3289

090919