**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| This document relates to: | JUDGE ELDON FALLON |
| Case No. 20-cv-3264 | MAGISTRATE NORTH |

**KNAUF DEFENDANTS' EX-PARTE MOTION FOR LEAVE TO FILE
MOTION IN LIMINE TO EXCLUDE CERTAIN WITNESSES**

**NOW INTO COURT**, through undersigned counsel, come Defendants, Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd. ("KPT") (the "Knauf Defendants"), who respectfully move the Court for leave to file the attached Motion *in Limine* to Exclude Certain Witnesses.  In support, the Knauf Defendants represent that Counsel for Plaintiffs has been contacted and confirmed that Plaintiffs do not oppose this Motion for Leave.  Pursuant to Federal Rule of Civil Procedure 16,  good cause exists to grant leave to allow the Knauf Defendants to the file the attached Motion *in Limine* to Exclude certain witnesses because (1) the witnesses at issue were not disclosed by Plaintiffs until after the February 28, 2023 motion *in limine* deadline, (2) the modification is important because the motion addresses whether Plaintiffs should be allowed to call witnesses to testify that were not previously disclosed and who potentially seek to provide untimely expert testimony which this Court has already denied (R. Doc. 23358, 23395), and (3) there is no prejudice to Plaintiffs in allowing the modification because Plaintiffs will have an opportunity to oppose the motion *in limine* and provide the substance of the witnesses' expected

testimony, and Plaintiffs do not oppose the motion.  Therefore, with the consent of Plaintiffs and

based on these factors, good cause exists to modify the previous scheduling order, and the Knauf

Defendants request an order granting leave to allow  the Knauf Defendants to file the attached

Motion *in Limine* to Exclude Certain Witnesses.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Daniel J. Dysart*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
**REBEKKA C. VEITH (#36062)**
**MICHAEL R. DODSON (#37450)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:      504.556.5549
Facsimile:      504.949.8202
Email:          kmiller@fishmanhaygood.com
Email:          pthibodeaux@fishmanhaygood.com
Email:          ddysart@fishmanhaygood.com
Email:          rveith@fishmanhaygood.com
Email:          mdodson@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf New Building System (Tianjin) Co. Ltd.*
*(f/k/a Knauf Plasterboard (Tianjin) Co., Ltd.)*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 28th day of March, 2023.

/s/ *Daniel J. Dysart*
**DANIEL J. DYSART**

2