## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>Case No. 20-cv-3264 | JUDGE ELDON FALLON<br><br>MAGISTRATE NORTH |

## **O R D E R**

Considering the Knauf Defendants' Ex-Parte Motion for Leave to File Motion in Limine to Exclude Certain Witnesses Out of Time;

**IT IS ORDERED** that the motion for leave is GRANTED and the clerk is directed to file the attached motion into the record.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
HONORABLE ELDON E. FALLON

3