## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| | JUDGE ELDON E. FALLON |
| This document relates to: Case No. 20-cv-3264 | MAGISTRATE MICHAEL B. NORTH |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that undersigned counsel will bring the foregoing Ex-Parte Motion for Leave to file Motion *in Limine* to Exclude Certain Witnesses Out of Time before the Honorable Eldon E. Fallon, Section "L" of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130 on Tuesday, the 12th day of April, 2023, beginning at 9:00 o'clock a.m. or as soon thereafter as counsel can be heard.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Daniel J. Dysart*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
**REBEKKA C. VEITH (#36062)**
**MICHAEL R. DODSON (#37450)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:    504.556.5549
Facsimile:    504.949.8202
Email:    kmiller@fishmanhaygood.com
Email:    pthibodeaux@fishmanhaygood.com
Email:    ddysart@fishmanhaygood.com
Email:    rveith@fishmanhaygood.com
Email:    mdodson@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf New Building System (Tianjin) Co. Ltd.*
*(f/k/a Knauf Plasterboard (Tianjin) Co., Ltd.)*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 28th day of March, 2023.

/s/ *Daniel J. Dysart*
**DANIEL J. DYSART**