**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re:  **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** |
| | **SECTION "L"** |
| **This document relates to:** | **JUDGE ELDON FALLON** |
| **Case No. 20-cv-3264** | **MAGISTRATE NORTH** |

**O R D E R**

Considering the Knauf Defendants' Ex-Parte Motion for Leave to File Motion in Limine to Exclude Certain Witnesses Out of Time;

**IT IS ORDERED** that the motion for leave is GRANTED and the clerk is directed to file the attached motion into the record.

New Orleans, Louisiana, this 29th day of March, 2023.

HONORABLE ELDON E. FALLON