# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| This document relates to: | JUDGE ELDON FALLON |
| Case No. 20-cv-3264 | MAGISTRATE NORTH |

## AMENDMENTS TO JOINT PROPOSED SCHEDULING ORDER

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, Jawad Gharib and Fatme Gharib (the "Gharibs" or "Plaintiffs") and Defendants, Knauf Gips KG and Knauf Plasterboard Tianjin, Co., Ltd. ("KPT") (collectively, the "Knauf Defendants"), who file the following amendments to the Joint Proposed Scheduling Order (Rec. Doc. 23339), entered on November 22, 2022.  All parties have conferred and agree, and the Court has approved, that the Joint Proposed Scheduling Order (Rec. Doc. 23339), shall be amended and modified as follows:

1. Deposition Designations:

    a. Plaintiffs initial deposition designations: **March 28, 2023**

    b. Knauf Defendants deposition designations, counter-designations and objections to Plaintiff initial designations:  **April 4, 2023**

    c. Plaintiffs objections & counter-depo designations to be submitted with Joint Pretrial Disclosures: **April 7, 2023**

      d.    Knauf Defendants objections to any counter designations to be submitted as an addendum to Joint Pretrial Disclosures: **April 12, 2023**

2. Federal Rule of Civil Procedure 26(a)(3) Pretrial Disclosures, Proposed Stipulations, Exhibits, and Exhibit Objections:

    a. Deadline for Plaintiff to exchange pre-trial disclosures and proposed stipulations of fact and law, and exchange exhibits to be introduced at trial: **March 24, 2023**

    b. Deadline for Knauf Defendants to exchange pre-trial disclosures and proposed stipulations of fact and law, and exchange exhibits, and exchange exhibit objections to Plaintiff exhibits: **March 31, 2023**

    c. Deadline for Plaintiff to exchange exhibit objections to Defendant exhibits: **April 6, 2023**

    d. Deadline for Parties to file Joint Pretrial Disclosures and Stipulations: **April 7, 2023**

3. Deadline to submit joint jury instructions, special *voir dire*, and verdict forms: **April 13, 2023**

4. Pre-trial conference date: **April 17, 2023** at 1:30 P.M.

    The above constitute the only amendments to the original Joint Proposed Scheduling Order (Rec. Doc. 23339) at this time. All other deadlines and statements therein are maintained and preserved, including the trial date of April 24, 2023.

Respectfully submitted,

CRULL, CASTAING & LILLY

BY: */s/ Peter E. Castaing*            .
  Peter E. Castaing, #35019
  Edward J. Castaing, Jr. #4022
  Pan American Life Center
  601 Poydras Street, Suite 2323
  New Orleans, LA 70130
  Telephone: (504) 581-7700
  Facsimile: (504) 581-5523
  pcastaing@cclhlaw.com
  ecastaing@cclhlaw.com

*Counsel for Jawad Gharib and Fatme Gharib*


And


Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Daniel J. Dysart*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
**REBEKKA C. VEITH (#36062)**
**MICHAEL R. DODSON (#37450)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone: 504.556.5549
Facsimile: 504.949.8202
Email: kmiller@fishmanhaygood.com
Email: pthibodeaux@fishmanhaygood.com
Email: ddysart@fishmanhaygood.com
Email: rveith@fishmanhaygood.com
Email: mdodson@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf New Building System (Tianjin) Co. Ltd.*
*(f/k/a Knauf Plasterboard (Tianjin) Co., Ltd.)*

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 30, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

                                                            /s/ *Peter E. Castaing*
                                                                   Attorney