**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re:   **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 09-2047**<br><br>**SECTION "L"** |
| **This document relates to:** | **JUDGE ELDON FALLON** |
| **Case No. 20-cv-3264** | **MAGISTRATE NORTH** |

## O R D E R

**IT IS ORDERED** that the parties' Amendments to Joint Proposed Scheduling order are **APPROVED** by the Court and that certain pretrial dates are hereby **RESET** as set out in the document, R. Doc. 23399.

THUS signed in New Orleans, Louisiana this 30th day of _____ March _____, 2023.

_____

**UNITED STATES DISTRICT JUDGE**