## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| This document relates to: | JUDGE ELDON FALLON |
| Case No. 20-cv-3264 | MAGISTRATE NORTH |

### KNAUF DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE CERTAIN WITNESSES

**NOW INTO COURT**, through undersigned counsel, come Defendants, Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd. ("KPT") (collectively, the "Knauf Defendants"), who move for leave of court to file the attached Reply Memorandum in Support of Motion *in Limine* to Exclude Certain Witnesses from testifying at the trial of Jawad and Fatme Gharib's ("Plaintiffs") claims. The Knauf Defendants submit that the reply memorandum will assist the Court in resolving the Motion in Limine.

**WHEREFORE**, the Knauf Defendants request that this Court grant their Motion for Leave to file Reply Memorandum in Support of Motion *in Limine* to Exclude Certain Witnesses and that the attached Reply Memorandum by filed into the record. The Knauf Defendants also request any additional relief deemed just and appropriate.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Daniel J. Dysart*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
**REBEKKA C. VEITH (#36062)**
**MICHAEL R. DODSON (#37450)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:    504.556.5549
Facsimile:    504.949.8202
Email:    kmiller@fishmanhaygood.com
Email:    pthibodeaux@fishmanhaygood.com
Email:    ddysart@fishmanhaygood.com
Email:    rveith@fishmanhaygood.com
Email:    mdodson@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf New Building System (Tianjin) Co. Ltd.*
*(f/k/a Knauf Plasterboard (Tianjin) Co., Ltd.)*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 5th day of April, 2023.

/s/ *Daniel J. Dysart*
**DANIEL J. DYSART**