# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br>Case No. 20-cv-3264 | JUDGE ELDON FALLON<br><br>MAGISTRATE MICHAEL B. NORTH |

## ORDER

CONSIDERING the Motion for Leave to File Reply Memorandum in Support of Motion *in Limine* to Exclude Certain Witnesses filed by Knauf Gips KG and Knauf New Building System (Tianjin) Co., Ltd.;

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Reply Memorandum attached to the Motion be and is hereby filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2023.

                                                               **HONORABLE ELDON E. FALLON**
                                                                **U.S. DISTRICT COURT JUDGE**