# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** |
| | **SECTION "L"** |
| **This document relates to:** | |
| **Case No. 20-cv-3264** | **JUDGE ELDON FALLON** |
| | **MAGISTRATE MICHAEL B. NORTH** |

## ORDER

CONSIDERING the Motion for Leave to File Reply Memorandum in Support of Motion *in Limine* to Exclude Certain Witnesses filed by Knauf Gips KG and Knauf New Building System (Tianjin) Co., Ltd.;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that the Reply Memorandum attached to the Motion be and is hereby filed into the record.

New Orleans, Louisiana, this ___6th___ day of _____April_____, 2023.

**HONORABLE ELDON E. FALLON**
**U.S. DISTRICT COURT JUDGE**