# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>Case No. 20-cv-3264 | JUDGE ELDON FALLON<br><br>MAGISTRATE NORTH |

# O R D E R

Considering the foregoing *Joint Motion to Extend Deadlines*;

**IT IS ORDERED** that the *Joint Motion to Extend Deadlines* submitted jointly by Plaintiffs, Jawad and Fatme Gharib, and Defendants, Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd., is GRANTED and the time to file the joint pretrial order is extended until April 12, 2023.

New Orleans, Louisiana, this _____ day of April, 2023.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE