# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 SECTION "L" |
| This document relates to: Case No. 20-cv-3264 | JUDGE ELDON FALLON MAGISTRATE NORTH |

## JOINT MOTION TO EXTEND DEADLINES

Plaintiffs, Jawad and Fatme Gharib (collectively, "Plaintiffs"), and Defendants, Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd. ("KPT") (collectively, the "Knauf Defendants"), submit the following Joint Motion to Extend Deadlines in this Court's scheduling order. Pursuant to the current scheduling order, the pretrial order is due April 7, 2023 (R. Doc. 23340). However, deposition designations are not due until April 12, 2023 and will require amendments to the pretrial order under the current deadlines. *Id*. Therefore, for these reasons, and for reasons to be jointly discussed with the Court at the April 10, 2023 status conference, the parties jointly request an extension of time to file the joint pretrial order until April 12, 2023.

Respectfully submitted,

CRULL, CASTAING & LILLY

BY: */s/ Peter E. Castaing* .
Edward J. Castaing, Jr. #4022
Peter E. Castaing, #35019
Pan American Life Center
601 Poydras Street, Suite 2323

New Orleans, LA 70130
Telephone: (504) 581-7700
Facsimile: (504) 581-5523
pcastaing@cclhlaw.com
*Counsel for Jawad Gharib and Fatme Gharib*

FISHMAN HAYGOOD, LLP

*/s/ Daniel J. Dysart*
_____
KERRY J. MILLER (#24562), T.A.
DANIEL J. DYSART (#33812)
REBEKKA C. VEITH (#36062)
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:     504.556.5549
Facsimile:      504.949.8202
Email: kmiller@fishmanhaygood.com
Email: pthibodeaux@fishmanhaygood.com
Email: ddysart@fishmanhaygood.com
Email: rveith@fishmanhaygood.com
Email: mdodson@fishmanhaygood.com

*Counsel for Defendants,
Knauf Gips KG and
Knauf New Building System (Tianjin) Co. Ltd. (f/k/a Knauf Plasterboard (Tianjin) Co., Ltd.)*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

 /s/ *Peter E. Castaing*
Attorney