# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>Case No. 20-cv-3264 | JUDGE ELDON FALLON<br><br>MAGISTRATE NORTH |

## O R D E R

Considering the foregoing *Joint Motion to Extend Deadlines*;

**IT IS ORDERED** that the *Joint Motion to Extend Deadlines* submitted jointly by Plaintiffs, Jawad and Fatme Gharib, and Defendants, Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd., is **GRANTED** and the time to file the joint pretrial order is extended until April 12, 2023.

New Orleans, Louisiana, this __10th__ day of April, 2023.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE