MINUTE
ENTRY
FALLON, J.
APRIL 10, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE DRYWALL | MDL |
| PRODUCTS LIABILITY LITIGATION | NO. 09-2047 |
| REF: 20-3264 | SECTION "L" (5) |

A telephone status conference took place on this date from the chambers of the Honorable Eldon E. Fallon. Eddie and Peter Castaing participated for Plaintiff. Kerry Miller and Daniel Dysart participated for Defendants.

The parties discussed the status of this case. Because this case is set to go to trial in two weeks, the Court agreed to continue the trial date to give the parties additional time to settle this matter before the magistrate judge. Accordingly;

**IT IS ORDERED** that the pretrial conference and trial date currently scheduled in this matter are hereby **CONTINUED** with new dates to be set at a later date.

JS 10 (00:17)