UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | § § § § | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | § § § | SECTION "L" |
| DEAN and DAWN AMATO, et al. v. LIBERTY MUTUAL INS. CO., et al. Case No. 10-0932 OMNI V | § § § § § | MAGISTRATE JUDGE NORTH  JUDGE FALLON |

**EVANSTON INSURANCE COMPANY'S MOTION TO
WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes Defendant Evanston Insurance Company (as successor by merger to Essex Insurance Company) ("Evanston") who respectfully requests this Court permit the withdrawal of Rebecca C. Appelbaum (FL Bar No. 0179043) as its counsel of record, and further moves for the substitution of Kristen Perkins (FL Bar No. 611816) of Kennedys CMK, LLP, 1395 Brickell Avenue, Suite 610, Miami, FL 33131, Tel. 305.371.1111, Email: kristen.perkins@kennedyslaw.com, as counsel of record in place of Rebecca C. Appelbaum.

Defendant also requests that Jeff Trimarchi (NJ Bar No. 032002002) and Callie Murphy (LA Bar No. 38055), also of Kennedys CMK, LLP, be enrolled as additional counsel of record for Evanston.

This withdrawal and substituting will not prejudice any party or affect any pre-trial or trial deadlines.

Undersigned counsel certifies that Rebecca C. Appelbaum consents to this request for her withdrawal and substitution of counsel for Evanston.

WHEREFORE, Defendant Evanston Insurance Company (as successor by merger to Essex Insurance Company) prays that Rebecca C. Appelbaum be allowed to withdraw as counsel of record and Kristen Perkins, Jeff Trimarchi, and Callie Murphy be allowed to enroll as counsel of record.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Rebecca C. Appelbaum | /s/ Kristen D. Perkins |
| REBECCA C. APPELBAUM<br>LEAD ATTORNEY<br>Florida Bar No. 179043<br><br>GARTNER & BLOOM, P.C.<br>610 E. Zack Street<br>Suite 110-4099<br>Tampa, FL  33602-3973<br>T: 813.518.6000 | KRISTEN D. PERKINS<br>LEAD ATTORNEY<br>Florida Bar No. 611816<br>kristen.perkins@kennedyslaw.com<br>tracy.gowen@kennedyslaw.com<br><br>JEFF TRIMARCHI<br>New Jersey Bar No. 032002002<br>jeff.trimarchi@kennedyslaw.com<br><br>CALLIE MURPHY<br>La Bar No. 38055<br>callie.murphy@kennedyslaw.com<br><br>KENNEDYS CMK, LLP<br>1395 Brickell Avenue<br>Suite 610<br>Miami, FL  33131<br>T:  305.371.1111<br>ATTORNEYS FOR EVANSTON INSURANCE COMPANY AS SUCCESSOR BY MERGER TO ESSEX INSURANCE COMPANY |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2023, in accordance with the Federal Rules of Civil Procedure, a copy of the foregoing has been served on all known counsel of record via CM/ECF.

| /s/ Rebecca C. Appelbaum | /s/ Kristen D. Perkins |
|---|---|
| Rebecca C. Appelbaum | Kristen D. Perkins |