# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | § § § § | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | § § § | SECTION "L" |
| DEAN and DAWN AMATO, et al. v. LIBERTY MUTUAL INS. CO., et al. Case No. 10-0932 OMNI V | § § § § § | MAGISTRATE JUDGE NORTH JUDGE FALLON |

## ORDER

Considering the foregoing Motion to Withdraw and Substitute Counsel of Record, it is

**ORDERED, ADJUDGED AND DECREED** that Rebecca C. Appelbaum (FL Bar No. 0179043) be allowed to withdraw as counsel of record for Defendant Evanston Insurance Company (as successor by merger to Essex Insurance Company). It is further

**ORDERED, ADJUDGED AND DECREED** that Kristen Perkins (FL Bar No. 611816) of Kennedys CMK, LLP is enrolled as lead counsel of record for Defendant Evanston Insurance Company (as successor by merger to Essex Insurance Company) and Callie Murphy (LA Bar No.38055) of Kennedys CMK, LLP and Jeff Trimarchi (NJ Bar No. 032002002) of Kennedys CMK, LLP are enrolled as additional counsel of record.

New Orleans, Louisiana, this 16th day of May, 2023.

*/s/ Eldon E. Fallon*
U.S. DISTRICT JUDGE