MINUTE ENTRY
NORTH, M.J.
MAY 22, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 09-MD-2047<br><br>SECTION: "L"(5) |

THIS DOCUMENT RELATES TO:

JAWAD GHARIB, ET AL. v.
KNAUF GIPS KG, ET AL.,
2:20-cv-03264-EEF-MBN

      A settlement conference was conducted on this date before the undersigned Magistrate Judge.

      PARTICIPATING:   Peter Castaing      Kerry Miller

      Negotiations were productive but unfortunately no resolution of Plaintiffs' claims could be achieved at this time. Further negotiations will proceed telephonically.

_____<br>MICHAEL B. NORTH<br>UNITED STATES MAGISTRATE JUDGE

MJSTAR (02:40)