UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GHARIB ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 20-3264 |
| KNAUF GIPS KG ET AL. | * | SECTION "L" (5) |

**ORDER**

    **IT IS ORDERED** that a telephone status conference will be held in the above captioned case on **Monday, June 12, 2023 at 8:30 A.M. C.S.T.**

    The parties are instructed to use the following dial-in information and to be on the line at least five minutes before the scheduled start time.

Dial-in:	877- 336-1839

Access Code:  4227405

New Orleans, Louisiana, this 24th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE