MINUTE
ENTRY
FALLON, J.
JUNE 12, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE DRYWALL | MDL |
| PRODUCTS LIABILITY LITIGATION | NO. 09-2047 |
| REF: 20-3264 | SECTION "L" (5) |

A telephone status conference took place on this date from the chambers of the Honorable Eldon E. Fallon. Eddie and Peter Castaing participated for Plaintiff. Kerry Miller and participated for Defendants.

Plaintiff's counsel informed the Court that they will be withdrawing from this matter due to irreconcilable differences. Accordingly, Plaintiff is **DIRECTED** to obtain new counsel within 60 days. **IT IS ORDERED** the Court will hold another telephone status conference on <u>Monday, August 14, 2023 at 8:30 A.M. C.S.T.</u> If Plaintiff has been unable to obtain new counsel by that date, Plaintiff i**s DIRECTED** to participate on his own behalf.
Counsel is **DIRECTED** to join the call 5 minutes before the scheduled time and to use the following information to dial in:

Dial-In: (877) 336 1839

Access Code: 4227405

JS 10 (00:10)