UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL :  MDL NO. 2047
  PRODUCTS LIABILITY LITIGATION :
             :
             :  SECTION: L
This Document Relates to All Cases   :
             :  JUDGE FALLON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..:  MAG. JUDGE WILKINSON

## <u>MEMORANDUM IN SUPPORT OF SETTLEMENT ADMINISTRATOR'S MOTION FOR DISBURSEMENT FROM SETTLEMENT FUNDS HELD BY THE COURT</u>

The Settlement Administrator for the Chinese Drywall Settlement Program, respectfully moves this Court to approve disbursement from the Chinese Drywall Settlement Funds held in the registry of the Court.

Chinese Drywall Claimant Walter Montgomery filed a claim for benefit from the Global, Banner, and InEx Settlement Fund.  The Settlement Administrator reviewed his claim and found him eligible for an award of $10,410.28.  The Settlement Administrator notified Mr. Montgomery that he needed to submit additional required documentation in order for funds to be disbursed to him.  Mr. Montgomery did not initially respond to this request, and the Settlement Administrator transferred these funds to the Court Registry.  Mr. Montgomery has now submitted the documents required for disbursement and is eligible for payment.

WHEREFORE, the Settlement Administrator requests that this Honorable Court approve the disbursements from the Chinese Drywall Settlement Funds currently held by the Clerk of Court.

Respectfully submitted,

  /s/ Jacob Woody_____
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rocketts Way

1

Richmond, VA 23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com
*Settlement Administrator for the Chinese Drywall*
*Settlement Program*