"Certification of Funds in the Registry"
PRINCIPAL: $ 425,531.97
Financial Deputy: GMBR  Date: 6/28/23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2047 |
| | : | SECTION: L |
| This Document Relates to All Cases | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

## ORDER GRANTING MOTION FOR DISBURSEMENT FROM THE REGISTRY OF THE COURT

Considering the Motion for Disbursement;

IT IS ORDERED BY THE COURT that the Motion for Disbursement is GRANTED. The clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $10,410.28, plus all interest less the assessment fee for the administration of funds, payable to Walter Montgomery and mail the check to Walter Montgomery, 1204 Bayou Pass Dr., Ruskin, FL 33570.

New Orleans, Louisiana, this 28th day of June, 2023.

_____
Eldon E. Fallon
United States District Court Judge