MINUTE
ENTRY
FALLON, J.
AUG. 14, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE DRYWALL | MDL |
| PRODUCTS LIABILITY LITIGATION | NO. 09-2047 |
| REF: 20-3264 | SECTION "L" (5) |

    A telephone status conference took place on this date from the chambers of the Honorable Eldon E. Fallon. Eddie and Peter Castaing participated briefly to inform the Court their representation for Plaintiff has concluded and then left the call. Mr. Gharib participated for himself. Kerry Miller and Daniel Dysart and participated for Defendants.

    Plaintiff informed the Court that he is willing to pursue mediation again and Defendants agreed to this course of action. The Court set pretrial and trial dates, though noted that all other deadlines have now passed. Accordingly;

    **IT IS ORDERED** that the pretrial conference be scheduled for Wednesday, November 1, 2023 at 8:30 AM CST and a jury trial be scheduled for Monday, November 6, 2023 at 8:30 AM CST;

    **IT IS FURTHER ORDERED** that counsel are to file their draft pretrial order no later than Tuesday, October 31, 2023 at 11:30 AM CST.

JS 10 (00:13)