UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
|---|---|
| | SECTION "L" |
| This document relates to: | JUDGE ELDON FALLON |
| Case No. 20-cv-3264 | MAGISTRATE MICHAEL NORTH |

**KNAUF DEFENDANTS' MOTION TO RESET TRIAL**

**NOW INTO COURT**, through undersigned counsel, come Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd. ("KPT") (collectively "Defendants"), who respectfully request this Court to grant Defendants' Motion to Reset the November 6, 2023 jury trial to the Court's next available setting. At the August 14, 2023 status conference, the Court set the current scheduled trial date. As set forth more fully in the accompanying memorandum in support, good cause exists for resetting the trial because the Knauf Defendants and undersigned counsel are scheduled for trial and hearings in two different federal district courts during this time. At the time of the status conference, and due to a calendaring error, it was unknown of the conflicts. Furthermore, because Plaintiffs current counsel are still currently enrolled but are expected to withdraw prior to trial, Plaintiffs will need to seek and obtain new counsel, and therefore there is no prejudice in resetting the trial to the next available date. Undersigned counsel certifies that they have contacted current counsel for Plaintiffs and advised of the relief requested. However, because

1

current counsel intends to file a motion and order withdrawing from the case, the Knauf Defendants are filing this motion as opposed out of an abundance of caution.

**WHEREFORE**, for these reasons and as set forth more fully in the attached memorandum, Defendants, Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd. respectfully request that this Court grant their Motion to Reset the November 6, 2023 jury trial to the next available trial date.

        Respectfully submitted,

        **FISHMAN HAYGOOD, LLP**

        /s/ *Daniel J. Dysart*
        **KERRY J. MILLER (#24562), T.A.**
        **PAUL C. THIBODEAUX (#29446)**
        **DANIEL J. DYSART (#33812)**
        **REBEKKA C. VEITH (#36062)**
        **MICHAEL R. DODSON (#37450)**
        201 St. Charles Avenue, Suite 4600
        New Orleans, LA 70170
        Telephone:   504.556.5549
        Facsimile:    504.949.8202
        Email:         kmiller@fishmanhaygood.com
        Email:         pthibodeaux@fishmanhaygood.com
        Email:         ddysart@fishmanhaygood.com
        Email:         rveith@fishmanhaygood.com
        Email:         mdodson@fishmanhaygood.com

        ***Counsel for Defendants,***
        ***Knauf Gips KG and***
        ***Knauf New Building System (Tianjin) Co. Ltd.***
        ***(f/k/a Knauf Plasterboard (Tianjin) Co., Ltd.)***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 15th day of August, 2023.

/s/ *Daniel J. Dysart*
**DANIEL J. DYSART**