# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| This document relates to: | JUDGE ELDON FALLON |
| Case No. 20-cv-3264 | MAGISTRATE MICHAEL NORTH |

## KNAUF DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO RESET TRIAL

**MAY IT PLEASE THE COURT**

Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd. ("KPT") (collectively "the Knauf Defendants") submit this memorandum in support of their Motion to Reset the November 6, 2023 jury trial to the Court's next available trial setting.

### BACKGROUND

This matter was previously scheduled for trial on April 24, 2023. Prior to trial, Plaintiffs and the Knauf Defendants wished to continue the trial to conduct a settlement conference with Magistrate Judge North. Following the settlement conference, the Knauf Defendants and the Court were informed that Plaintiffs would be obtaining new counsel. On August 14, 2023, the Court conducted a status conference where Plaintiffs advised the Court of their efforts in obtaining new counsel but had not yet retained new counsel to enroll or substitute for present Plaintiffs' counsel.

1

At the conference, the Court set deadlines for the filing of the joint pretrial order and set the jury trial of this matter for November 6, 2023.  At the time of the conference, it was believed that there were no scheduling conflicts with the Knauf Defendants and undersigned counsel.  However, on August 15, 2023, it was learned that due to a calendaring error, undersigned counsel did not realize at the conference that the Knauf Defendants and undersigned counsel are already set for a previously scheduled evidentiary hearing in the United States District Court for the Middle District of Florida on November 8, 2023.[1]  Furthermore, on August 15, 2023, the Knauf Defendants received notice of a one or two-week jury trial setting in the United Stated District Court for the Southern District of Alabama starting on October 30, 2023, which may conflict with the November 6, 2023 trial date in this matter.[2]  Previously, it was believed that jury selection and trial in the Southern District of Alabama would be set earlier.[3]   Therefore, there is now a conflict with this Court's trial setting and the previous trial notice and evidentiary hearing notice in the other cases.  As of the date of the filing of this motion, Plaintiffs' current counsel is still enrolled and is expected to file a motion to withdraw soon, and Plaintiffs have not yet retained or enrolled replacement counsel.

**LAW AND ARGUMENT**

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Here, the currently scheduled trial date was just set on August 14, 2023. However, because of a calendaring error for a previously scheduled evidentiary hearing in the Southern District of Florida and a subsequent order on August 15, 2023 setting a previously

---

[1] *See* Case No. 21-cv-2011, M.D. Fla., R. Doc. 89; Case No. 21-cv-2013, M.D. Fla., R. Doc. 92. (August 1, 2023 order setting evidentiary hearing on November 8, 2023).
[2] *See* Case No. 21-cv-447, S.D. Ala., R. Doc. 64 (August 15, 2023 Order setting Motion in Limine Hearing and setting 1-2 week jury trial for week of October 30, 2023).
[3] *See* Case No. 21-cv-447, S.D. Ala., R. Doc. 56 (June 20, 2023 Order setting jury selection for trial on October 3, 2023 with 7-14 day jury trial to take place in the month of October).

scheduled 1-2 week jury trial in the Southern District of Alabama on October 30, 2023, the Knauf Defendants and undersigned counsel have a scheduling conflict with this Court's November 6, 2023 trial date. Furthermore, Plaintiffs' current counsel still needs to withdraw from this matter, and Plaintiffs still need to retain replacement counsel to enroll and prepare the matter for trial. Therefore, good cause exists for the resetting of the jury trial date and there is no prejudice in a short continuance to afford Plaintiffs additional time to obtain new counsel and prepare for trial. Undersigned counsel certifies that they have contacted current counsel for Plaintiffs and advised of the relief requested. However, because current counsel intends to file a motion and order withdrawing from the case, the Knauf Defendants are filing this motion as opposed out of an abundance of caution.

## CONCLUSION

For these reasons and as set forth more fully above, Defendants, Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd. respectfully request that this Court grant their Motion to Reset the November 6, 2023 jury trial to the next available trial date.

Case 2:09-md-02047-EEF-MBN Document 23420-1 Filed 08/15/23 Page 4 of 4

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Daniel J. Dysart*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
**REBEKKA C. VEITH (#36062)**
**MICHAEL R. DODSON (#37450)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:   504.556.5549
Facsimile:    504.949.8202
Email:           kmiller@fishmanhaygood.com
Email:           pthibodeaux@fishmanhaygood.com
Email:           ddysart@fishmanhaygood.com
Email:           rveith@fishmanhaygood.com
Email:           mdodson@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf New Building System (Tianjin) Co. Ltd.*
*(f/k/a Knauf Plasterboard (Tianjin) Co., Ltd.)*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 15th day of August, 2023.

/s/ *Daniel J. Dysart*
**DANIEL J. DYSART**

4