# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>Case No. 20-cv-3264 | JUDGE ELDON FALLON<br><br>MAGISTRATE NORTH |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS, JAWAD AND FATME GHARIB

NOW INTO COURT, comes undersigned counsel, Edward J. Castaing, Jr. and Peter E. Castaing and their firm of Crull, Castaing & Lilly (collectively "Undersigned Counsel"), who respectfully move this Court for permission to withdraw as counsel of record for plaintiffs, Jawad and Fatme Gharib ("Plaintiffs"), pursuant to Local Rule 83.2.11 of the United States District Court Rules for the Eastern District of Louisiana, and based on the following grounds:

1. On June 11, 2023, Undersigned Counsel provided notice to Plaintiffs of Undersigned Counsel's intent to withdraw as counsel of record;

2. On June 12, 2023, a status conference was held in which Undersigned Counsel informed the Court and Mr. Gharib (again) that they would be withdrawing as counsel for Plaintiffs, based on irreconcilable differences;

3. At that time, the above captioned matter had no motions pending, no scheduling order in place and no trial date set;

4. Undersigned Counsel offered to remain on the record for the limited purpose of protecting the record to permit Plaintiffs time to retain new representation and the Court instructed Undersigned Counsel to do so for a period of 60 days, setting a subsequent status conference on August 14, 2023;

5. Undersigned Counsel has remained on the record during this time and represents that no substantive filings were filed into the record;

6. Undersigned Counsel further represents that no change to their relationship with Plaintiffs has occurred and irreconcilable differences still exist, such that withdrawal is necessary;

7. A substantial conflict of interest exists for Undersigned Counsel if they were to continue to represent Plaintiffs;

8. On August 14, 2023, Undersigned Counsel attended, in part, the status conference set by the Court, and the Court instructed that Undersigned Counsel move to withdraw as soon as possible.

9. As of the time Undersigned Counsel exited the August 14, 2023 status conference, there were no pending motions, no scheduling order, no upcoming appearances or trial date in place;

10. The best interests of Plaintiffs will be served by the withdrawal of Undersigned Counsel;

11. Based on the notice and time given to Plaintiffs to retain new counsel, Undersigned Counsel certifies that their withdrawal will not prejudice Plaintiffs;

12. Based on these circumstances, this Court has the discretion and authority to permit Undersigned Counsel to withdraw as Plaintiffs' counsel pursuant to Local Rule 83.2.11 of the United States District Court Rules for the Eastern District of Louisiana.

13. Pursuant to Local Rule 83.2.11, Undersigned Counsel provides Plaintiffs' present address and telephone number as follows: (1) 4 Beresford Drive, Metairie, Louisiana 70001 and (2) (504) 460-2801.

WHEREFORE, undersigned counsel, Edward J. Castaing, Jr. and Peter E. Castaing and their firm of Crull, Castaing & Lilly, request that this Court grant their motion to withdraw as attorney of record for Plaintiffs.

>Respectfully submitted,
>
>CRULL, CASTAING & LILLY
>
>BY: */s/ Peter E. Castaing*                .
>Edward J. Castaing, Jr. #4022
>Peter E. Castaing, #35019
>Pan American Life Center
>601 Poydras Street, Suite 2323
>New Orleans, LA 70130
>Telephone: (504) 581-7700
>Facsimile: (504) 581-5523
>pcastaing@cclhlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record. In addition, pursuant to LR 83.2.11, I hereby certify that the client has been notified of all deadlines and pending court appearances and the foregoing has been served on both the client by certified mail and opposing counsel.

>/s/ *Peter E. Castaing*
>Attorney