# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 09-2047  SECTION "L" |
| This document relates to:  Case No. 20-cv-3264 | JUDGE ELDON FALLON  MAGISTRATE NORTH |

# **O R D E R**

Considering the foregoing Motion to Withdraw as Counsel of Record for Plaintiffs, Jawad and Fatme Gharib;

**IT IS ORDERED** that counsel for plaintiffs, Edward J. Castaing, Jr. and Peter E. Castaing and their firm of Crull, Castaing & Lilly, are permitted to withdraw from representing plaintiffs, Jawad Gharib and Fatme Gharib, and are hereby removed from the record.

THUS signed in New Orleans, Louisiana this ___ day of August, 2023.

_____
**UNITED STATES DISTRICT JUDGE**