UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
|---|---|
| | SECTION "L" |
| This document relates to: | JUDGE ELDON FALLON |
| Case No. 20-cv-3264 | MAGISTRATE MICHAEL NORTH |

**O R D E R**

Considering Defendants, Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd.'s Motion to Reset Trial;

**IT IS ORDERED** that the November 6, 2023 trial date is hereby continued and reset to the __4th__ day of __December__, 2023, at 8:30 AM. and the pretrial conference set for November 1, 2023 is continued and reset to the __21st__ day of __November__, 2023 at __3:30 p.m.__.

New Orleans, Louisiana, this __17th__ day of August, 2023.

_____
**HONORABLE ELDON E. FALLON**