# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 09-2047** <br> **SECTION "L"** |
| **This document relates to:** <br><br> Case No. 20-cv-3264 | **JUDGE ELDON FALLON** <br><br> **MAGISTRATE NORTH** |

## O R D E R

Considering the foregoing Motion to Withdraw as Counsel of Record for Plaintiffs, Jawad and Fatme Gharib;

**IT IS ORDERED** that counsel for plaintiffs, Edward J. Castaing, Jr. and Peter E. Castaing and their firm of Crull, Castaing & Lilly, are permitted to withdraw from representing plaintiffs, Jawad Gharib and Fatme Gharib, and are hereby removed from the record.

THUS signed in New Orleans, Louisiana this 18th day of August, 2023.

_____
**UNITED STATES DISTRICT JUDGE**