## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** **SECTION "L"** |
| **This document relates to:** **Case No. 20-cv-3264** | **JUDGE ELDON FALLON** **MAGISTRATE JUDGE NORTH** |

### PLAINTIFFS' *EX PARTE* MOTION TO ENROLL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Jawad and Fatme Gharib, who respectfully move this Honorable Court for an order enrolling Brad E. Harrigan (Bar No. 29592) of the law firm Tolar Harrigan & Morris LLC as counsel of record for the Plaintiffs in this matter.

WHEREFORE, Plaintiffs pray that their motion is granted, and that Brad E. Harrigan of the law firm Tolar Harrigan & Morris LLC be enrolled as counsel of record for Plaintiffs in this matter.

Respectfully Submitted:

*/s/ Brad E. Harrigan*
Brad E. Harrigan (La. Bar No. 29592) (T.A.)
TOLAR HARRIGAN & MORRIS LLC
8630 Oak Street
New Orleans, LA 70118
Telephone:  (504) 571-5317
Fax:  (504) 571-5437
**Counsel for Jawad and Fatme Gharib**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 22nd day of September 2023, a copy of the foregoing was filed with the Clerk of Cour using the CM/ECF system which sends notice of electronic filing to all known counsel of record.


*/s/ Brad E. Harrigan*
Brad E. Harrigan (La. Bar No. 29592) (T.A.)