## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>Case No. 20-cv-3264 | JUDGE ELDON FALLON<br><br>MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing *Ex Parte* Motion to Enroll Counsel of Record filed by Plaintiffs, Jawad and Fatme Gharib;

**IT IS ORDERED** that Brad E. Harrigan (Bar No. 29592) be and hereby is enrolled as counsel of record in the above entitled and numbered matter for the Plaintiffs, Jawad and Fatme Gharib.

New Orleans, Louisiana this  22nd  day of _____September_____, 2023.

_____
UNITED STATES DISTRICT JUDGE