UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAWAD GHARIB, ET AL | MDL |
| VERSUS | NO. 09-2047 |
| KNAUF GIPS KG, ET AL | SECTION : L (5) |
| | **REF: 20-3264** |

## SCHEDULING ORDER

A Telephone Status Conference was held on August 14, 2023.

Participating were:
Eddie Castaing, Esq. & Peter Castaing, Esq. for plaintiff – plaintiff Jawad Gharib, Pro Se
Kerry Miller, Esq. and Daniel Dysart, Esq. for defendants

The pretrial conference and trial were reset as set forth:

Depositions for trial use shall be taken and all discovery shall be completed not later than October 23, 2023.

All non-evidentiary pretrial motions may be filed as soon as practicable but must be filed and served not later than October 10, 2023, and served in sufficient time to permit submission on October 25, 2023. Any motions filed in violation of this Order shall be deemed waived unless good cause is shown. Electronic versions of deposition transcripts shall be in uncompressed format as a searchable PDF. All attachments submitted in support of motions must be legible.

Motions *in limine* regarding the admissibility of expert testimony shall also be filed and served as soon as practicable but must be filed and served no later than October 24, 2023, to permit submission on November 8, 2023, and responses thereto shall be filed on or before October 31, 2023. Replies, if any, shall be filed by no later than November 3, 2023. Motions filed in violation of this order will not be considered unless good cause is shown.

All other motions in limine and memoranda in support shall be filed two weeks before trial, and responses thereto shall be filed one week before trial. Replies, if any, shall be filed no later than three days after opposing party's response deadline.

This case does not involve extensive documentary evidence, depositions or other discovery. [No] [S]pecial discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are established [as follows:]

A Final Pretrial Conference will be held on TUESDAY, NOVEMBER 21, 2023, AT 3:30PM. Counsel will be prepared in accordance with the final Pretrial Notice attached.

Trial will commence on MONDAY, DECEMBER 4, 2023, AT 8:30AM before the District Judge WITH a jury. Attorneys are instructed to report for trial not later than 30 minutes prior to this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. Trial is estimated to last 4-5 day(s).

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the court.

New Orleans, Louisiana, this September 21, 2023.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Issued for the Court by:
Dean N. Oser
Case Manager - Section L
504-589-7686