UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
|---|---|
| | SECTION "L" |
| This document relates to: | JUDGE ELDON FALLON |
| Case No. 20-cv-3264 | MAGISTRATE MICHAEL NORTH |

EX PARTE/CONSENT
MOTION TO RESET TRIAL

**NOW INTO COURT**, through undersigned counsel, come Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd. ("KPT") (collectively "Defendants"), who respectfully request this Court to grant Defendants' Motion to Reset the December 4, 2023 jury trial. The parties have already completed all pretrial deadlines except for the filing of the joint pretrial document. On September 25, 2023, the Court issued a scheduling order with the current trial date of December 4, 2023. (R. Doc. 23426). Good cause exists for resetting this trial because the Knauf Defendants and undersigned counsel were already scheduled for trial on December 4, 2023 in the United States District Court for the Middle District of Florida for a claim that was previously part of the same *Bennett* action as Plaintiffs in this matter. Furthermore, because Plaintiffs have just enrolled new counsel (R. Doc. 23425), there is no prejudice in resetting the trial to a later trial

1

date. Undersigned counsel certifies that they have contacted counsel for Plaintiffs and advised that Plaintiffs have no objection to the relief requested.

**WHEREFORE**, for these reasons, Defendants, Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd. respectfully request that this Court grant their Motion to Reset the December 4, 2023 jury trial and set a scheduling hearing to select a mutually agreeable trial date for the Court and all parties.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Daniel J. Dysart*
_____
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
**REBEKKA C. VEITH (#36062)**
**MICHAEL R. DODSON (#37450)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:    504.556.5549
Facsimile:    504.949.8202
Email:    kmiller@fishmanhaygood.com
Email:    pthibodeaux@fishmanhaygood.com
Email:    ddysart@fishmanhaygood.com
Email:    rveith@fishmanhaygood.com
Email:    mdodson@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf New Building System (Tianjin) Co. Ltd.*
*(f/k/a Knauf Plasterboard (Tianjin) Co., Ltd.)*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 26th day of September, 2023.

                                        /s/ *Daniel J. Dysart*
                                        **DANIEL J. DYSART**