**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re:  **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** <br><br> **SECTION "L"** |
| **This document relates to:** <br><br> **Case No. 20-cv-3264** | **JUDGE ELDON FALLON** <br><br> **MAGISTRATE MICHAEL NORTH** |

---

**PROPOSED ORDER**

---

Considering defendants, Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd.'s Ex-Parte / Consent Motion to Reset the December 4, 2023 Trial;

**IT IS ORDERED** that the defendants' motion is **GRANTED** and the December 4, 2023 trial is hereby continued.

**IT IS FURTHER ORDERED** that a Scheduling Conference will be held  for the purpose of selecting a new trial date on _____ day of _____, 202____ at _____ o'clock ____.M.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
**HONORABLE ELDON E. FALLON**
**U.S. DISTRICT JUDGE**