# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** |
| | **SECTION "L"** |
| **This document relates to:** | **JUDGE ELDON FALLON** |
| Case No. 20-cv-3264 | **MAGISTRATE MICHAEL NORTH** |

## ORDER

Considering defendants, Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd.'s Ex-Parte / Consent Motion to Reset the December 4, 2023 Trial;

**IT IS FURTHER ORDERED** that a telephone status conference be **SET** on Wednesday, October 4, 2023 at 3:30 PM CST, to discuss said motion. Counsel are instructed to be on the line <u>5 minutes before</u> the scheduled time and to use the following dial-in information:

<u>DIAL IN</u>: (877) 336-1839  <u>ACCESS CODE</u>: 4227405

New Orleans, Louisiana, this 29th day of September, 2023.

*[signature: Eldon E. Fallon]*

**HONORABLE ELDON E. FALLON**
**U.S. DISTRICT JUDGE**