MINUTE
ENTRY
FALLON, J.
OCT. 4, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE DRYWALL | MDL |
| PRODUCTS LIABILITY LITIGATION | NO. 09-2047 |
| REF: 20-3264 | SECTION "L" (5) |

A telephone status conference took place on this date from the chambers of the Honorable Eldon E. Fallon. Brad Harrigan participated for Plaintiff. Kerry Miller and Rebecca Veith and participated for Defendants. The parties discussed Defendants' pending motion to continue trial dates and the Court agreed to continue the matter. Accordingly;

**IT IS ORDERED** that the pretrial conference be **RESET** for Tuesday, April 30, 2024 at 8:30 AM CST and the jury trial be **RESET** for Monday, May 13, 2023 at 8:30 AM CST.

JS 10 (00:06)