UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | NO. 09-2047 |
| **REF: 20-3264 - Gharib** | SECTION : L (5) |

SCHEDULING ORDER

A Telephone Status Conference was held on October 4, 2023.

Participating were:
Brad Harrigan, Esq. for plaintiffs
Kerry Miller, Esq. and Rebecca Veith, Esq. for defendants


The parties discussed Defendants' pending motion to continue trial dates and the Court agreed to continue the matter. Accordingly, new dates and deadlines were established as set forth below:

Depositions for trial use shall be taken and all discovery shall be completed not later than April 1, 2024.

All non-evidentiary pretrial motions may be filed as soon as practicable but must be filed and served not later than March 26, 2024, and served in sufficient time to permit submission on April 10, 2024.  Any motions filed in violation of this Order shall be deemed waived unless good cause is shown.  Electronic versions of deposition transcripts shall be in uncompressed format as a searchable PDF. All attachments submitted in support of motions must be legible.

Motions *in limine* regarding the admissibility of expert testimony shall also be filed and served as soon as practicable but must be filed and served no later than  April 9, 2024,  to permit submission on  April 24, 2024 and responses thereto shall be filed on or before April 16, 2024.

Replies, if any, shall be filed by no later than April 19, 2024. Motions filed in violation of this order will not be considered unless good cause is shown.

All other motions in limine and memoranda in support shall be filed two weeks before trial, and responses thereto shall be filed one week before trial. Replies, if any, shall be filed no later than three days after opposing party's response deadline.

This case does not involve extensive documentary evidence, depositions or other discovery. [No] [S]pecial discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are established [as follows:]

A Final Pretrial Conference will be held on TUESDAY, APRIL 30, 2024, AT 8:30AM. Counsel will be prepared in accordance with the final Pretrial Notice attached.

Trial will commence on MONDAY, MAY 13, 2024, AT 8:30AM before the District Judge WITH a jury. Attorneys are instructed to report for trial not later than 30 minutes prior to this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. Trial is estimated to last 3 day(s).

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the court.

New Orleans, Louisiana, this October 6, 2023.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Issued for the Court by:
Dean N. Oser
Case Manager - Section L
504-589-7686