# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** |
| | **SECTION "L"** |
| **This document relates to:** | **JUDGE ELDON FALLON** |
| Case No. 20-cv-3264 | **MAGISTRATE MICHAEL NORTH** |

# ORDER

Considering defendants, Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd.'s Ex-Parte / Consent Motion to Reset the December 4, 2023 Trial;

**IT IS ORDERED** that the defendants' motion is **GRANTED** and the December 4, 2023 trial is hereby continued as addressed in the telephone status conference on October 4, 2023 and accompanying minute entry, R. Doc. 23429.

New Orleans, Louisiana, this 10th day of October, 2023.

**HONORABLE ELDON E. FALLON**
**U.S. DISTRICT JUDGE**